# EXHIBIT A

# FLINN ARTIFICIAL INTELLIGENCE (AI) TECHNOLOGIES, LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

## U.S. PATENT NO. 12,327,166

Flinn Artificial Intelligence (AI) Technologies, LLC ("Flinn") accuses Anthropic of infringing at least claim 1 of U.S. Patent No. 12,327,166 (hereinafter "the '166 Patent"). Flinn provides the following claim chart.

This claim chart identifies specifically where each element of each Asserted Claim is found within each Accused Product[1] and provides Anthropic notice of identified instrumentalities that incorporate or reflect the recited claim elements. This claim chart is not intended to be an expert report on infringement or provide detailed analysis of the claim terms or infringement. This claim chart includes information related to an assertion of infringement with respect to the Accused Products identified, including diagrams, web page screenshots, and other documentary evidence by way of example and not by way of limitation.

The Asserted Claims include elements that are implemented, at least in part, by instrumentalities described in confidential information not accessible to Plaintiff. In some instances, the precise processes and algorithms used are, at least in part, not publicly available. An analysis of Anthropic's (or other third parties') technical documentation and/or software source code may be necessary to more fully identify all infringing features and functionality. Accordingly, Flinn reserves the right to supplement these contentions once such information is made available to Flinn. Furthermore, Flinn reserves the right to revise these contentions, as appropriate, upon issuance of the Court's Claim Construction Order.

As used in this claim chart, "Accused System" refers to the combination of models, software, computing infrastructure, interfaces, and related components through which the Accused Products are trained, evaluated, aligned, improved, operated, provided, and/or used to perform the accused functionality. The Accused System may include, without limitation, components and processes used for training, post-training, human or automated feedback, evaluation, inference, reasoning, agentic task execution, and generation or

[1] Anthropic's products and services including Claude and its chat, agentic, and task-execution functionality, whether offered separately or through a unified experience, Claude Chat, Claude Code, Claude Cowork, Claude Design, Claude Enterprise, Claude API access, and hosted or dedicated Claude deployments that are powered by artificial-intelligence models from Anthropic's "Claude" series, including Claude 1, Claude 1.2, Claude 2, Claude 2.1, Claude 3, Claude 3.5, Claude 3.7, Claude 4, Claude 4.1, Claude 5, and all Opus, Sonnet, Haiku, Fable, Mythos, and other versions, variants, or configurations of those models, as well as any later-released, successor, replacement, updated, modified, derivative, or renamed products, services, platforms, systems, versions, or variants of the foregoing that perform the same or substantially similar accused functionality (collectively, the "Accused Products").

revision of model outputs. The Accused System is not a separate category of accused product and does not limit the definition of Accused Products.

The claim chart refers to the Accused System and the aforementioned products are included in (or can operate in conjunction with) the Accused System, as noted in the claim chart. To the extent the below claim chart relies on evidence for the Accused System, Flinn asserts that, on information and belief, any Accused Product that includes, incorporates, or operates in conjunction with a system having the same or substantially similar accused functionality also infringes the charted claim. Flinn reserves the right to amend these infringement contentions with other products, services, platforms, or systems made, used, sold, imported, or offered for sale, provided, or operated by Anthropic, as well as methods performed by or through such products, services, platforms, or systems. Flinn also reserves the right to amend these infringement contentions by citing other claims of the '166 Patent, not listed in the claim chart, that are infringed by the Accused Products or by methods performed by or through the Accused Products. Flinn further reserves the right to amend these infringement contentions by adding, subtracting, or otherwise modifying content in the "Accused System" section.

To the extent there are any differences between the accused instrumentalities and the following claim elements, any such differences are insubstantial and are alleged to infringe under the doctrine of equivalents.

| **Claims of the '166 Patent** | **Exemplary Accused System (Claude Chat)** |
|---|---|
| 1[pre]. A computer-implemented method, comprising: | Anthropic has infringed and continues to infringe by making, using, selling, offering for sale, and/or importing Accused Products that perform a computer-implemented method.<br><br>For example, Anthropic makes, uses, sells, offers for sale, and/or imports Claude Chat, a conversational artificial-intelligence product through which the recited computer-implemented method is performed. In operation, Claude Chat receives a prompt or other input from a user through a chat interface, processes and interprets the user's input using a Claude large language model, and generates and returns a responsive output, each by execution of software on one or more computers. Anthropic markets Claude Chat for answering questions and completing simple and complex requests, including multi-step projects, analysis, creative writing, coding, and other technical tasks. Anthropic performs the recited method itself in the course of developing, evaluating, testing, demonstrating, operating, and internally using Claude Chat, and further induces and contributes to its performance by its customers and end users.<br><br>https://support.claude.com/en/articles/8114491-get-started-with-claude (last visited August 26, 2026) |

<table>
<tr><th>Claims of the ’166 Patent</th><th>Exemplary Accused System (Claude Chat)</th></tr>
<tr><td></td><td>


<br>
. . .
</td></tr>
</table>

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | **How to talk to Claude**<br>**What is a prompt?**<br>You use **prompts** to communicate with Claude. The best approach is to speak to Claude like you would a coworker or friend - naturally and conversationally. Your prompts can range from simple questions to complex requests:<br>• **Simple questions**: "How do I hang a picture frame in my room?"<br>• **Complex requests**: Multi-step projects, analysis, creative writing, coding, or technical tasks.<br><br>**Use the Claude chat interface**<br>Type your prompt into the chat interface and click the submit button to start a conversation with Claude. You can click the "+" button in the lower left or type "/" to view additional options and commands:<br><br><br>**Understanding Claude's capabilities**<br>**Which model am I talking to?**<br>The model you're currently chatting with is displayed either below your text input (on web and desktop) or at the top of your screen (on mobile). You can click on the model you're using to open the model selector and switch to another available model.<br><br>You can also choose how much effort Claude puts into each response and whether it uses extended thinking. Learn more about **changing the model, effort, and thinking settings**.<br>https://support.claude.com/en/articles/8114491-get-started-with-claude (last visited August 26, 2026) |

<table>
<tr><th>Claims of the ’166 Patent</th><th>Exemplary Accused System (Claude Chat)</th></tr>
<tr><td>[a] at a system with access to a trained computer-implemented neural network:</td><td>

The Accused Products comprise a system with access to a trained computer-implemented neural network.

For example, Anthropic provides access to that neural network through the claude.ai web interface, desktop and mobile applications, and Anthropic’s API.




https://support.claude.com/en/articles/8114487-what-interfaces-can-i-use-to-access-claude (last visited August 26, 2026)

</td></tr>
</table>

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|

Messages > First steps

# Intro to Claude

Copy page

Claude is a highly performant, trustworthy, and intelligent AI platform built by Anthropic. Claude excels at tasks involving language, reasoning, analysis, coding, and more.

The latest generation of Claude models:

**Claude Fable 5** - Next-generation intelligence for long-running agents. Read the Claude Fable 5 and Claude Mythos 5 announcement.

**Claude Mythos 5** - Shares Claude Fable 5's capabilities without the safety classifiers. Available in limited release through Project Glasswing.

**Claude Opus 5** - For complex agentic coding and enterprise work. Read the Claude Opus 5 announcement.

**Claude Sonnet 5** - Frontier intelligence at scale, built for coding, agents, and enterprise workflows. Read the Claude Sonnet 5 announcement.

**Claude Haiku 4.5** - Fastest model with near-frontier intelligence. Read the Claude Haiku 4.5 announcement.

Looking to chat with Claude? Visit claude.ai.

Anthropic offers two ways to build with Claude, each suited to different use cases:

| | Messages API | Claude Managed Agents |
|---|---|---|
| What it is | Direct model prompting access | Pre-built, configurable agent harness that runs in managed infrastructure |
| Best for | Custom agent loops and fine-grained control | Long-running tasks and asynchronous work |

To learn more about each, see Using the Messages API and the Claude Managed Agents overview.

https://platform.claude.com/docs/en/intro (last visited August 26, 2026)

Each Claude model includes a trained computer-implemented neural network. Anthropic's public materials identify Claude models as trained large language models and describe neurons, neural activations, internal neural representations, attention heads, and training processes associated with

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | Claude models. On information and belief, each Accused Product includes, incorporates, or operates using a trained computer-implemented neural network having the accused functionality.<br><br>**Model Card and Evaluations for Claude Models**<br><br>**Anthropic**<br><br>**1 Introduction**<br><br>This report includes the model card [1] for Claude models, focusing on Claude 2, along with the results of a range of safety, alignment, and capabilities evaluations. We have been iterating on the training and evaluation of Claude-type models since our first work on Reinforcement Learning from Human Feedback (RLHF) [2]; the newest Claude 2 model represents a continuous evolution from those early and less capable 'helpful and harmless' language assistants.<br><br>. . .<br><br>**Model details**<br><br>Both Claude 2 and previous Claude models are general purpose large language models. They use a transformer architecture and are trained via unsupervised learning, RLHF, and Constitutional AI (including both a supervised and Reinforcement Learning (RL) phase). Claude 2 was developed by Anthropic and released in July 2023.<br><br>. . .<br><br>**Training Data**<br><br>Claude models are trained on a proprietary mix of publicly available information from the Internet, datasets that we license from third party businesses, and data that our users affirmatively share or that crowd workers provide. Some of the human feedback data used to finetune Claude was made public [12] alongside our RLHF [2] and red-teaming [4] research.<br><br>Claude 2's training data cuts off in early 2023, and roughly 10 percent of the data included was non-English. |

<table>
<tr><th>Claims of the ’166 Patent</th><th>Exemplary Accused System (Claude Chat)</th></tr>
<tr><td></td><td>
Anthropic, Model Card and Evaluation for Claude Models, https://www-cdn.anthropic.com/bd2a28d2535bfb0494cc8e2a3bf135d2e7523226/Model-Card-Claude-2.pdf (last visited August 26, 2026)<br><br>
Anthropic explains that large language models use transformer architecture and that transformer blocks include attention heads and other neural-network components whose parameters are developed through training.<br><br>


<br>. . .
</td></tr>
</table>

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | **Why context engineering is important to building capable agents**<br><br>Despite their speed and ability to manage larger and larger volumes of data, we've observed that LLMs, like humans, lose focus or experience confusion at a certain point. Studies on needle-in-a-haystack style benchmarking have uncovered the concept of context rot: as the number of tokens in the context window increases, the model's ability to accurately recall information from that context decreases.<br><br>While some models exhibit more gentle degradation than others, this characteristic emerges across all models. Context, therefore, must be treated as a finite resource with diminishing marginal returns. Like humans, who have limited working memory capacity, LLMs have an "attention budget" that they draw on when parsing large volumes of context. Every new token introduced depletes this budget by some amount, increasing the need to carefully curate the tokens available to the LLM.<br><br>This attention scarcity stems from architectural constraints of LLMs. LLMs are based on the transformer architecture, which enables every token to attend to every other token across the entire context. This results in $n^2$ pairwise relationships for n tokens.<br><br>As its context length increases, a model's ability to capture these pairwise relationships gets stretched thin, creating a natural tension between context size and attention focus. Additionally, models develop their attention patterns from training data distributions where shorter sequences are typically more common than longer ones. This means models have less experience with, and fewer specialized parameters for, context-wide dependencies.<br><br>Techniques like position encoding interpolation allow models to handle longer sequences by adapting them to the originally trained smaller context, though with some degradation in token position understanding. These factors create a performance gradient rather than a hard cliff: models remain highly capable at longer contexts but may show reduced precision for information retrieval and long-range reasoning compared to their performance on shorter contexts.<br><br>These realities mean that thoughtful context engineering is essential for building capable agents.<br><br>https://www.anthropic.com/engineering/effective-context-engineering-for-ai-agents<br>(last visited September 23, 2026) |

| Claims of the ’166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | Alignment Science Blog<br>**Beyond Data Filtering: Knowledge Localization for Capability Removal in LLMs**<br>*Igor Shilov[1, 3], Alex Cloud[2], Aryo Pradipta Gema[1, 4], Jacob Goldman-Wetzler[2], Nina Panickssery[2], Henry Sleight[5], Erik Jones[2], Cem Anil[2]* *December 8, 2025*<br>*[1]Anthropic Fellows Program; [2]Anthropic; [3]Imperial College London; [4]University of Edinburgh; [5]Constellation*<br>. . . |

<table>
<tr><th>Claims of the ’166 Patent</th><th>Exemplary Accused System (Claude Chat)</th></tr>
<tr><td></td><td>

## Method

Selective Gradient Masking (SGTM) follows the Gradient Routing framework: it localizes dangerous knowledge to specific model parameters during training, which can then be removed afterward. SGTM modifies how gradients are applied during training—selectively masking them to control which parameters store different types of knowledge.




*SGTM splits model parameters into "forget" (orange) and "retain" (blue) components. In each transformer block, certain attention heads and MLP neurons are designated for dangerous knowledge, while the rest store general knowledge.*

Here's how SGTM works:

1. **Parameter Designation**: In each transformer block, we designate certain attention heads and MLP neurons as "forget" parameters (for dangerous knowledge) and the rest as "retain" parameters (for general knowledge).
2. **Selective Gradient Masking**: During training, when the model sees data labeled as dangerous (e.g., CBRN content), we mask the gradients so that only the forget parameters are updated. This ensures dangerous knowledge flows only into designated parameters.
3. **Ablation**: After training, we permanently zero out the forget parameters, removing the dangerous knowledge while preserving general capabilities.

Crucially, SGTM handles unlabeled data (where we're uncertain if it's dangerous) by allowing it to update all parameters. The key insight is that once the model begins localizing dangerous knowledge based on labeled examples, unlabeled dangerous content naturally gravitates toward the forget parameters through a self-reinforcing process we call "absorption."

https://alignment.anthropic.com/2025/selective-gradient-masking/ (last visited September 23, 2026)
</td></tr>
</table>

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
| --- | --- |
| | **The Claude 3 Model Family: Opus, Sonnet, Haiku**<br><br>**Anthropic**<br><br>**Abstract**<br><br>We introduce Claude 3, a new family of large multimodal models – **Claude 3 Opus**, our most capable offering, **Claude 3 Sonnet**, which provides a combination of skills and speed, and **Claude 3 Haiku**, our fastest and least expensive model. All new models have vision capabilities that enable them to process and analyze image data. The Claude 3 family demonstrates strong performance across benchmark evaluations and sets a new standard on measures of reasoning, math, and coding. Claude 3 Opus achieves state-of-the-art results on evaluations like GPQA [1], MMLU [2], MMMU [3] and many more. Claude 3 Haiku performs as well or better than Claude 2 [4] on most pure-text tasks, while Sonnet and Opus significantly outperform it. Additionally, these models exhibit improved fluency in non-English languages, making them more versatile for a global audience. In this report, we provide an in-depth analysis of our evaluations, focusing on core capabilities, safety, societal impacts, and the catastrophic risk assessments we committed to in our Responsible Scaling Policy [5].<br><br>**1 Introduction**<br><br>This model card introduces the Claude 3 family of models, which set new industry benchmarks across reasoning, math, coding, multi-lingual understanding, and vision quality.<br><br>Like its predecessors, Claude 3 models employ various training methods, such as unsupervised learning and Constitutional AI [6]. These models were trained using hardware from Amazon Web Services (AWS) and Google Cloud Platform (GCP), with core frameworks including PyTorch [7], JAX [8], and Triton [9].<br><br>Anthropic, *The Claude 3 Model Family: Opus, Sonnet, Haiku*, https://www-cdn.anthropic.com/de8ba9b01c9ab7cbabf5c33b80b7bbc618857627/Model_Card_Claude_3.pdf (last visited August 26, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | ANTHROP\C<br><br>System Card:<br>Claude Opus 4 &<br>Claude Sonnet 4<br><br>May 2025<br>… |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | **1 Introduction**<br><br>Claude Opus 4 and Claude Sonnet 4 are two new hybrid reasoning large language models from Anthropic. They have advanced capabilities in reasoning, visual analysis, computer use, and tool use. They are particularly adept at complex computer coding tasks, which they can productively perform autonomously for sustained periods of time. In general, the capabilities of Claude Opus 4 are stronger than those of Claude Sonnet 4.<br><br>This system card mainly focuses on safety-related testing of the models. In this introductory section, we briefly describe the models and our release decision process for them, including our decision to release Claude Opus 4 under the AI Safety Level 3 Standard and Claude Sonnet 4 under the AI Safety Level 2 Standard.<br><br>**1.1 Model training and characteristics**<br><br>**1.1.1 Training data and process**<br><br>Claude Opus 4 and Claude Sonnet 4 were trained on a proprietary mix of publicly available information on the Internet as of March 2025, as well as non-public data from third parties, data provided by data-labeling services and paid contractors, data from Claude users who have opted in to have their data used for training, and data we generated internally at Anthropic. We employed several data cleaning and filtering methods during the training process, including deduplication and classification.<br><br>Anthropic, *Claude 4 System Card*, https://www-cdn.anthropic.com/07b2a3f9902ee19fe39a36ca638e5ae987bc64dd.pdf (last visited August 26, 2026) |

| Claims of the ’166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | ANTHROP\C<br><br>System Card:<br>Claude Fable 5 &<br>Claude Mythos 5<br><br>… |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | **1 Introduction**<br><br>Claude Mythos 5 and Claude Fable 5 are two configurations of a new large language model from Anthropic. The former, Mythos 5, is currently available only in Project Glasswing for vetted partners that defend critical global software infrastructure. Fable 5 is being released for general access—it has the same underlying model weights as Mythos 5, but has additional safeguards to prevent misuse for cybersecurity and biology.<br><br>**1.1 Training data and process**<br><br>Mythos 5 and Fable 5 were trained on a proprietary mix of publicly available information from the internet, public and private datasets, and synthetic data generated by other models. Throughout the training process we used several data cleaning and filtering methods, including deduplication and classification.<br><br>Anthropic, *System Card: Claude Fable 5 & Claude Mythos 5*, https://www-cdn.anthropic.com/57a52ea7d8f0e54e8a542e908266086df425cdf5/Claude%20Fable%205%20&%20Claude%20Mythos%205%20System%20Card.pdf (last visited August 26, 2026)<br><br><br><br>. . . |

| | |
|---|---|
| | *Today we report a significant advance in understanding the inner workings of AI models. We have identified how millions of concepts are represented inside Claude Sonnet, one of our deployed large language models. This is the first ever detailed look inside a modern, production-grade large language model. This interpretability discovery could, in future, help us make AI models safer.*<br><br>We mostly treat AI models as a black box: something goes in and a response comes out, and it's not clear why the model gave that particular response instead of another. This makes it hard to trust that these models are safe: if we don't know how they work, how do we know they won't give harmful, biased, untruthful, or otherwise dangerous responses? How can we trust that they'll be safe and reliable?<br><br>Opening the black box doesn't necessarily help: the internal state of the model—what the model is "thinking" before writing its response—consists of a long list of numbers ("neuron activations") without a clear meaning. From interacting with a model like Claude, it's clear that it's able to understand and wield a wide range of concepts—but we can't discern them from looking directly at neurons. It turns out that each concept is represented across many neurons, and each neuron is involved in representing many concepts.<br><br>Previously, we made some progress matching *patterns* of neuron activations, called features, to human-interpretable concepts. We used a technique called "dictionary learning", borrowed from classical machine learning, which isolates patterns of neuron activations that recur across many different contexts. In turn, any internal state of the model can be represented in terms of a few active features instead of many active neurons. Just as every English word in a dictionary is made by combining letters, and every sentence is made by combining words, every feature in an AI model is made by combining neurons, and every internal state is made by combining features. |

| Claims of the ’166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | … |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | As for the scientific risk, the proof is in the pudding.<br><br>We successfully extracted millions of features from the middle layer of Claude 3.0 Sonnet, (a member of our current, state-of-the-art model family, currently available on claude.ai), providing a rough conceptual map of its internal states halfway through its computation. This is the first ever detailed look inside a modern, production-grade large language model.<br><br>Whereas the features we found in the toy language model were rather superficial, the features we found in Sonnet have a depth, breadth, and abstraction reflecting Sonnet's advanced capabilities.<br><br>We see features corresponding to a vast range of entities like cities (San Francisco), people (Rosalind Franklin), atomic elements (Lithium), scientific fields (immunology), and programming syntax (function calls). These features are multimodal and multilingual, responding to images of a given entity as well as its name or description in many languages.<br><br><br><br><br>A feature sensitive to mentions of the Golden Gate Bridge fires on a range of model inputs, from English mentions of the name of the bridge to discussions in Japanese, Chinese, Greek, Vietnamese, Russian, and an image. The orange color denotes the words or word-parts on which the feature is active.<br><br>https://www.anthropic.com/research/mapping-mind-language-model (last visited August 27, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| [b] causing access to information including a first plurality of syntactical elements; | The Accused Products cause access to information including a first plurality of syntactical elements. For example, Anthropic's documentation explains that Claude receives and processes user messages or prompts.<br><br>**How to talk to Claude**<br>**What is a prompt?**<br>You use **prompts** to communicate with Claude. The best approach is to speak to Claude like you would a coworker or friend - naturally and conversationally. Your prompts can range from simple questions to complex requests:<br>• **Simple questions**: "How do I hang a picture frame in my room?"<br>• **Complex requests**: Multi-step projects, analysis, creative writing, coding, or technical tasks.<br>**Use the Claude chat interface**<br>Type your prompt into the chat interface and click the submit button to start a conversation with Claude. You can click the "+" button in the lower left or type "/" to view additional options and commands:<br>Type / for commands<br>Opus 4.5<br>https://support.claude.com/en/articles/8114491-get-started-with-claude (last visited August 27, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | **Basic request and response**<br><br>The `temperature`, `top_p`, and `top_k` sampling parameters are not supported on Claude 4.7 and later models and Claude Mythos Preview. Setting them to a non-default value returns a 400 error. Omit them from request payloads and use prompting to guide the model's behavior instead. See the migration guide.<br><br>cURL CLI Python TypeScript C# Go Java PHP Ruby<br><br>`message = anthropic.Anthropic().messages.create(`<br>`    model="claude-opus-5",`<br>`    max_tokens=1024,`<br>`    messages=[{"role": "user", "content": "Hello, Claude"}],`<br>`)`<br>`print(message)`<br><br>Output<br><br>`{`<br>`  "id": "msg_01XFDUDYJgAACzvnptvVoYEL",`<br>`  "type": "message",`<br>`  "role": "assistant",`<br>`  "content": [`<br>`    {`<br>`      "type": "text",`<br>`      "text": "Hello!"`<br>`    }`<br>`  ],`<br>`  "model": "claude-opus-5",`<br>`  "stop_reason": "end_turn",`<br>`  "stop_sequence": null,`<br>`  "usage": {`<br>`    "input_tokens": 12,`<br>`    "output_tokens": 6`<br>`  }`<br>`}` |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | https://platform.claude.com/docs/en/build-with-claude/working-with-messages (last visited August 27, 2026)   https://academy.claude.com/courses/claude-101/your-first-conversation-with-claude (last visited August 27, 2026, playback 1:05) |

Claude Academy AI Fluency Products Resources

## Starting your first conversation

When you open Claude.ai, you'll see a clean interface with a text input area at the bottom of the screen.

Your prompts can range from simple questions (like brainstorming code names for a new feature) to complex requests to co-create files.

## Writing effective prompts

All interactions with Claude begin with a prompt, and these prompts, combined with other context, impact Claude's response. The best approach when speaking to Claude is like you would a coworker—naturally, concisely, and conversationally.

But you may ask, what is a good prompt? Before your next conversation with Claude, consider a few things:

1. **Setting the stage:** What is your role and what are your objectives? Is there context about your work that Claude should know about?
2. **Defining the task:** What action do you want Claude to take? Do you want Claude to write, analyze, build, or something else?
3. **Specifying rules:** What's the style or tone you want Claude to use? Are there examples that you can attach to show Claude what you're looking for?

### Putting it together

Here's an example prompt that uses all three elements:

> I'm the marketing lead at an indie streaming startup, and we're preparing an investor pitch deck for Series A investors. Can you research the current state of the independent film streaming market and identify key trends, competitor positioning, and growth opportunities? Use current web research with citations and structure it as a professional report of up to 5 pages, with an executive summary, market analysis, competitive landscape, and growth opportunities.
>
> ↗ Open in Claude

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | https://academy.claude.com/courses/claude-101/your-first-conversation-with-claude (last visited August 27, 2026) |
| [c] causing prioritization of a first plurality of attentions including a first attention associated with a representation of a first subset of the first plurality of syntactical elements, and a second attention associated with a representation of a second subset of the first plurality of syntactical elements; | The Accused Products cause prioritization of a first plurality of attentions including a first attention associated with a representation of a first subset of the first plurality of syntactical elements and a second attention associated with a representation of a second subset of the first plurality of syntactical elements. The examples below identify multiple aspects of the Accused System's attentional and probability-based processing that independently or in combination satisfy the limitations of the Asserted Claim. These contentions do not depend on any single identified layer, attention head, contextual position, processing stage, decoding iteration, probability distribution, or other internal implementation. Flinn may rely on different or additional mappings, including mappings involving successive attention operations, successive neural-network layers, probabilities generated within attention operations, probabilities generated through application of the neural network as a whole, and/or successive iterations of output generation, as confirmed through discovery.<br><br>References to particular attention scores, normalized attention values, probability distributions, represented information, network layers, or output probabilities identify accused functionality and supporting evidence and are not intended to limit the ordinary or properly construed scope of any claim term.<br><br>For example, Claude uses multiple attention heads, attention features, and attention patterns to attend to and process information at different positions within an accessed context. Anthropic explains that Claude's attention heads carry information between context positions and that attentional circuits employ multiple computations and heuristics in parallel. Anthropic further describes Claude as selectively attending to particular represented information, including names, relationships, structural positions, and information identified as relevant to the model's task. |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
| --- | --- |
| | Transformer Circuits Thread<br><br>**Tracing Attention Computation Through Feature Interactions**<br><br>We describe and apply a method to explain attention patterns in terms of feature interactions, and integrate this information into attribution graphs.<br><br>… |

| | | |
|---|---|---|
| | | Transformer-based language models involve two main kinds of computations: multi-layer perceptron (MLP) layers that process information *within* a context position, and attention layers that conditionally move and process information *between* context positions. In our recent papers we made significant progress in breaking down MLP computation into interpretable steps. In this update, we fill in a major missing piece in our methodology, by introducing a way to decompose attentional computations as well.<br><br>Our prior work introduced *attribution graphs* as a way of representing the forward pass of a transformer as an interpretable causal graph. These graphs were built on top of (cross-layer) transcoders, a replacement for the original model's MLP layers that use sparsely active "features" in place of the original MLP neurons. The features comprise the nodes of the attribution graphs, and edges in the graphs represent *attributions* – the influence of a source feature on a target feature in a later layer.<br><br>The attribution graphs in our initial work were incomplete, in that they omitted key information about attentional computations. The feature-feature interactions we studied – the edges in the graph – are mediated by attention heads that carry information between context positions. However, we did not attempt to explain *why* the attention heads attended to a particular context position. In many cases, this has prevented us from understanding the crux of how models perform a given task.<br><br>In this update, we describe a method to address this issue by extending attribution graphs so they can explain attention patterns. Our method is centered on "QK attributions," which describe attention head scores as a bilinear function of feature activations on the respective query and key positions. We also describe a way to integrate this information into attribution graphs, by computing the contribution of different attention heads to graph edges.<br><br>We provide several case studies of this method in action. Some of these examples confirmed existing hypotheses we described in *Biology*, which we could not validate at the time:<br><br>• In an induction prompt, the query-side "X" features interact with key-side "preceded by X" features to cause induction heads to attend to the appropriate token.<br>• In a prompt where the model is asked for the opposite of a word, key-side features "tag" the relevant word so that query-side "opposite" features can find it at the appropriate time.<br>• In a multiple choice question, we confirm that interactions between "answer a multiple choice question" features and "correct answer" features cause "correct answer" *attention heads* to attend to the appropriate option. |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | …<br>One limitation of this approach is that it does not directly explain the attention pattern itself, which involves competition between the attention scores at multiple context positions – to explain why an attention head attended to a particular position, it may be important to understand why it *didn't* attend to other positions. Our method gives us information about QK<br>… |

## Examples

In this section, we will show how head loadings and QK attributions can be used to understand attentional computations that were missing in our previous work.

### Induction

Claude 3.5 Haiku completes the prompt:

```
I always loved visiting Aunt Sally. Whenever I was feeling sad, Aunt
```

with "Sally". In our original paper, the attribution graph for this prompt shows a strong direct edge from "Sally" features (on the "Sally" token) to the "Sally" logit on the final token. In other words, the model said "Sally" because it attended to the "Sally" token. This is not a useful explanation of the model's computation! In particular, we'd like to know why the model attended to the Sally token and not some other token.




Prior work has suggested that language models learn specific attention heads for induction, but it's unclear *how* these heads perform the induction mechanism. In this example:

1. How does the model decide to carry "Sally" over to the second "Aunt" token?[8]
2. How does "Aunt" information get moved to the first "Sally" token?

We used QK attributions to investigate both questions.

TRANSFORMING "SALLY" TO "SAY SALLY" ON THE SECOND "AUNT" TOKEN

To answer the first question, we traced the input edges of the "Sally" logit node and "say Sally" features on the second "Aunt token." We find that these nodes receive inputs from "Sally" features on the "Sally" token, and that these edges are mediated by a small set of attention heads. When we inspect the QK attributions for these heads, we find interactions between:

- Features representing "Aunt" or "Aunt / Uncle / other family signifiers" on the query side
- Two categories of features on the key side:
    - Features representing names (either names in general or "Sally" specifically)
    - Features representing "this is the name of an Aunt / Uncle" that activate on name tokens following "Aunt" or "Uncle"




Thus, the QK circuit for these induction-relevant heads appears to combine two heuristics: (1) searching for any name token at all, (2) searching specifically for names of aunt/uncles.[9]

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | https://transformer-circuits.pub/2025/attention-qk/index.html (last visited August 27, 2026)<br><br>Transformer Circuits Thread<br><br>**HeadVis: An Interactive Tool For Investigating Attention Heads**<br><br>AUTHORS<br>R. Luger,* Harish Kamath,* Doug Finkbeiner, Purvi Goel, Adam Jermyn, Sam Zimmerman, Joshua Batson, Tom Conerly*‡<br><br>AFFILIATIONS<br>Anthropic<br><br>PUBLISHED<br>May 4, 2026<br><br>* Core Research Contributor; ‡ Correspondence to tom.conerly@anthropic.com<br><br>. . . |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | We introduce **HeadVis**, an interactive tool for investigating attention heads in large language models. Visualizing how individual computational units activate across the full data distribution has been useful in previous work — for example, feature vis has been an essential tool for investigating residual stream features, MLP features, and MLP neurons. HeadVis is a conceptually similar tool but for attention heads. However, attention heads are harder to visualize than neurons, since they are high rank, compose two different circuits, and activate across a full context window. We present a few case studies using HeadVis to interpret attention heads from Claude Haiku 3.5. We also open-source HeadVis code, and present a demo of HeadVis on heads from Gemma 3 and a subset of heads from Haiku 3.5.<br>… |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | Below is the attention pattern for the fuzzy induction head on a top-activating dataset example. This is the central UI of HeadVis: attention patterns bucketed by max attention pattern. On first view we noticed cases of standard induction. Hovering over `'m` (in `I'm`) we see attention to the token after `I'm` earlier in the context. We also noticed that `gleam` has the highest max attention pattern, but there isn't a previous instance of `gleam` so this can't be standard induction. Hovering over either token in `gleam` we see attention to the new line after "dream". Try guessing where tokens attend back to, then hovering over them to check. We've found fuzzy induction heads that match words across languages, across antonyms, across structural positions (the first item of one list matching with the first item of another list), and across kinship terms (aunt matching with uncle).<br><br><br><br>**Figure 3:** A top-activating dataset example for the fuzzy poetry induction head. Each token is colored by its maximum attention pattern value as a query, taken over all keys in the context. Hover over a token to see which keys it attends to. Press `t` to instead color tokens by their maximum attention pattern as a key. Open in head vis →<br><br>. . .<br><br>To test this systematically we generated 185 sentences of the form "{five cities} are all cities in {country}", where four cities belong to that country and one is foreign. The country token attends more to the foreign city than to any of its own 98% of the time.<br><br>. . . |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
| --- | --- |
| | To test this we replaced `Ivory Coast` with `Zambia` in the sequence, and attention to `a` dropped from 0.87 to 0.08; the same happened with `Lusaka`, the Zambian capital (0.10). Swapping in the other 51 African countries, attention mostly stays well above that (median 0.27). So as with our narrow prompts, a different country at the query attends and the same country doesn't[5] .<br><br>https://transformer-circuits.pub/2026/headvis/index.html (last visited August 27, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
| --- | --- |
| | Transformer Circuits Thread<br><br>**Progress on Attention**<br><br>*Adam Jermyn, Jack Lindsey, Rodrigo Luger, Nick Turner, Trenton Bricken, Adam Pearce, Callum McDougall, Ben Thompson, Jeff Wu, Joshua Batson, Kelley Rivoire, and Christopher Olah; edited by Jack Lindsey*<br><br>*We report some developing work on the Anthropic interpretability team, which might be of interest to researchers working actively in this space. We'd ask you to treat these results like those of a colleague sharing some thoughts or preliminary experiments for a few minutes at a lab meeting, rather than a mature paper.*<br><br>Last year, we announced that studying attention superposition was one of our team's priorities, motivated in part by a toy model demonstrating attention features in superposition. Since then, we've tried several ideas to study this problem in real language models, and we'd like to give an update on what we've tried and where we think the problem is now.<br><br>At a high level, we found significant evidence of attention superposition, and additionally of cross-layer attention representations. We looked for and did not find evidence of preferred OV dimensions for attention features [1] . We further found evidence that the QK condition ("where is information moving to/from?") and the OV-condition ("what information is being moved?") are coupled, and have found a practical method for studying these in the form of *Multi-Token Transcoders*.<br><br>We believe that the core remaining problem is understanding *why models attend where they do*, which is to say understanding attention pattern formation. We believe we have a promising path forward on this problem, in the form of *QK diagonalization*, which we report on below.<br><br>… |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | We trained MTC's with 100,000 features on an 18-layer transformer. We found that:<br><br>1. Many features show clean & interpretable attention patterns. As an example, we found a feature that attends to outlying/surprising inputs (e.g. in a list of all 1's with a few 2's sprinkled in, it attends to the 2's; in code with repeating patterns it attends to the first place where the pattern breaks, etc.) We also found a "valence" feature which tracks valence when negative sentiment is about to get negated – the feature writes out with positive value up until the "flip," and then negative value once the flip has occurred.<br><br>…<br><br>**Conclusion and Outlook**<br><br>For the first time it feels like we have real traction on understanding attention. In particular, we are now more confident that there is attention superposition in models across both heads and layers. We have updated away from thinking that attentional features form discrete families grouped by dimensionality. And we have developed a practical method in the form of MTC's to answer the questions of "where is the information moving to/from?" and "what information is being moved?".<br><br>https://transformer-circuits.pub/2025/attention-update/index.html (last visited August 27, 2026) |

| Claims of the ’166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | Transformer Circuits Thread<br><br>**A Mathematical Framework for Transformer Circuits**<br><br>AUTHORS<br>Nelson Elhage*†, Neel Nanda*, Catherine Olsson*, Tom Henighan†, Nicholas Joseph†, Ben Mann†, Amanda Askell, Yuntao Bai, Anna Chen, Tom Conerly, Nova DasSarma, Dawn Drain, Deep Ganguli, Zac Hatfield-Dodds, Danny Hernandez, Andy Jones, Jackson Kernion, Liane Lovitt, Kamal Ndousse, Dario Amodei, Tom Brown, Jack Clark, Jared Kaplan, Sam McCandlish, Chris Olah‡<br><br>AFFILIATION<br>Anthropic<br><br>PUBLISHED<br>Dec 22, 2021<br><br>* Core Research Contributor; † Core Infrastructure Contributor; ‡ Correspondence to colah@anthropic.com; Author contributions statement below.<br><br>**Contents**<br>Summary of Results<br>Transformer Overview<br>Model Simplifications<br>High-Level Architecture<br>Virtual Weights and the<br><br>Transformer [1] language models are an emerging technology that is gaining increasingly broad real-world use, for example in systems like GPT-3 [2], LaMDA [3], Codex [4], Meena [5], Gopher [6], and similar models. However, as these models scale, their open-endedness and high capacity creates an increasing scope for unexpected and sometimes harmful behaviors. Even years after a large model is trained, both creators and users routinely discover model capabilities – including problematic behaviors – they were previously unaware of.<br><br>. . . |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | **High-Level Architecture**<br><br>There are several variants of transformer language models. We focus on autoregressive, decoder-only transformer language models, such as GPT-3. (The original transformer paper had a special encoder-decoder structure to support translation, but many modern language models don't include this.)<br><br>A transformer starts with a token embedding, followed by a series of "residual blocks", and finally a token unembedding. Each residual block consists of an attention layer, followed by an MLP layer. Both the attention and MLP layers each "read" their input from the residual stream (by performing a linear projection), and then "write" their result to the residual stream by adding a linear projection back in. Each attention layer consists of multiple heads, which operate in parallel. |




…

| Claims of the ’166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | CONCEPTUAL TAKE-AWAYS<br><br>We’ve found that many subtle details of the transformer architecture require us to approach reverse engineering it in a pretty different way from how the InceptionV1 Circuits work [7]. We’ll unpack each of these points in the sections below, but for now we briefly summarize. We’ll also expand on a lot of the terminology we introduce here once we get to the appropriate sections. (To be clear, we don't intend to claim that any of these points are necessarily novel; many are implicitly or explicitly present in other papers.)<br><br>• **Attention heads can be understood as independent operations, each outputting a result which is added into the residual stream.** Attention heads are often described in an alternate “concatenate and multiply” formulation for computational efficiency, but this is mathematically equivalent.<br><br>https://transformer-circuits.pub/2021/framework/index.html (last visited August 27, 2026) |
| [d] causing generation, by application of the trained computer-implemented neural network, of a first plurality of probabilities based on the prioritization of the first plurality of attentions; | The Accused Products cause generation, by application of the trained computer-implemented neural network, of a first plurality of probabilities based on the prioritization of the first plurality of attentions.<br><br>For example, publicly available information indicates that Claude’s trained computer-implemented neural networks generate multiple probability values based on attentional prioritization. These values include, without limitation, normalized values generated from multiple attention scores and probabilities associated with possible output elements generated through application of the neural network based on the represented information resulting from attentional processing. The attention scores reflect relative priority assigned to represented information during attentional processing, and applying normalization to those scores generates corresponding values forming a probability distribution. That attentional prioritization also affects neural-network representations used in generating probabilities associated with possible output elements. |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | AI Transformer Circuits Thread<br><br>**Tracing Attention Computation Through Feature Interactions**<br><br>We describe and apply a method to explain attention patterns in terms of feature interactions, and integrate this information into attribution graphs.<br><br>… |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | AUTHORS<br>Harish Kamath*, Emmanuel Ameisen*, Isaac Kauvar, Rodrigo Luger, Wes Gurnee, Adam Pearce, Sam Zimmerman, Joshua Batson, Thomas Conerly, Chris Olah, Jack Lindsey‡<br>AFFILIATIONS<br>Anthropic<br>PUBLISHED<br>July 31st, 2025<br>* Core Research Contributor; ‡ Correspondence to jacklindsey@anthropic.com<br><br>Transformer-based language models involve two main kinds of computations: multi-layer perceptron (MLP) layers that process information *within* a context position, and attention layers that conditionally move and process information *between* context positions. In our recent papers we made significant progress in breaking down MLP computation into interpretable steps. In this update, we fill in a major missing piece in our methodology, by introducing a way to decompose attentional computations as well.<br>… |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | One limitation of this approach is that it does not directly explain the attention pattern itself, which involves competition between the attention scores at multiple context positions – to explain why an attention head attended to a particular position, it may be important to understand why it *didn't* attend to other positions.<br>…<br>**QK attributions**<br>QK attributions are intended to explain *why* each head attended where it did. In this section, we assume that we have trained sparse autoencoders (SAEs) on the residual stream of each layer of the model (though there are alternative strategies we could use; see below).<br>In a standard attention layer, a head's attention score at positions $(p_k, p_q)$ is produced by taking the dot product of linear transformations of the residual stream at these positions[2] . To simplify things, we introduce a matrix $W_{QK} = W_Q^T W_K$ (see discussion in the *Framework* paper). We simply expand the key and query activations to describe them in terms of feature activations (along with a bias and residual error), and then multiply out the bilinear interaction:<br>https://transformer-circuits.pub/2025/attention-qk/index.html (last visited August 27, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
| --- | --- |
| | A\ Transformer Circuits Thread<br><br>**Progress on Attention**<br><br>*Adam Jermyn, Jack Lindsey, Rodrigo Luger, Nick Turner, Trenton Bricken, Adam Pearce, Callum McDougall, Ben Thompson, Jeff Wu, Joshua Batson, Kelley Rivoire, and Christopher Olah; edited by Jack Lindsey*<br><br>… |

| | |
|---|---|
| | ATTENTION PATTERN FORMATION<br><br>Aside from the Attention Replacement Layer, none of the methods above can tell us, even in principle, about how attention patterns are formed. In many cases this is fine: we can interpret MTC features just by looking at examples they fire on and studying the resulting attention patterns. But in many cases the important question is *why* the model attended where it did.<br><br>For instance, in answering a multiple choice question the model has to choose one of the answers to attend to. All of the interesting logic is involved in this choice! So we really do want a means to understand how attention patterns form.<br><br>To this end, we are pursuing an idea we call "QK diagonalization". The basic premise is to route the query and key vectors from a given attention head in the base model through separate encoders to form query-side and key-side features, respectively. The idea behind "diagonalization" is to then only consider the interaction between the $i^{\text{th}}$ query feature and the $i^{\text{th}}$ key feature. Each interaction corresponds to a "QK feature", which yields a $n_{\text{ctx}}$ by $n_{\text{ctx}}$ matrix of attention scores. We are experimenting with both rank-1 QK features (where the query-side and key-side encoders are vectors, and the corresponding attention score matrix for each feature is rank 1) and high-rank QK features (where the query-side and key-side encoders are matrices, their interaction is computed using a dot product instead of a scalar product, and the corresponding attention score matrix may be high-rank). We then sum these feature-wise attention scores across all features and softmax the result to obtain the reconstructed attention pattern for the given head. During training, we penalize the MSE between |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | https://transformer-circuits.pub/2025/attention-update/index.html (last visited August 27, 2026)<br><br>As discussed above, Claude includes transformer-based models. *See supra* Claim 1[a]. Anthropic's interpretability research explains that attention scores associated with represented information exist "prior to softmax." Anthropic further explains that feature-wise attention scores may be summed and passed through softmax to obtain the corresponding attention pattern for an attention head.<br><br>**High-level strategy**<br><br>**Explaining the source of an attention head's attention pattern.** The core insight underlying our method is the fact that attention scores (prior to softmax) are a bilinear function of the residual stream at the query and key positions. Thus, if we have a decomposition of the residual stream as a sum of feature components, we can rewrite the attention scores as a sum of dot products between feature-feature *pairs* (one on the query position, one on the key position). We call this decomposition "QK attribution" and describe in more detail how we compute it below. Note that the same strategy was used by [1] and [2] to analyze QK circuits, but explored in less depth.<br><br>**Explaining how attention heads participate in attribution graphs.** Explaining the source of each head's attention scores is insufficient on its own; we also must understand how the heads participate in our attribution graphs. To do so, for each edge in an attribution graph, we keep track of the extent to which that edge was mediated by different attention heads. To achieve this, (cross-layer) transcoders on their own are not adequate; we explain this issue and how to resolve it below.<br><br>https://transformer-circuits.pub/2025/attention-qk/index.html (last visited September 23, 2026) |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | ATTENTION PATTERN FORMATION<br><br>Aside from the Attention Replacement Layer, none of the methods above can tell us, even in principle, about how attention patterns are formed. In many cases this is fine: we can interpret MTC features just by looking at examples they fire on and studying the resulting attention patterns. But in many cases the important question is *why* the model attended where it did.<br><br>For instance, in answering a multiple choice question the model has to choose one of the answers to attend to. All of the interesting logic is involved in this choice! So we really do want a means to understand how attention patterns form.<br><br>To this end, we are pursuing an idea we call "QK diagonalization". The basic premise is to route the query and key vectors from a given attention head in the base model through separate encoders to form query-side and key-side features, respectively. The idea behind "diagonalization" is to then only consider the interaction between the $i^{\text{th}}$ query feature and the $i^{\text{th}}$ key feature. Each interaction corresponds to a "QK feature", which yields a $n_{\text{ctx}}$ by $n_{\text{ctx}}$ matrix of attention scores. We are experimenting with both rank-1 QK features (where the query-side and key-side encoders are vectors, and the corresponding attention score matrix for each feature is rank 1) and high-rank QK features (where the query-side and key-side encoders are matrices, their interaction is computed using a dot product instead of a scalar product, and the corresponding attention score matrix may be high-rank). We then sum these feature-wise attention scores across all features and softmax the result to obtain the reconstructed attention pattern for the given head. During training, we penalize the MSE between this pattern and the base model pattern; we also apply various sparsity penalties (separate L1 penalties on the query- and key-side activations; an L1 penalty on the product of the activations; and a negative pre-activation penalty on the query- and key-side features, as explained above). In followup experiments, we jointly trained on all attention heads within a given layer, allowing features to read from the keys/queries of multiple heads and write to the attention patterns of multiple heads: in these cases, how much a feature writes to a given head is determined by a learned head weights matrix. We also considered variations of the setup in which we use the features to predict the attention patterns directly (i.e., a linear version in which we don't apply the softmax).<br><br>https://transformer-circuits.pub/2025/attention-update/index.html (last visited September 23, 2026)<br><br>PyTorch further explains that softmax rescales multiple input values into corresponding output values between zero and one that collectively sum to one. |

<table>
<tr><th>Claims of the ’166 Patent</th><th>Exemplary Accused System (Claude Chat)</th></tr>
<tr><td></td><td><br>PyTorch<br>Reference API > torch.nn > Softmax Rate this Page<br><br>Softmax<br><br>class torch.nn.Softmax(dim=None) [source]<br>Applies the Softmax function to an n-dimensional input Tensor.<br>Rescales them so that the elements of the n-dimensional output Tensor lie in the range [0,1] and sum to 1.<br>Softmax is defined as:<br>$$\text{Softmax}(x_i) = \frac{\exp(x_i)}{\sum_j \exp(x_j)}$$<br>When the input Tensor is a sparse tensor then the unspecified values are treated as -inf.<br>Shape:<br>• Input: $(*)$ where * means, any number of additional dimensions<br>• Output: $(*)$, same shape as the input<br>Returns:<br>a Tensor of the same dimension and shape as the input with values in the range [0, 1]<br>Parameters:<br>dim (int) – A dimension along which Softmax will be computed (so every slice along dim will sum to 1).<br>Return type:<br>None<br><br>https://docs.pytorch.org/docs/2.13/generated/torch.nn.Softmax.html (last visited August 27, 2026)</td></tr>
<tr><td>[e] causing prioritization of a second plurality of attentions including a third attention and a fourth attention, based on the first plurality of probabilities generated by the application of the trained computer-</td><td>The Accused Products cause prioritization of a second plurality of attentions including a third attention and a fourth attention, based on the first plurality of probabilities generated by the application of the trained computer-implemented neural network.<br><br>For example, publicly available information indicates that Claude’s trained computer-implemented neural networks perform successive attentional and other neural-network operations across multiple layers, processing stages, and/or iterations of output generation. The first plurality of probabilities affects information processed by the network, including by affecting attention outputs and resulting</td></tr>
</table>

| Claims of the ’166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| implemented neural network; | neural representations and/or by contributing to generation of an output element incorporated into the context processed during a subsequent iteration. Later attention operations process information resulting from or otherwise affected by the first plurality of probabilities and prioritize additional attentions, including attentions associated with different represented information.<br><br>Transformer Circuits Thread<br><br>**Progress on Attention**<br><br>*Adam Jermyn, Jack Lindsey, Rodrigo Luger, Nick Turner, Trenton Bricken, Adam Pearce, Callum McDougall, Ben Thompson, Jeff Wu, Joshua Batson, Kelley Rivoire, and Christopher Olah; edited by Jack Lindsey*<br><br>… |

MULTITOKEN TRANSCODERS

To get at questions (1,2,3), we trained Multitoken Transcoders (MTC's). An MTC takes as input the residual stream over a full context at the input to a layer in the base transformer and predicts either the residual stream after that layer over the full context *or* the output of the attention part of the layer over the full context. It does this with three components:

1. A token-by-token encoder on the source position, much like the encoder in an SAE. This produces source-side feature activations.
2. An attention operation. For each feature we have a vector specifying a linear combination of attention patterns from heads in the base layer, padded with an identity pattern to imitate the residual connection and facilitate modeling of MLP computation, if desired. We call this the **head loading vector**, and we use it to form a feature-specific attention pattern, which we then apply to the source-side activations to move feature activations to their destinations[3] .
3. A decoder on the destination position.

An advantage of this architecture is that it can implement a powerful fused Attention+MLP operation (with the identity like "attention head" allowing MLP-like computation to be learned), where information is moved and simultaneously run through an MLP, which allows MTC's to potentially produce simpler representations of circuits by merging Attention-like operations with MLP-like operations that come either before or after the information is moved[4]

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | https://transformer-circuits.pub/2025/attention-update/index.html (last visited August 27, 2026)<br><br>Transformer Circuits Thread<br><br>**Tracing Attention Computation Through Feature Interactions**<br><br>We describe and apply a method to explain attention patterns in terms of feature interactions, and integrate this information into attribution graphs.<br><br>… |

| | |
|---|---|
| | Transformer-based language models involve two main kinds of computations: multi-layer perceptron (MLP) layers that process information *within* a context position, and attention layers that conditionally move and process information *between* context positions. In our recent papers we made significant progress in breaking down MLP computation into interpretable steps. In this update, we fill in a major missing piece in our methodology, by introducing a way to decompose attentional computations as well.<br><br>Our prior work introduced *attribution graphs* as a way of representing the forward pass of a transformer as an interpretable causal graph. These graphs were built on top of (cross-layer) transcoders, a replacement for the original model's MLP layers that use sparsely active "features" in place of the original MLP neurons. The features comprise the nodes of the attribution graphs, and edges in the graphs represent *attributions* – the influence of a source feature on a target feature in a later layer.<br><br>The attribution graphs in our initial work were incomplete, in that they omitted key information about attentional computations. The feature-feature interactions we studied – the edges in the graph – are mediated by attention heads that carry information between context positions. However, we did not attempt to explain *why* the attention heads attended to a particular context position. In many cases, this has prevented us from understanding the crux of how models perform a given task. |

| Claims of the ’166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | https://transformer-circuits.pub/2025/attention-qk/index.html (last visited August 27, 2026)<br><br>Transformer Circuits Thread<br><br>**A Mathematical Framework for Transformer Circuits**<br><br>AUTHORS<br>Nelson Elhage[*†], Neel Nanda[*], Catherine Olsson[*], Tom Henighan[†], Nicholas Joseph[†], Ben Mann[†], Amanda Askell, Yuntao Bai, Anna Chen, Tom Conerly, Nova DasSarma, Dawn Drain, Deep Ganguli, Zac Hatfield-Dodds, Danny Hernandez, Andy Jones, Jackson Kernion, Liane Lovitt, Kamal Ndousse, Dario Amodei, Tom Brown, Jack Clark, Jared Kaplan, Sam McCandlish, Chris Olah[‡]<br>* Core Research Contributor; † Core Infrastructure Contributor;<br>‡ Correspondence to colah@anthropic.com; Author contributions statement below.<br><br>AFFILIATION<br>Anthropic<br><br>PUBLISHED<br>Dec 22, 2021<br><br>. . . |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | VIRTUAL WEIGHTS<br><br>An especially useful consequence of the residual stream being linear is that one can think of implicit "virtual weights" directly connecting any pair of layers (even those separated by many other layers), by multiplying out their interactions through the residual stream. These virtual weights are the product of the output weights of one layer with the input weights[5] of another (ie. $W_I^2 W_O^1$), and describe the extent to which a later layer reads in the information written by a previous layer.<br><br><br><br>… |

## High-Level Architecture

There are several variants of transformer language models. We focus on autoregressive, decoder-only transformer language models, such as GPT-3. (The original transformer paper had a special encoder-decoder structure to support translation, but many modern language models don't include this.)

A transformer starts with a token embedding, followed by a series of "residual blocks", and finally a token unembedding. Each residual block consists of an attention layer, followed by an MLP layer. Both the attention and MLP layers each "read" their input from the residual stream (by performing a linear projection), and then "write" their result to the residual stream by adding a linear projection back in. Each attention layer consists of multiple heads, which operate in parallel.




The final logits are produced by applying the unembedding.

$$T(t) = W_U x_{-1}$$

An MLP layer, $m$, is run and added to the residual stream.

$$x_{i+2} = x_{i+1} + m(x_{i+1})$$

Each attention head, $h$, is run and added to the residual stream.

$$x_{i+1} = x_i + \sum_{h \in H_i} h(x_i)$$

One residual block

Token embedding.

$$x_0 = W_E t$$

| Claims of the ’166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | https://transformer-circuits.pub/2021/framework/index.html (last visited August 27, 2026)<br><br>As discussed above, Claude includes transformer-based models. *See supra* Claim 1[a]. Transformer-based models include successive layers that read, process, and write information through the network. Results generated through earlier attentional and neural-network processing contribute to the representations available to later layers, including later attention layers containing multiple attention heads operating in parallel. |
| [f] causing generation, by application of the trained computer-implemented neural network, of a second plurality of probabilities based on the prioritization of the second plurality of attentions; | The Accused Products cause generation, by application of the trained computer-implemented neural network, of a second plurality of probabilities based on the prioritization of the second plurality of attentions.<br><br>For example, publicly available information indicates that, based on the later attentional prioritization, Claude’s trained computer-implemented neural networks generate a second plurality of probabilities. These probabilities include, without limitation, normalized values generated from later attention scores and/or probabilities associated with possible output elements generated through application of the neural network based on information resulting from or affected by the later attentional processing. *See, e.g., supra* Claims 1[d]–1[e].<br><br>Anthropic further explains that Claude calculates probabilities for multiple possible output elements, selects an element based on those probabilities, and repeats the process to generate a complete output. |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
| --- | --- |
| | **How Claude Generates Text**<br><br>Before diving into temperature, it helps to understand Claude's text generation process. When you send Claude a prompt like "What do you think?", it goes through three key steps:<br><br>• **Tokenization** - Breaking your input into smaller chunks<br>• **Prediction** - Calculating probabilities for possible next words<br>• **Sampling** - Choosing a token based on those probabilities<br><br><br><br><br>In this example, Claude might assign a 30% probability to "about", 20% to "would", 10% to "of", and so on. The model then selects one token and repeats this entire process to build complete sentences. |

| Claims of the ’166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| |   … |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | **Choosing the Right Temperature**<br><br>Different tasks call for different temperature ranges:<br><br><br><br><br>**Low Temperature (0.0 - 0.3)**<br>• Factual responses<br>• Coding assistance<br>• Data extraction<br>• Content moderation<br><br>**Medium Temperature (0.4 - 0.7)**<br>• Summarization<br>• Educational content<br>• Problem-solving<br>• Creative writing with constraints<br><br>**High Temperature (0.8 - 1.0)**<br>• Brainstorming<br>• Creative writing<br>• Marketing content<br>• Joke generation |

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | https://academy.claude.com/courses/building-with-the-claude-api/temperature (last visited September 16, 2026) |
| [g] causing generation of a second plurality of syntactical elements based on the second plurality of probabilities generated by the application of the trained computer-implemented neural network; and | The Accused Products cause generation of a second plurality of syntactical elements based on the second plurality of probabilities generated by the application of the trained computer-implemented neural network.<br><br>For example, publicly available information indicates that Claude's trained computer-implemented neural networks generate successive output elements based on probability values generated through application of the neural network. The second plurality of probabilities affects the generation of output elements, including through represented information used by subsequent neural-network operations and/or as probabilities associated with possible output elements used in generating an output element. Repeated application of this process generates output elements that collectively form words, sentences, code, and other syntactical content. *See, e.g., supra* Claim 1[f]. |
| [h] causing a communication to be sent to a user. | The Accused Products cause a communication to be sent to a user.<br><br>For example, Claude receives information provided by a user and sends or otherwise provides the user with a responsive communication containing Claude-generated text, code, documents, or other content. Users may access and receive Claude's generated communications through, for example, Claude.ai, Claude applications, and products or services incorporating Anthropic's API. |


Claude Academy
Search or ask ... Ctrl K
Sign in
AI Fluency
Products
Resources
Lesson 2 of 13 · Claude 101
Your first conversation with Claude
Not now
Sign in
You can keep reading without an account, but completed lessons won't be saved.
Video: Getting started with Claude.ai
Getting started with Claude.ai
Anthropic
What's new, Steven?
Create a market analysis report on the US indie film streaming opportunity. Include market size, growth trends, key competitors, consumer preferences, revenue models, and market gaps. Use current web research with citations. Structure as a professional report for an investor pitch deck for a new indie streaming app.
Opus 4.1
2:12 / 5:18
More videos
Getting started with Claude.ai
Now just wait as Claude delivers to you a well-crafted response that effectively accomplishes your task. But the real power of Claude comes with continued and frequent communication, not just one-off prompts. The more you interact with Claude, the better it becomes at understanding your communication style and preferences for future conversations.
Working with Claude, you have a great partner and a powerful intelligent collaborator that amplifies your capabilities across everything you work on. Claude brings AI intelligence to your work. You bring the context and expertise that makes the work meaningful

| Claims of the ’166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | … |

Claude Academy

Search or ask ... Ctrl K Sign in

AI Fluency Products Resources

Lesson 2 of 13 · Claude 101

Your first conversation with Claude

Not now Sign in

You can keep reading without an account, but completed lessons won't be saved.

## Video: Getting started with Claude.ai




Getting started with Claude.ai

Now just wait as Claude delivers to you a well-crafted response that effectively accomplishes your task. But the real power of Claude comes with continued and frequent communication, not just one-off prompts. The more you interact with Claude, the better it becomes at understanding your communication style and preferences for future conversations.

Working with Claude, you have a great partner and a powerful intelligent collaborator that amplifies your capabilities across everything you work on. Claude brings AI intelligence to your work. You bring the context and expertise that makes the work meaningful

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | https://academy.claude.com/courses/claude-101/your-first-conversation-with-claude (last visited August 28, 2026, playback 2:12–2:20) |

Claude Platform Docs

Using the Messages API / Basic request and response

# Basic request and response

The `temperature`, `top_p`, and `top_k` sampling parameters are not supported on Claude 4.7 and later models and Claude Mythos Preview. Setting them to a non-default value returns a 400 error. Omit them from request payloads and use prompting to guide the model's behavior instead. See the migration guide.

cURL CLI Python TypeScript C# Go Java PHP Ruby

```
message = anthropic.Anthropic().messages.create(
    model="claude-opus-5",
    max_tokens=1024,
    messages=[{"role": "user", "content": "Hello, Claude"}],
)
print(message)
```

Output


```
{
  "id": "msg_01XFDUDYJgAACzvnptvVoYEL",
  "type": "message",
  "role": "assistant",
  "content": [
    {
      "type": "text",
      "text": "Hello!"
    }
  ],
  "model": "claude-opus-5",
  "stop_reason": "end_turn",
  "stop_sequence": null,
  "usage": {
    "input_tokens": 12,
    "output_tokens": 6
  }
}
```

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | … |

| | |
|---|---|
| | Claude Platform Docs<br><br>Using the Messages API / Multiple conversational turns<br><br>**Multiple conversational turns**<br><br>The Messages API is stateless, which means that you always send the full conversational history to the API. You can use this pattern to build up a conversation over time. Earlier conversational turns don't necessarily need to actually originate from Claude. You can use synthetic `assistant` messages.<br><br>cURL CLI Python TypeScript C# Go Java PHP Ruby |

```
message = anthropic.Anthropic().messages.create(
    model="claude-opus-5",
    max_tokens=1024,
    messages=[
        {"role": "user", "content": "Hello, Claude"},
        {"role": "assistant", "content": "Hello!"},
        {"role": "user", "content": "Can you describe LLMs to me?"},
    ],
)
print(message)
```

Output


```
{
  "id": "msg_018gCsTGsXkYJVqYPxTgDHBU",
  "type": "message",
  "role": "assistant",
  "content": [
    {
      "type": "text",
      "text": "Sure, I'd be happy to provide..."
    }
  ],
  "model": "claude-opus-5",
  "stop_reason": "end_turn",
  "stop_sequence": null,
  "usage": {
    "input_tokens": 30,
    "output_tokens": 309
  }
}
```

| Claims of the '166 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | https://platform.claude.com/docs/en/build-with-claude/working-with-messages (last visited August 28, 2026) |

# EXHIBIT B

## FLINN ARTIFICIAL INTELLIGENCE (AI) TECHNOLOGIES, LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

### U.S. Patent No. 12,223,404

Flinn Artificial Intelligence (AI) Technologies, LLC ("Flinn") accuses Anthropic of infringing at least claims 10 and 21 of U.S. Patent No. 12,223,404 (hereinafter "the '404 Patent"). Flinn provides the following claim chart.

This claim chart identifies specifically where each element of each Asserted Claim is found within each Accused Product[1] and provides Anthropic notice of identified instrumentalities that incorporate or reflect the recited claim elements. This claim chart is not intended to be an expert report on infringement or provide detailed analysis of the claim terms or infringement. This claim chart includes information related to an assertion of infringement with respect to the Accused Products identified, including diagrams, web page screenshots, and other documentary evidence by way of example and not by way of limitation.

The Asserted Claims include elements that are implemented, at least in part, by instrumentalities described in confidential information not accessible to Plaintiff. In some instances, the precise processes and algorithms used are, at least in part, not publicly available. An analysis of Anthropic's (or other third parties') technical documentation and/or software source code may be necessary to more fully identify all infringing features and functionality. Accordingly, Flinn reserves the right to supplement these contentions once such information is made available to Flinn. Furthermore, Flinn reserves the right to revise these contentions, as appropriate, upon issuance of the Court's Claim Construction Order.

As used in this claim chart, "Accused System" refers to the combination of models, software, computing infrastructure, interfaces, and related components through which the Accused Products are trained, evaluated, aligned, improved, operated, provided, and/or used to perform the accused functionality. The Accused System may include, without limitation, components and processes used for training, post-training, human or automated feedback, evaluation, inference, reasoning, agentic task execution, and generation or

---

[1] Anthropic's products and services including Claude and its chat, agentic, and task-execution functionality, whether offered separately or through a unified experience, Claude Chat, Claude Code, Claude Cowork, Claude Design, Claude Enterprise, Claude API access, and hosted or dedicated Claude deployments that are powered by artificial-intelligence models from Anthropic's "Claude" series, including Claude 1, Claude 1.2, Claude 2, Claude 2.1, Claude 3, Claude 3.5, Claude 3.7, Claude 4, Claude 4.1, Claude 5, and all Opus, Sonnet, Haiku, Fable, Mythos, and other versions, variants, or configurations of those models, as well as any later-released, successor, replacement, updated, modified, derivative, or renamed products, services, platforms, systems, versions, or variants of the foregoing that perform the same or substantially similar accused functionality (collectively, the "Accused Products").

revision of model outputs. The Accused System is not a separate category of accused product and does not limit the definition of Accused Products.

The claim chart refers to the Accused System and the aforementioned products are included in (or can operate in conjunction with) the Accused System, as noted in the claim chart. To the extent the below claim chart relies on evidence for the Accused System, Flinn asserts that, on information and belief, any Accused Product that includes, incorporates, or operates in conjunction with a system having the same or substantially similar accused functionality also infringes the charted claim. Flinn reserves the right to amend these infringement contentions with other products, services, platforms, or systems made, used, sold, imported, or offered for sale, provided, or operated by Anthropic, as well as methods performed by or through such products, services, platforms, or systems. Flinn also reserves the right to amend these infringement contentions by citing other claims of the '404 Patent, not listed in the claim chart, that are infringed by the Accused Products or by methods performed by or through the Accused Products. Flinn further reserves the right to amend these infringement contentions by adding, subtracting, or otherwise modifying content in the "Accused System" section.

To the extent there are any differences between the accused instrumentalities and the following claim elements, any such differences are insubstantial and are alleged to infringe under the doctrine of equivalents.

<table>
<tr><th>Claims of the ’404 Patent</th><th>Exemplary Accused System (Claude Design)</th></tr>
<tr><td>10[pre] A system, comprising:<br>[a] one or more processors;<br>[b] one or more memories in communication with the one or more processors; and<br>[c] one or more programs, wherein the one or more programs are stored in the one or more memories to be executed by the one or more processors, the one or more programs including instructions for causing:</td><td>

The Accused Products comprise a system including one or more processors, one or more memories in communication with the one or more processors, and one or more programs stored in the one or more memories to be executed by the one or more processors, the programs including instructions for causing the recited functionality.

For example, Claude Design operates through software executed on one or more computing systems. Those computing systems include one or more processors and memories in communication with the processors and storing program instructions executed by the processors. Depending on the configuration used, the relevant computing systems may include systems operated by Anthropic and/or a user’s computing device. The executed instructions provide functionality for receiving user prompts and other information, applying one or more trained Claude models, generating designs and other responsive content, rendering generated visual work on a canvas, and providing the resulting output to the user.

Anthropic identifies Claude Design as a product powered by the Claude Opus 4.7 vision model that allows users to create visual work, including designs, prototypes, slides, one-pagers, wireframes, mockups, marketing collateral, and campaign visuals. Anthropic further explains that users may begin with a text prompt, upload images or documents after which Claude builds responsive visual work.




. . .

</td></tr>
</table>

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | Claude Design is powered by our most capable vision model, Claude Opus 4.7, and is available in research preview for Claude Pro, Max, Team, and Enterprise subscribers. We're rolling out to users gradually throughout the day.<br>…<br>**How it works**<br>Claude Design follows a natural creative flow.<br>**Your brand, built in.** During onboarding, Claude builds a design system for your team by reading your codebase and design files. Every project after that uses your colors, typography, and components automatically. You can refine the system over time, and teams can maintain more than one.<br>**Import from anywhere.** Start from a text prompt, upload images and documents (DOCX, PPTX, XLSX), or point Claude at your codebase. You can also use the web capture tool to grab elements directly from your website so prototypes look like the real product.<br>**Refine with fine-grained controls.** Comment inline on specific elements, edit text directly, or use adjustment knobs to tweak spacing, color, and layout live. Then ask Claude to apply your changes across the full design.<br>https://www.anthropic.com/news/claude-design-anthropic-labs (last visited September 17, 2026)<br>… |

| Claims of the ’404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | **Why use Claude Design for presentations**<br><br>**Speed and Efficiency**<br><br>Creating a presentation from scratch typically involves wrestling with slide templates, formatting, and layout decisions. Claude Design handles all of this instantly. You describe what you need in plain language, and Claude generates a complete deck ready to present—no design skills required.<br><br>**Brand Consistency**<br><br>If your organization has set up a design system in Claude Design, your slides automatically apply your brand's colors, typography, and visual style. This ensures consistent branding across all presentations without manual tweaking, and eliminates the "this looks different from our other materials" problem.<br><br>**Interactive and Dynamic**<br><br>Claude Design presentations are generated as interactive HTML rendered in the canvas, offering capabilities beyond static slide software. You can iterate, refine, and customize slides in real-time within the conversation, seeing changes instantly.<br><br>https://academy.claude.com/tutorials/using-claude-design-for-presentations-and-slide-decks (last visited September 17, 2026) |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | **How Claude Design works**<br>Claude Design pairs a conversation with a canvas. You describe what you want, and Claude generates a working design on the canvas beside the conversation. From there, you iterate—refining through conversation, inline comments, and directly on the canvas until it's right.<br>The typical flow is:<br>1. Start a design from a conversation, the Artifacts tab, or claude.ai/design.<br>2. Attach or import the design system you want Claude to build with.<br>3. Add any relevant context (screenshots, a codebase).<br>4. Describe what you want to build.<br>5. Review what Claude generates on the canvas.<br>6. Refine through chat, edit directly on the canvas, or leave inline comments.<br>7. Export or share when you're happy with the result.<br>https://support.claude.com/en/articles/14604416-get-started-with-claude-design (last visited September 17, 2026)<br>The specific processor, memory, program, server, and other computing-system configurations used to store and execute the relevant instructions may vary depending on the product, interface, deployment, and user configuration and are not fully publicly available. Those configurations will be confirmed through discovery. |
| [d] access to a computer-implemented neural network that is trained, the trained computer-implemented neural network being of a type other than a recurrent neural network; | The Accused Products cause access to a computer-implemented neural network that is trained, the trained computer-implemented neural network being of a type other than a recurrent neural network.<br><br>For example, Claude Design causes access to the trained Claude Opus 4.7 vision model. https://www.anthropic.com/news/claude-design-anthropic-labs (last visited September 17, 2026) |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | Publicly available information further indicates that the Claude model accessed by Claude Design is a transformer-based neural network, rather than a recurrent neural network. Anthropic has explained that Claude models use transformer architecture and are trained through computer-implemented training processes.<br><br>**Model Card and Evaluations for Claude Models**<br><br>**Anthropic**<br><br>**1 Introduction**<br><br>This report includes the model card [1] for Claude models, focusing on Claude 2, along with the results of a range of safety, alignment, and capabilities evaluations. We have been iterating on the training and evaluation of Claude-type models since our first work on Reinforcement Learning from Human Feedback (RLHF) [2]; the newest Claude 2 model represents a continuous evolution from those early and less capable 'helpful and harmless' language assistants.<br><br>…<br><br>**Model details**<br><br>Both Claude 2 and previous Claude models are general purpose large language models. They use a transformer architecture and are trained via unsupervised learning, RLHF, and Constitutional AI (including both a supervised and Reinforcement Learning (RL) phase). Claude 2 was developed by Anthropic and released in July 2023.<br><br>… |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | **Training Data**<br><br>Claude models are trained on a proprietary mix of publicly available information from the Internet, datasets that we license from third party businesses, and data that our users affirmatively share or that crowd workers provide. Some of the human feedback data used to finetune Claude was made public [12] alongside our RLHF [2] and red-teaming [4] research.<br><br>Claude 2's training data cuts off in early 2023, and roughly 10 percent of the data included was non-English.<br><br>Anthropic, *Model Card and Evaluation for Claude Models*, https://www-cdn.anthropic.com/bd2a28d2535bfb0494cc8e2a3bf135d2e7523226/Model-Card-Claude-2.pdf (last visited August 26, 2026) |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | # The Claude 3 Model Family: Opus, Sonnet, Haiku<br><br>**Anthropic**<br><br>**Abstract**<br><br>We introduce Claude 3, a new family of large multimodal models – **Claude 3 Opus**, our most capable offering, **Claude 3 Sonnet**, which provides a combination of skills and speed, and **Claude 3 Haiku**, our fastest and least expensive model. All new models have vision capabilities that enable them to process and analyze image data. The Claude 3 family demonstrates strong performance across benchmark evaluations and sets a new standard on measures of reasoning, math, and coding. Claude 3 Opus achieves state-of-the-art results on evaluations like GPQA [1], MMLU [2], MMMU [3] and many more. Claude 3 Haiku performs as well or better than Claude 2 [4] on most pure-text tasks, while Sonnet and Opus significantly outperform it. Additionally, these models exhibit improved fluency in non-English languages, making them more versatile for a global audience. In this report, we provide an in-depth analysis of our evaluations, focusing on core capabilities, safety, societal impacts, and the catastrophic risk assessments we committed to in our Responsible Scaling Policy [5].<br><br>**1 Introduction**<br><br>This model card introduces the Claude 3 family of models, which set new industry benchmarks across reasoning, math, coding, multi-lingual understanding, and vision quality.<br><br>Like its predecessors, Claude 3 models employ various training methods, such as unsupervised learning and Constitutional AI [6]. These models were trained using hardware from Amazon Web Services (AWS) and Google Cloud Platform (GCP), with core frameworks including PyTorch [7], JAX [8], and Triton [9].<br><br>Anthropic, *The Claude 3 Model Family: Opus, Sonnet, Haiku*; https://www-cdn.anthropic.com/de8ba9b01c9ab7cbabf5c33b80b7bbc618857627/Model_Card_Claude_3.pdf (last visited August 26, 2026) |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | ANTHROP\C<br><br>System Card:<br>Claude Opus 4 &<br>Claude Sonnet 4<br><br>May 2025<br><br>… |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
| --- | --- |
| | **1 Introduction**<br><br>Claude Opus 4 and Claude Sonnet 4 are two new hybrid reasoning large language models from Anthropic. They have advanced capabilities in reasoning, visual analysis, computer use, and tool use. They are particularly adept at complex computer coding tasks, which they can productively perform autonomously for sustained periods of time. In general, the capabilities of Claude Opus 4 are stronger than those of Claude Sonnet 4.<br><br>This system card mainly focuses on safety-related testing of the models. In this introductory section, we briefly describe the models and our release decision process for them, including our decision to release Claude Opus 4 under the AI Safety Level 3 Standard and Claude Sonnet 4 under the AI Safety Level 2 Standard.<br><br>**1.1 Model training and characteristics**<br><br>1.1.1 Training data and process<br><br>Claude Opus 4 and Claude Sonnet 4 were trained on a proprietary mix of publicly available information on the Internet as of March 2025, as well as non-public data from third parties, data provided by data-labeling services and paid contractors, data from Claude users who have opted in to have their data used for training, and data we generated internally at Anthropic. We employed several data cleaning and filtering methods during the training process, including deduplication and classification.<br><br>Anthropic, *Claude 4 System Card*, https://www-cdn.anthropic.com/07b2a3f9902ee19fe39a36ca638e5ae987bc64dd.pdf (last visited August 26, 2026)<br><br>Anthropic further explains that large language models are based on transformer architecture, which enables tokens to attend across the context, and that models develop their attention patterns through training. |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
| --- | --- |
| |  <br>… |

| Claims of the ’404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | **Why context engineering is important to building capable agents**<br><br>Despite their speed and ability to manage larger and larger volumes of data, we’ve observed that LLMs, like humans, lose focus or experience confusion at a certain point. Studies on needle-in-a-haystack style benchmarking have uncovered the concept of context rot: as the number of tokens in the context window increases, the model’s ability to accurately recall information from that context decreases.<br><br>While some models exhibit more gentle degradation than others, this characteristic emerges across all models. Context, therefore, must be treated as a finite resource with diminishing marginal returns. Like humans, who have limited working memory capacity, LLMs have an “attention budget” that they draw on when parsing large volumes of context. Every new token introduced depletes this budget by some amount, increasing the need to carefully curate the tokens available to the LLM.<br><br>This attention scarcity stems from architectural constraints of LLMs. LLMs are based on the transformer architecture, which enables every token to attend to every other token across the entire context. This results in $n^2$ pairwise relationships for n tokens.<br><br>As its context length increases, a model's ability to capture these pairwise relationships gets stretched thin, creating a natural tension between context size and attention focus. Additionally, models develop their attention patterns from training data distributions where shorter sequences are typically more common than longer ones. This means models have less experience with, and fewer specialized parameters for, context-wide dependencies.<br><br>Techniques like position encoding interpolation allow models to handle longer sequences by adapting them to the originally trained smaller context, though with some degradation in token position understanding. These factors create a performance gradient rather than a hard cliff: models remain highly capable at longer contexts but may show reduced precision for information retrieval and long-range reasoning compared to their performance on shorter contexts.<br><br>These realities mean that thoughtful context engineering is essential for building capable agents.<br><br>https://www.anthropic.com/engineering/effective-context-engineering-for-ai-agents (last visited September 23, 2026). |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | |

## Method

Selective Gradient Masking (SGTM) follows the Gradient Routing framework: it localizes dangerous knowledge to specific model parameters during training, which can then be removed afterward. SGTM modifies how gradients are applied during training—selectively masking them to control which parameters store different types of knowledge.




*SGTM splits model parameters into "forget" (orange) and "retain" (blue) components. In each transformer block, certain attention heads and MLP neurons are designated for dangerous knowledge, while the rest store general knowledge.*

Here's how SGTM works:

1. **Parameter Designation**: In each transformer block, we designate certain attention heads and MLP neurons as "forget" parameters (for dangerous knowledge) and the rest as "retain" parameters (for general knowledge).
2. **Selective Gradient Masking**: During training, when the model sees data labeled as dangerous (e.g., CBRN content), we mask the gradients so that only the forget parameters are updated. This ensures dangerous knowledge flows only into designated parameters.
3. **Ablation**: After training, we permanently zero out the forget parameters, removing the dangerous knowledge while preserving general capabilities.

Crucially, SGTM handles unlabeled data (where we're uncertain if it's dangerous) by allowing it to update all parameters. The key insight is that once the model begins localizing dangerous knowledge based on labeled examples, unlabeled dangerous content naturally gravitates toward the forget parameters through a self-reinforcing process we call "absorption."

https://alignment.anthropic.com/2025/selective-gradient-masking/ (last visited September 23, 2026)

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | |
| [e] access to information including a first plurality of syntactical elements; | The Accused Products cause access to information including a first plurality of syntactical elements.<br><br>For example, Claude Design causes access to syntactical elements contained in a user's prompt and other information provided or made available to Claude Design, including documents, design files, project instructions, comments, and other context.<br><br>Anthropic explains that a user may start Claude Design from a text prompt, upload images or documents. Anthropic further explains that users describe what they need and refine generated work through conversation, inline comments, and direct edits.<br><br>**How it works**<br>Claude Design follows a natural creative flow.<br><br>**Your brand, built in.** During onboarding, Claude builds a design system for your team by reading your codebase and design files. Every project after that uses your colors, typography, and components automatically. You can refine the system over time, and teams can maintain more than one.<br><br>**Import from anywhere.** Start from a text prompt, upload images and documents (DOCX, PPTX, XLSX), or point Claude at your codebase. You can also use the web capture tool to grab elements directly from your website so prototypes look like the real product.<br><br>**Refine with fine-grained controls.** Comment inline on specific elements, edit text directly, or use adjustment knobs to tweak spacing, color, and layout live. Then ask Claude to apply your changes across the full design.<br><br>https://www.anthropic.com/news/claude-design-anthropic-labs (last visited September 17, 2026) |

| Claims of the ’404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| |   https://www.anthropic.com/news/claude-design-anthropic-labs (last visited September 17, 2026)<br><br>Anthropic also provides concrete examples of textual prompts used to instruct Claude Design, including prompts describing requested prototypes, user flows, presentations, layouts, content, and visual features. |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | ← Academy / Tutorials<br><br>**Using Claude Design for prototypes and UX**<br><br>Claude Design by Anthropic Labs is a powerful tool for product designers and product managers who need to move fast from concept to working prototype. This guide covers workflows specific to product work – rapid prototyping, connecting your codebase for production-aware designs, iterating on features with real components, and handing off to engineering through Claude Code.<br><br>15 min · Claude Design<br><br><br><br><br>. . .<br><br>**Product design workflows**<br><br>Rapid feature prototyping<br><br>The most common product use case: you have a feature idea and need to make it tangible before committing engineering resources. Claude Design lets you go from concept to interactive prototype in a single conversation.<br><br>**Example prompts for feature prototyping:**<br><br>Design a new settings page for our SaaS app with sections for account, billing, notifications, and integrations. Include a sidebar nav and make each section expandable.<br><br>Copy prompt<br><br>Create an onboarding flow for a new user — 5 screens that walk them through connecting their data source, configuring their first dashboard, and inviting teammates.<br><br>Copy prompt |

| Claims of the ’404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | https://academy.claude.com/tutorials/using-claude-design-for-prototypes-and-ux (last visited September 17, 2026) |
| [f] generation, by application of the trained computer-implemented neural network, of a first plurality of probabilities that is associated with the first plurality of syntactical elements; | The Accused Products cause generation, by application of the trained computer-implemented neural network, of a first plurality of probabilities associated with the first plurality of syntactical elements.<br><br>For example, when Claude Design applies the trained Claude Opus 4.7 vision model to a user’s prompt and other accessed information, the Accused Products generate probability values associated with represented portions of the prompt and other syntactical information. |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
| --- | --- |
| | Transformer Circuits Thread<br><br>**Tracing Attention Computation Through Feature Interactions**<br><br>We describe and apply a method to explain attention patterns in terms of feature interactions, and integrate this information into attribution graphs.<br><br><br><br><br>AUTHORS<br>Harish Kamath[*], Emmanuel Ameisen[*], Isaac Kauvar, Rodrigo Luger, Wes Gurnee, Adam Pearce, Sam Zimmerman, Joshua Batson, Thomas Conerly, Chris Olah, Jack Lindsey[‡]<br><br>AFFILIATIONS<br>Anthropic<br><br>PUBLISHED<br>July 31st, 2025<br><br>* Core Research Contributor; ‡ Correspondence to jacklindsey@anthropic.com<br><br>. . . |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | Transformer-based language models involve two main kinds of computations: multi-layer perceptron (MLP) layers that process information *within* a context position, and attention layers that conditionally move and process information *between* context positions. In our recent papers we made significant progress in breaking down MLP computation into interpretable steps. In this update, we fill in a major missing piece in our methodology, by introducing a way to decompose attentional computations as well.<br><br>Our prior work introduced *attribution graphs* as a way of representing the forward pass of a transformer as an interpretable causal graph. These graphs were built on top of (cross-layer) transcoders, a replacement for the original model's MLP layers that use sparsely active "features" in place of the original MLP neurons. The features comprise the nodes of the attribution graphs, and edges in the graphs represent *attributions* – the influence of a source feature on a target feature in a later layer.<br><br>The attribution graphs in our initial work were incomplete, in that they omitted key information about attentional computations. The feature-feature interactions we studied – the edges in the graph – are mediated by attention heads that carry information between context positions. However, we did not attempt to explain *why* the attention heads attended to a particular context position. In many cases, this has prevented us from understanding the crux of how models perform a given task.<br><br>In this update, we describe a method to address this issue by extending attribution graphs so they can explain attention patterns. Our method is centered on "QK attributions," which describe attention head scores as a bilinear function of feature activations on the respective query and key positions. We also describe a way to integrate this information into attribution graphs, by computing the contribution of different attention heads to graph edges.<br><br>… |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | ## High-level strategy<br><br>**Explaining the source of an attention head's attention pattern.** The core insight underlying our method is the fact that attention scores (prior to softmax) are a bilinear function of the residual stream at the query and key positions. Thus, if we have a decomposition of the residual stream as a sum of feature components, we can rewrite the attention scores as a sum of dot products between feature-feature *pairs* (one on the query position, one on the key position). We call this decomposition "QK attribution" and describe in more detail how we compute it below. Note that the same strategy was used by [1] and [2] to analyze QK circuits, but explored in less depth.<br><br>**Explaining how attention heads participate in attribution graphs.** Explaining the source of each head's attention scores is insufficient on its own; we also must understand how the heads participate in our attribution graphs. To do so, for each edge in an attribution graph, we keep track of the extent to which that edge was mediated by different attention heads. To achieve this, (cross-layer) transcoders on their own are not adequate; we explain this issue and how to resolve it below.<br><br>. . .<br><br>## QK attributions<br><br>QK attributions are intended to explain *why* each head attended where it did. In this section, we assume that we have trained sparse autoencoders (SAEs) on the residual stream of each layer of the model (though there are alternative strategies we could use; see below).<br><br>In a standard attention layer, a head's attention score at positions $(p_k, p_q)$ is produced by taking the dot product of linear transformations of the residual stream at these positions[2] . To simplify things, we introduce a matrix $W_{QK} = W_Q^T W_K$ (see discussion in the *Framework* paper). We simply expand the key and query activations to describe them in terms of feature activations (along with a bias and residual error), and then multiply out the bilinear interaction:<br><br>https://transformer-circuits.pub/2025/attention-qk/index.html (last visited September 17, 2026)<br><br>Anthropic further explains that feature-wise attention scores may be summed and passed through softmax to obtain the corresponding attention pattern for an attention head. |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | ATTENTION PATTERN FORMATION<br><br>Aside from the Attention Replacement Layer, none of the methods above can tell us, even in principle, about how attention patterns are formed. In many cases this is fine: we can interpret MTC features just by looking at examples they fire on and studying the resulting attention patterns. But in many cases the important question is *why* the model attended where it did.<br><br>For instance, in answering a multiple choice question the model has to choose one of the answers to attend to. All of the interesting logic is involved in this choice! So we really do want a means to understand how attention patterns form.<br><br>To this end, we are pursuing an idea we call "QK diagonalization". The basic premise is to route the query and key vectors from a given attention head in the base model through separate encoders to form query-side and key-side features, respectively. The idea behind "diagonalization" is to then only consider the interaction between the $i^{\text{th}}$ query feature and the $i^{\text{th}}$ key feature. Each interaction corresponds to a "QK feature", which yields a $n_{\text{ctx}}$ by $n_{\text{ctx}}$ matrix of attention scores. We are experimenting with both rank-1 QK features (where the query-side and key-side encoders are vectors, and the corresponding attention score matrix for each feature is rank 1) and high-rank QK features (where the query-side and key-side encoders are matrices, their interaction is computed using a dot product instead of a scalar product, and the corresponding attention score matrix may be high-rank). We then sum these feature-wise attention scores across all features and softmax the result to obtain the reconstructed attention pattern for the given head. During training, we penalize the MSE between this pattern and the base model pattern; we also apply various sparsity penalties (separate L1 penalties on the query- and key-side activations; an L1 penalty on the product of the activations; and a negative pre-activation penalty on the query- and key-side features, as explained above). In followup experiments, we jointly trained on all attention heads within a given layer, allowing features to read from the keys/queries of multiple heads and write to the attention patterns of multiple heads: in these cases, how much a feature writes to a given head is determined by a learned head weights matrix. We also considered variations of the setup in which we use the features to predict the attention patterns directly (i.e., a linear version in which we don't apply the softmax).<br><br>https://transformer-circuits.pub/2025/attention-update/index.html (last visited September 23, 2026)<br><br>PyTorch further explains that softmax rescales multiple input values into corresponding output values between zero and one that collectively sum to one. |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | |

PyTorch

Reference API > torch.nn > Softmax Rate this Page

# Softmax

`class torch.nn.Softmax(dim=None)` [source]

Applies the Softmax function to an n-dimensional input Tensor.

Rescales them so that the elements of the n-dimensional output Tensor lie in the range [0,1] and sum to 1.

Softmax is defined as:

$$\text{Softmax}(x_i) = \frac{\exp(x_i)}{\sum_j \exp(x_j)}$$

When the input Tensor is a sparse tensor then the unspecified values are treated as `-inf`.

**Shape:**

- Input: $(*)$ where * means, any number of additional dimensions
- Output: $(*)$, same shape as the input

**Returns:**

a Tensor of the same dimension and shape as the input with values in the range [0, 1]

**Parameters:**

**dim** (*int*) – A dimension along which Softmax will be computed (so every slice along dim will sum to 1).

**Return type:**

None

https://docs.pytorch.org/docs/2.13/generated/torch.nn.Softmax.html (last visited August 27, 2026)

Anthropic further explains that Claude calculates probabilities for multiple possible output elements and selects an element based on those probabilities.

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | **How Claude Generates Text**<br><br>Before diving into temperature, it helps to understand Claude's text generation process. When you send Claude a prompt like "What do you think?", it goes through three key steps:<br><br>• **Tokenization** - Breaking your input into smaller chunks<br>• **Prediction** - Calculating probabilities for possible next words<br>• **Sampling** - Choosing a token based on those probabilities<br><br><br><br>In this example, Claude might assign a 30% probability to "about", 20% to "would", 10% to "of", and so on. The model then selects one token and repeats this entire process to build complete sentences. |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | <br>. . . |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|

### Choosing the Right Temperature

Different tasks call for different temperature ranges:




**Low Temperature (0.0 - 0.3)**

- Factual responses
- Coding assistance
- Data extraction
- Content moderation

**Medium Temperature (0.4 - 0.7)**

- Summarization
- Educational content
- Problem-solving
- Creative writing with constraints

**High Temperature (0.8 - 1.0)**

- Brainstorming
- Creative writing
- Marketing content
- Joke generation

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | https://academy.claude.com/courses/building-with-the-claude-api/temperature (last visited September 16, 2026) |
| [g] a first attention to be directed to a representation of a first subset of the first plurality of syntactical elements based on the first plurality of probabilities, for use by the trained computer-implemented neural network; | The Accused Products cause a first attention to be directed to a representation of a first subset of the first plurality of syntactical elements based on the first plurality of probabilities, for use by the trained computer-implemented neural network.<br><br>For example, when Claude Design applies the trained Claude Opus 4.7 vision model to a user's prompt and other accessed information, the Accused Products cause a first attention to be directed, based on the first plurality of probabilities generated as described above, to represented portions of the prompt or other syntactical information for use in the neural network's processing. *See supra* Claims 10[e]–10[f].<br><br>Anthropic's interpretability research explains that attention heads attend to particular context positions based on attention-head scores associated with represented information at respective positions. The research provides examples in which attention heads attend to an "appropriate token," a "relevant word," or an "appropriate option." |

| Claims of the ’404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | We provide several case studies of this method in action. Some of these examples confirmed existing hypotheses we described in *Biology*, which we could not validate at the time:<br>• In an induction prompt, the query-side "X" features interact with key-side "preceded by X" features to cause induction heads to attend to the appropriate token.<br>• In a prompt where the model is asked for the opposite of a word, key-side features "tag" the relevant word so that query-side "opposite" features can find it at the appropriate time.<br>• In a multiple choice question, we confirm that interactions between "answer a multiple choice question" features and "correct answer" features cause "correct answer" *attention heads* to attend to the appropriate option.<br>https://transformer-circuits.pub/2025/attention-qk/index.html (last visited September 17, 2026) |
| [h] generation, by application of the trained computer-implemented neural network, of a second plurality of probabilities based on the first attention and the first plurality of probabilities generated by the application of the trained computer-implemented neural network; | The Accused Products cause generation, by application of the trained computer-implemented neural network, of a second plurality of probabilities based on the first attention and the first plurality of probabilities generated by the application of the trained computer-implemented neural network.<br><br>For example, publicly available information indicates that the trained Claude Opus 4.7 vision model performs successive neural-network processing in which represented information resulting from or affected by the first attention and the first plurality of probabilities contributes to generation of a second plurality of probabilities. *See supra* Claims 10[f]–10[g]. |
| [i] a second attention to be directed to a representation of a second subset of the first plurality of syntactical elements based on the second plurality of probabilities, for use by the | The Accused Products cause a second attention to be directed to a representation of a second subset of the first plurality of syntactical elements based on the second plurality of probabilities, for use by the trained computer-implemented neural network.<br><br>For example, in the successive neural-network processing described in Claim 10[h], the trained Claude Opus 4.7 vision model directs a further attention, based on the second plurality of probabilities, to a |

| Claims of the ’404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| trained computer-implemented neural network; | representation of a second subset of the prompt or other syntactical information for use in the neural network’s processing. *See supra* Claims 10[g]–10[h]. |
| [j] generation, by application of the trained computer-implemented neural network, of a third plurality of probabilities based on the second attention and the second plurality of probabilities generated by the application of the trained computer-implemented neural network; | The Accused Products cause generation, by application of the trained computer-implemented neural network, of a third plurality of probabilities based on the second attention and the second plurality of probabilities generated by the application of the trained computer-implemented neural network.<br><br>For example, in the successive neural-network processing described in Claims 10[h]–10[i], represented information resulting from or affected by the second attention and the second plurality of probabilities contributes to generation of a third plurality of probabilities by the trained Claude Opus 4.7 vision model. *See supra* Claims 10[f]–10[i]. |
| [k] generation, by application of the trained computer-implemented neural network, of a second plurality of syntactical elements based on the third plurality of probabilities generated by the application of the trained computer-implemented neural network; and | The Accused Products cause generation, by application of the trained computer-implemented neural network, of a second plurality of syntactical elements based on the third plurality of probabilities generated by the application of the trained computer-implemented neural network.<br><br>For example, Anthropic explains that Claude calculates probabilities for multiple possible output elements and selects an element based on those probabilities. *See supra* Claim 10[f]. On information and belief, Claude Design generates the syntactical elements of its responsive output in this manner, based on probabilities generated after the attentional processing described in Claims 10[g]–10[j]. *See infra* Claim 10[l]. |
| [l] a communication to be sent to a user. | The Accused Products cause a communication to be sent to a user.<br><br>For example, Claude Design causes a generated design or other responsive output to be sent or otherwise provided to the user through the canvas, conversation interface, exported file, shared link, and/or other output.<br>Anthropic explains that Claude Design pairs a conversation with a canvas and that, after the user describes the requested design, Claude generates a working design on the canvas beside the conversation. |

| Claims of the ’404 Patent | Exemplary Accused System (Claude Design) |
| --- | --- |
| | **How Claude Design works**<br><br>Claude Design pairs a conversation with a canvas. You describe what you want, and Claude generates a working design on the canvas beside the conversation. From there, you iterate—refining through conversation, inline comments, and directly on the canvas until it’s right.<br><br>The typical flow is:<br><br>1. Start a design from a conversation, the Artifacts tab, or claude.ai/design.<br>2. Attach or import the design system you want Claude to build with.<br>3. Add any relevant context (screenshots, a codebase).<br>4. Describe what you want to build.<br>5. Review what Claude generates on the canvas.<br>6. Refine through chat, edit directly on the canvas, or leave inline comments.<br>7. Export or share when you’re happy with the result.<br><br>https://support.claude.com/en/articles/14604416-get-started-with-claude-design (last visited September 17, 2026) |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | <br>. . . |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | <br>https://www.anthropic.com/news/claude-design-anthropic-labs (last visited September 17, 2026) |
| 21[pre] The system of claim 10, | The Accused Products practice the elements of claim 10. *See supra* Claim 10. |
| [a] wherein the system is configured such that the information is a user prompt capable of including at least one image in addition to and corresponding with the first plurality of syntactical elements, such that the first plurality of | The Accused Products comprise a system configured such that the information is a user prompt capable of including at least one image in addition to and corresponding with the first plurality of syntactical elements, such that the first plurality of probabilities is associated with the at least one image in addition to the first plurality of syntactical elements.<br><br>For example, Claude Design allows a user prompt to include textual instructions together with one or more corresponding images, screenshots, design files, captured website elements, and/or other visual information. When Claude Design applies the trained Claude Opus 4.7 vision model to that multimodal |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| probabilities is associated with the at least one image in addition to the first plurality of syntactical elements; and, | prompt, the Accused Products generate the first plurality of probabilities associated with represented information from the image and the syntactical elements. *See supra* Claims 10[e]–10[f].<br><br>Anthropic explains that Claude Design is powered by the Claude Opus 4.7 vision model and permits users to "[s]tart from a text prompt" and "upload images and documents." Anthropic further explains that users may use a web-capture tool to provide visual elements from a website so that generated prototypes resemble the source product.<br><br>Claude Design is powered by our most capable vision model, Claude Opus 4.7, and is available in research preview for Claude Pro, Max, Team, and Enterprise subscribers. We're rolling out to users gradually throughout the day.<br><br>. . .<br><br>**How it works**<br><br>Claude Design follows a natural creative flow.<br><br>**Your brand, built in.** During onboarding, Claude builds a design system for your team by reading your codebase and design files. Every project after that uses your colors, typography, and components automatically. You can refine the system over time, and teams can maintain more than one.<br><br>**Import from anywhere.** Start from a text prompt, upload images and documents (DOCX, PPTX, XLSX), or point Claude at your codebase. You can also use the web capture tool to grab elements directly from your website so prototypes look like the real product.<br><br>**Refine with fine-grained controls.** Comment inline on specific elements, edit text directly, or use adjustment knobs to tweak spacing, color, and layout live. Then ask Claude to apply your changes across the full design. |

| Claims of the '404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| | https://www.anthropic.com/news/claude-design-anthropic-labs (last visited September 17, 2026)<br><br>Anthropic also describes the Claude Design workflow as permitting users to add relevant context, including screenshots, and then describe what Claude should build.<br><br>**How Claude Design works**<br><br>Claude Design pairs a conversation with a canvas. You describe what you want, and Claude generates a working design on the canvas beside the conversation. From there, you iterate—refining through conversation, inline comments, and directly on the canvas until it's right.<br><br>The typical flow is:<br><br>1. Start a design from a conversation, the Artifacts tab, or claude.ai/design.<br>2. Attach or import the design system you want Claude to build with.<br>3. Add any relevant context (screenshots, a codebase).<br>4. Describe what you want to build.<br>5. Review what Claude generates on the canvas.<br>6. Refine through chat, edit directly on the canvas, or leave inline comments.<br>7. Export or share when you're happy with the result.<br><br>https://support.claude.com/en/articles/14604416-get-started-with-claude-design (last visited September 17, 2026) |

| Claims of the ’404 Patent | Exemplary Accused System (Claude Design) |
|---|---|
| [b] based on the first plurality of probabilities, one or more attentions is caused to be directed to a representation of at least a portion of the at least one image in addition to the representation of the first subset of the first plurality of syntactical elements. | The Accused Products, based on the first plurality of probabilities, cause one or more attentions to be directed to a representation of at least a portion of the at least one image in addition to the representation of the first subset of the first plurality of syntactical elements.<br><br>For example, when Claude Design applies the trained Claude Opus 4.7 vision model to a user prompt containing textual instructions and one or more corresponding images, publicly available information indicates that the Accused Products direct one or more attentions, based on the first plurality of probabilities, to represented portions of both the image and the textual instructions. *See supra* Claims 10[f]–10[g] and 21[a].<br><br>Anthropic identifies Claude Opus 4.7 as the vision model powering Claude Design and explains that Claude Design accepts text prompts together with images, screenshots, and other visual context for use in generating a responsive design. *See supra* Claim 21[a]. |

# EXHIBIT C

# FLINN ARTIFICIAL INTELLIGENCE (AI) TECHNOLOGIES, LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

## U.S. Patent No. 12,511,580

Flinn Artificial Intelligence (AI) Technologies, LLC ("Flinn") accuses Anthropic of infringing at least claim 1 of U.S. Patent No. 12,511,580 (hereinafter "the '580 Patent"). Flinn provides the following claim chart.

This claim chart identifies specifically where each element of each Asserted Claim is found within each Accused Product[1] and provides Anthropic notice of identified instrumentalities that incorporate or reflect the recited claim elements. This claim chart is not intended to be an expert report on infringement or provide detailed analysis of the claim terms or infringement. This claim chart includes information related to an assertion of infringement with respect to the Accused Products identified, including diagrams, web page screenshots, and other documentary evidence by way of example and not by way of limitation.

The Asserted Claims include elements that are implemented, at least in part, by instrumentalities described in confidential information not accessible to Plaintiff. In some instances, the precise processes and algorithms used are, at least in part, not publicly available. An analysis of Anthropic's (or other third parties') technical documentation and/or software source code may be necessary to more fully identify all infringing features and functionality. Accordingly, Flinn reserves the right to supplement these contentions once such information is made available to Flinn. Furthermore, Flinn reserves the right to revise these contentions, as appropriate, upon issuance of the Court's Claim Construction Order.

As used in this claim chart, "Accused System" refers to the combination of models, software, computing infrastructure, interfaces, and related components through which the Accused Products are trained, evaluated, aligned, improved, operated, provided, and/or used to perform the accused functionality. The Accused System may include, without limitation, components and processes used for training, post-training, human or automated feedback, evaluation, inference, reasoning, agentic task execution, and generation or

[1] Anthropic's products and services including Claude and its chat, agentic, and task-execution functionality, whether offered separately or through a unified experience, Claude Chat, Claude Code, Claude Cowork, Claude Design, Claude Enterprise, Claude API access, and hosted or dedicated Claude deployments that are powered by artificial-intelligence models from Anthropic's "Claude" series, including Claude 1, Claude 1.2, Claude 2, Claude 2.1, Claude 3, Claude 3.5, Claude 3.7, Claude 4, Claude 4.1, Claude 5, and all Opus, Sonnet, Haiku, Fable, Mythos, and other versions, variants, or configurations of those models, as well as any later-released, successor, replacement, updated, modified, derivative, or renamed products, services, platforms, systems, versions, or variants of the foregoing that perform the same or substantially similar accused functionality (collectively, the "Accused Products").

revision of model outputs. The Accused System is not a separate category of accused product and does not limit the definition of Accused Products.

The claim chart refers to the Accused System and the aforementioned products are included in (or can operate in conjunction with) the Accused System, as noted in the claim chart. To the extent the below claim chart relies on evidence for the Accused System, Flinn asserts that, on information and belief, any Accused Product that includes, incorporates, or operates in conjunction with a system having the same or substantially similar accused functionality also infringes the charted claim. Flinn reserves the right to amend these infringement contentions with other products, services, platforms, or systems made, used, sold, imported, or offered for sale, provided, or operated by Anthropic, as well as methods performed by or through such products, services, platforms, or systems. Flinn also reserves the right to amend these infringement contentions by citing other claims of the ’580 Patent, not listed in the claim chart, that are infringed by the Accused Products or by methods performed by or through the Accused Products. Flinn further reserves the right to amend these infringement contentions by adding, subtracting, or otherwise modifying content in the “Accused System” section.

To the extent there are any differences between the accused instrumentalities and the following claim elements, any such differences are insubstantial and are alleged to infringe under the doctrine of equivalents.

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| 1[pre]. A computer-implemented method, comprising: | Anthropic has infringed and continues to infringe by making, using, selling, offering for sale, and/or importing Accused Products that perform a computer-implemented method.<br><br>For example, Anthropic makes, uses, sells, offers for sale, and/or imports Claude Chat, including Claude Chat operating through RAG-enabled Projects, through which the recited computer-implemented method is performed. In operation, Claude Chat receives a prompt or other input from a user, searches stored project knowledge for relevant information, uses retrieved information in generating a responsive output, and returns that output to the user, each by execution of software on one or more computers. Anthropic markets Projects as allowing users to upload documents and other information to a project knowledge base and explains that, when RAG is enabled, Claude searches and retrieves relevant information from that knowledge to answer users' questions. Anthropic performs the recited method itself in the course of developing, evaluating, testing, demonstrating, operating, and internally using Claude Chat, including RAG-enabled Projects, and further induces and contributes to its performance by customers and end users. |

<table>
<tr><th>Claims of the ’580 Patent</th><th>Exemplary Accused System (Claude Chat)</th></tr>
<tr><td></td><td>


Claude Support

API Docs | Release Notes | How to Get Support

Claude<br>
Pro and Max plans<br>
Team and Enterprise plans<br>
Identity management (SSO, JIT, SCIM)<br>
Claude Cowork<br>
Claude Code<br>
Claude Desktop<br>
Claude Mobile apps<br>
Claude API and Console<br>
Connectors<br>
Claude in Chrome<br>
Claude for Education<br>
Privacy and legal

All Collections > Claude > Get started with Claude > Get started with Claude

# Get started with Claude

June 2, 2026

Copy for LLM

## What is Claude?

Claude is a large language model (LLM) built by Anthropic. It's trained to be a helpful, honest, and harmless assistant with a conversational tone.

## How to access Claude

You can access Claude through several platforms:

- **Web**: Visit claude.ai to chat with Claude in a web browser.
- **Desktop**: Download Claude Desktop for Mac or Windows.
- **Mobile**: Download Claude for iOS or Android to chat on your mobile device.

. . .
</td></tr>
</table>

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | |

## How to talk to Claude

**What is a prompt?**

You use **prompts** to communicate with Claude. The best approach is to speak to Claude like you would a coworker or friend - naturally and conversationally. Your prompts can range from simple questions to complex requests:

- **Simple questions**: "How do I hang a picture frame in my room?"
- **Complex requests**: Multi-step projects, analysis, creative writing, coding, or technical tasks.

**Use the Claude chat interface**

Type your prompt into the chat interface and click the submit button to start a conversation with Claude. You can click the "+" button in the lower left or type "/" to view additional options and commands:




## Understanding Claude's capabilities

**Which model am I talking to?**

The model you're currently chatting with is displayed either below your text input (on web and desktop) or at the top of your screen (on mobile). You can click on the model you're using to open the model selector and switch to another available model.

You can also choose how much effort Claude puts into each response and whether it uses extended thinking. Learn more about **changing the model, effort, and thinking settings**.

https://support.claude.com/en/articles/8114491-get-started-with-claude (last visited August 26, 2026)

Claude Academy

AI Fluency Products Resources

← Academy / Courses / Claude 101

# Introduction to projects

Lesson 5 15 min

**In this lesson**

By the end, you'll be able to

- Explain what projects are and when to use them
- Create a new project with a name, description, and visibility settings
- Add documents and files to your project's knowledge base
- Write effective project instructions to guide Claude's behavior
- Share projects with teammates (for Claude for Work (Team and Enterprise plan) users)

**Sign in to save your progress**

You can keep reading without an account, but completed lessons won't be saved.

Not now Sign in

## Video




**Introduction to projects**

What are projects and how do they improve working with Claude? With projects, Claude users can create self-contained environments with their own chat histories, specific knowledge bases, and customized settings. We are going to provide an overview of projects, what they are used for, how to create them, and some advanced features.

Let's talk about a few of the key features of projects. Project knowledge enhances Claude's understanding by allowing you to upload relevant documents within each project. Every time you chat with Claude inside of a project, this knowledge is automatically considered alongside your prompt. This contextual information enables Claude to deliver more informed, project-specific responses that align with your team's goals, terminology, and background.

<table>
<tr><th>Claims of the ’580 Patent</th><th>Exemplary Accused System (Claude Chat)</th></tr>
<tr><td></td><td>

…




https://academy.claude.com/courses/claude-101/introduction-to-projects (last visited September 16, 2026)

</td></tr>
</table>

| Claims of the ’580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| |  |

Claude Support

API docs Release notes How to get support

Claude
Pro and Max plans
Team and Enterprise plans
Identity management (SSO, JIT, SCIM)
Claude Cowork
Claude Code
Claude Desktop
Claude Mobile apps
Claude API and Console
Connectors
Claude in Chrome
Claude for Education
Privacy and legal
Safeguards
Amazon Bedrock
Claude for Government

All Collections > Claude > Features and capabilities > Retrieval augmented generation (RAG) for projects

# Retrieval augmented generation (RAG) for projects

Updated this week

Copy for LLM

RAG for projects is available on paid plans (Pro, Max, Team, and Enterprise).

Projects can now handle much more content without running into limits, giving Claude better context to help you. As you add more files and information to your projects, Claude automatically switches to a faster mode (powered by RAG) that keeps response times quick while maintaining quality responses.

## What is RAG for projects?

RAG or retrieval augmented generation is a technology that allows your projects to store and access significantly more knowledge than before. When your project knowledge approaches the context window limit, Claude will automatically enable RAG mode to expand your project's capacity by up to 10x while maintaining quality responses.

Previously, projects had a knowledge capacity limit based on the **context window**. Once you reached this threshold, it wasn't possible to add more content. With RAG, you can continue adding knowledge beyond these limits while maintaining full functionality.

## How RAG works

When RAG is enabled for your project, Claude uses a **project knowledge search tool** to retrieve relevant information from your uploaded documents. Instead of loading all project content into memory at once, Claude intelligently searches and retrieves only the most relevant information needed to answer your questions.

This approach allows for:

- **Enhanced capacity**: Store up to 10x more content in your projects.
- **Maintained quality**: Response accuracy remains consistent with in-context processing.
- **Faster responses**: Optimized retrieval keeps response times quick.
- **Seamless transition**: Automatic activation when needed, no setup required.

## When RAG activates

RAG automatically activates when your project approaches or exceeds the context window limits. You'll see a visual indicator showing that your project is RAG-enabled.

If your project knowledge later drops below the context window threshold, Claude can automatically convert back to context-based processing.

## Using projects with RAG

Working with RAG-enabled projects feels similar to working with regular projects. You can:

- Upload documents, images, and other files as usual
- Ask questions about your project knowledge
- Reference specific documents or information
- Add and remove content at any time

The main difference is that you'll see Claude using a **project knowledge search tool** when it needs to find relevant information from your uploaded content.

| Claims of the ’580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | https://support.claude.com/en/articles/11473015-retrieval-augmented-generation-rag-for-projects (last visited September 15, 2026) |

Claude Support

API docs Release notes How to get support English Search Ctrl K

Share a chat with specific people

**Features and capabilities**

What are artifacts and how do I use them?

Publish and share artifacts

When should I use web search, extended thinking, and research?

Enable and use web search

Use research on Claude

Can Claude produce images?

Upload files to Claude

Create and edit files with Claude

How does Claude handle mathematical equations and calculations?

What are projects?

Retrieval augmented generation (RAG) for projects

What are skills?

Use skills in Claude

How to create custom skills

Browse skills, connectors,

All Collections > Claude > Features and capabilities > What are projects?

# What are projects?

July 23, 2026

Copy for LLM

Projects are available to all users, including those with free Claude accounts. Free users can create a maximum of five projects.

Projects allow you to create self-contained workspaces with their own chat histories and knowledge bases. Within each project, you can upload documents, provide context, and have focused chats with Claude.

## Project knowledge

A key benefit of projects is the ability to provide context for your chats with Claude. You can upload relevant documents, text, code, or other files to a project's knowledge base, which Claude will use to better understand the context and background for your individual chats within that project.

In addition, you can define project instructions for each project to further tailor Claude's responses. For example, instructing Claude to use a more formal tone or answer questions from the perspective of a specific role or industry.

## Enhanced project knowledge with RAG

Enhanced project knowledge with RAG is only available to users with paid Claude plans (Pro, Max, Team, or Enterprise).

When using a paid plan, your projects automatically scale to handle large amounts of content through Retrieval Augmented Generation (RAG). When your project knowledge approaches context limits, Claude seamlessly enables RAG mode to expand capacity by up to 10x while maintaining response quality.

For more information on leveraging expanded project knowledge capacity, see **Retrieval augmented generation (RAG) for projects**.

**On this page**

Project knowledge

Enhanced project knowledge with RAG

Collaboration and sharing (Team and Enterprise plans only)

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | https://support.claude.com/en/articles/9517075-what-are-projects (last visited September 15, 2026) |
| [a] at a system including one or more processors and one or more memories in communication with the one or more processors and with instructions stored therein: | The Accused Products comprise a system including one or more processors and one or more memories in communication with the one or more processors and with instructions stored therein.<br><br>For example, Claude Chat, including when operating through RAG-enabled Projects, operates through software executed on one or more computing systems, including a user's computing device and Anthropic's computing infrastructure. Those computing systems include one or more processors and memories storing instructions executed by the processors. Claude Chat transmits user requests and associated information to, and receives generated responses from, Anthropic's computing infrastructure running Claude models and providing project-knowledge storage, search, retrieval, and related functionality. The specific processor, memory, and server configurations used by Anthropic to store and execute the relevant instructions are not fully publicly available and will be confirmed through discovery. |

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | **What is RAG for projects?**<br><br>RAG or retrieval augmented generation is a technology that allows your projects to store and access significantly more knowledge than before. When your project knowledge approaches the context window limit, Claude will automatically enable RAG mode to expand your project's capacity by up to 10x while maintaining quality responses.<br><br>Previously, projects had a knowledge capacity limit based on the **context window**. Once you reached this threshold, it wasn't possible to add more content. With RAG, you can continue adding knowledge beyond these limits while maintaining full functionality.<br><br>**How RAG works**<br><br>When RAG is enabled for your project, Claude uses a **project knowledge search tool** to retrieve relevant information from your uploaded documents. Instead of loading all project content into memory at once, Claude intelligently searches and retrieves only the most relevant information needed to answer your questions.<br><br>This approach allows for:<br><br>• **Enhanced capacity**: Store up to 10x more content in your projects.<br>• **Maintained quality**: Response accuracy remains consistent with in-context processing.<br>• **Faster responses**: Optimized retrieval keeps response times quick.<br>• **Seamless transition**: Automatic activation when needed, no setup required.<br><br>https://support.claude.com/en/articles/11473015-retrieval-augmented-generation-rag-for-projects (last visited September 23, 2026) |

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
| --- | --- |
| | Claude Support API docs Release notes How to get support English Search Ctrl K<br>Share a chat with specific people<br>Features and capabilities<br>What are artifacts and how do I use them?<br>Publish and share artifacts<br>When should I use web search, extended thinking, and research?<br>Enable and use web search<br>Use research on Claude<br>Can Claude produce images?<br>Upload files to Claude<br>Create and edit files with Claude<br>How does Claude handle mathematical equations and calculations?<br>What are projects?<br>Retrieval augmented generation (RAG) for projects<br>What are skills?<br>Use skills in Claude<br>How to create custom skills<br>Browse skills, connectors,<br>All Collections > Claude > Features and capabilities > What are projects?<br>**What are projects?**<br>July 23, 2026 Copy for LLM<br>Projects are available to all users, including those with free Claude accounts. Free users can create a maximum of five projects.<br>Projects allow you to create self-contained workspaces with their own chat histories and knowledge bases. Within each project, you can upload documents, provide context, and have focused chats with Claude.<br>**Project knowledge**<br>A key benefit of projects is the ability to provide context for your chats with Claude. You can upload relevant documents, text, code, or other files to a project's knowledge base, which Claude will use to better understand the context and background for your individual chats within that project.<br>In addition, you can define project instructions for each project to further tailor Claude's responses. For example, instructing Claude to use a more formal tone or answer questions from the perspective of a specific role or industry.<br>**Enhanced project knowledge with RAG**<br>Enhanced project knowledge with RAG is only available to users with paid Claude plans (Pro, Max, Team, or Enterprise).<br>When using a paid plan, your projects automatically scale to handle large amounts of content through Retrieval Augmented Generation (RAG). When your project knowledge approaches context limits, Claude seamlessly enables RAG mode to expand capacity by up to 10x while maintaining response quality.<br>For more information on leveraging expanded project knowledge capacity, see **Retrieval augmented generation (RAG) for projects**.<br>On this page<br>Project knowledge<br>Enhanced project knowledge with RAG<br>Collaboration and sharing (Team and Enterprise plans only)<br>https://support.claude.com/en/articles/9517075-what-are-projects (last visited September 15, 2026) |

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| [b] causing access to a first plurality of syntactical elements; | The Accused Products cause access to a first plurality of syntactical elements.<br><br>For example, when Claude Chat operates through RAG-enabled Projects, Claude Chat receives a prompt or other input from a user, and the syntactical elements contained in the user's query are accessed for use in generating the vector representation and searching the Project's stored knowledge described below. *See supra* Claims 1[pre]–1[a]; *infra* Claims 1[c]–1[d]. The accessed item is the user's query. The access is triggered by the user's submission of that query in a Project chat. It is caused by the system described in Claim 1[a], to which Claude Chat transmits user requests and associated information. |
| [c] based on the first plurality of syntactical elements, causing generation, by multiple-attention-based neural network application, of a vector representation of the first plurality of syntactical elements, the multiple-attention-based neural network application involving application of a computer-implemented neural network that is trained utilizing hardware that processes representations of training syntactical elements based on multiple training attentions that correspond to representations of different subsets of the training syntactical elements; | The Accused Products, based on the first plurality of syntactical elements, cause generation, by multiple-attention-based neural network application, of a vector representation of the first plurality of syntactical elements, the multiple-attention-based neural network application involving application of a computer-implemented neural network that is trained utilizing hardware that processes representations of training syntactical elements based on multiple training attentions that correspond to representations of different subsets of the training syntactical elements.<br><br>For example, when Claude Chat operates through RAG-enabled Projects, the Accused Products cause generation of a vector representation based on syntactical elements contained in a user's query for use in searching stored content. Anthropic explains that, when RAG is enabled for a Project, Claude uses a project-knowledge search tool to search uploaded documents and retrieve information relevant to answering the user's question. |

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | **What is RAG for projects?**<br><br>RAG or retrieval augmented generation is a technology that allows your projects to store and access significantly more knowledge than before. When your project knowledge approaches the context window limit, Claude will automatically enable RAG mode to expand your project's capacity by up to 10x while maintaining quality responses.<br><br>Previously, projects had a knowledge capacity limit based on the **context window**. Once you reached this threshold, it wasn't possible to add more content. With RAG, you can continue adding knowledge beyond these limits while maintaining full functionality.<br><br>**How RAG works**<br><br>When RAG is enabled for your project, Claude uses a **project knowledge search tool** to retrieve relevant information from your uploaded documents. Instead of loading all project content into memory at once, Claude intelligently searches and retrieves only the most relevant information needed to answer your questions.<br><br>This approach allows for:<br><br>• **Enhanced capacity**: Store up to 10x more content in your projects.<br>• **Maintained quality**: Response accuracy remains consistent with in-context processing.<br>• **Faster responses**: Optimized retrieval keeps response times quick.<br>• **Seamless transition**: Automatic activation when needed, no setup required.<br><br>https://support.claude.com/en/articles/9517075-what-are-projects (last visited September 15, 2026)<br><br>Anthropic further explains that, when Project knowledge approaches the context limit, Claude searches the Project's files and retrieves the portions relevant to the user's question. |

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
| --- | --- |
| | **Key takeaways**<br><br>• **Projects are self-contained workspaces** with their own memory, chat histories, knowledge bases, and customized instructions. Think of them as dedicated environments for specific work streams.<br>• **Project knowledge enhances Claude's understanding** by letting you upload relevant documents that Claude references across all chats within that project. No more re-uploading the same files each time.<br>• **Project instructions guide Claude's behavior**—you can specify tone, expertise level, response style, and more. These instructions apply to every conversation within the project.<br>• **Projects scale automatically.** When your knowledge base approaches context limits, Claude switches to searching your project knowledge and pulling in only what's relevant, expanding capacity by up to 10x while maintaining response quality.<br>• **For Claude for Work users, projects enable collaboration.** Share projects with teammates so everyone benefits from the same context, instructions, and accumulated knowledge.<br><br>…<br><br>**How projects handle large knowledge bases**<br><br>You might wonder what happens when you upload a lot of content. Projects automatically scale to handle large amounts through a process called Retrieval Augmented Generation (RAG). At a high level, this means that Claude can automatically find and use the most relevant parts of your uploaded documents when answering, without you needing to tell it which file to look at.<br><br>When your project knowledge approaches the context window limit, Claude stops loading everything at once and instead searches your project's files, retrieving only what's relevant to your question. This expands your project's capacity by up to 10x while maintaining response quality.<br><br>You'll see a visual indicator when your project is RAG-enabled, but the experience should feel the same —you can still upload documents, chat with Claude, and get context-aware responses. |

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | https://academy.claude.com/courses/claude-101/introduction-to-projects (last visited September 16, 2026)<br><br>Publicly available information indicates that the accused search functionality uses vector representations generated from or based on the user's query. Anthropic describes RAG as using an embedding model to convert textual content into "vector embeddings that encode meaning," storing those embeddings in a vector database that permits semantic-similarity searching, and using that database at runtime to find content relevant to a user's query based on semantic similarity.<br><br>. . . |

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | **A primer on RAG: scaling to larger knowledge bases**<br><br>For larger knowledge bases that don't fit within the context window, RAG is the typical solution. RAG works by preprocessing a knowledge base using the following steps:<br><br>1. Break down the knowledge base (the "corpus" of documents) into smaller chunks of text, usually no more than a few hundred tokens;<br>2. Use an embedding model to convert these chunks into vector embeddings that encode meaning;<br>3. Store these embeddings in a vector database that allows for searching by semantic similarity.<br><br>At runtime, when a user inputs a query to the model, the vector database is used to find the most relevant chunks based on semantic similarity to the query. Then, the most relevant chunks are added to the prompt sent to the generative model.<br><br>. . . |

Here's what the preprocessing flow looks like in practice:




*Contextual Retrieval is a preprocessing technique that improves retrieval accuracy.*

If you're interested in using Contextual Retrieval, you can get started with our cookbook.

## Using Prompt Caching to reduce the costs of Contextual Retrieval

Contextual Retrieval is uniquely possible at low cost with Claude, thanks to the special prompt caching feature we mentioned above. With prompt caching, you don't need to pass in the reference document for every chunk. You simply load the document into the cache once and then reference the previously cached content. Assuming 800 token chunks, 8k token documents, 50 token context instructions, and 100 tokens of context per chunk, **the one-time cost to generate contextualized chunks is $1.02 per million document tokens.**

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | https://www.anthropic.com/engineering/contextual-retrieval (last visited September 15, 2026)<br><br>Publicly available information further indicates that the relevant vector representation is generated by multiple-attention-based neural network application involving application of a trained computer-implemented neural network. The relevant neural-network application was trained utilizing hardware that processes representations of training syntactical elements based on multiple attentions corresponding to representations of different subsets of those elements.<br><br>**Model Card and Evaluations for Claude Models**<br><br>**Anthropic**<br><br>**1 Introduction**<br><br>This report includes the model card [1] for Claude models, focusing on Claude 2, along with the results of a range of safety, alignment, and capabilities evaluations. We have been iterating on the training and evaluation of Claude-type models since our first work on Reinforcement Learning from Human Feedback (RLHF) [2]; the newest Claude 2 model represents a continuous evolution from those early and less capable 'helpful and harmless' language assistants.<br><br>… |

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
| --- | --- |
| | **Model details**<br><br>Both Claude 2 and previous Claude models are general purpose large language models. They use a transformer architecture and are trained via unsupervised learning, RLHF, and Constitutional AI (including both a supervised and Reinforcement Learning (RL) phase). Claude 2 was developed by Anthropic and released in July 2023.<br><br>…<br><br>**Training Data**<br><br>Claude models are trained on a proprietary mix of publicly available information from the Internet, datasets that we license from third party businesses, and data that our users affirmatively share or that crowd workers provide. Some of the human feedback data used to finetune Claude was made public [12] alongside our RLHF [2] and red-teaming [4] research.<br><br>Claude 2's training data cuts off in early 2023, and roughly 10 percent of the data included was non-English.<br><br>Anthropic, *Model Card and Evaluation for Claude Models*, https://www-cdn.anthropic.com/bd2a28d2535bfb0494cc8e2a3bf135d2e7523226/Model-Card-Claude-2.pdf (last visited August 26, 2026) |

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | **The Claude 3 Model Family: Opus, Sonnet, Haiku**<br><br>**Anthropic**<br><br>**Abstract**<br><br>We introduce Claude 3, a new family of large multimodal models – **Claude 3 Opus**, our most capable offering, **Claude 3 Sonnet**, which provides a combination of skills and speed, and **Claude 3 Haiku**, our fastest and least expensive model. All new models have vision capabilities that enable them to process and analyze image data. The Claude 3 family demonstrates strong performance across benchmark evaluations and sets a new standard on measures of reasoning, math, and coding. Claude 3 Opus achieves state-of-the-art results on evaluations like GPQA [1], MMLU [2], MMMU [3] and many more. Claude 3 Haiku performs as well or better than Claude 2 [4] on most pure-text tasks, while Sonnet and Opus significantly outperform it. Additionally, these models exhibit improved fluency in non-English languages, making them more versatile for a global audience. In this report, we provide an in-depth analysis of our evaluations, focusing on core capabilities, safety, societal impacts, and the catastrophic risk assessments we committed to in our Responsible Scaling Policy [5].<br><br>**1 Introduction**<br><br>This model card introduces the Claude 3 family of models, which set new industry benchmarks across reasoning, math, coding, multi-lingual understanding, and vision quality.<br><br>Like its predecessors, Claude 3 models employ various training methods, such as unsupervised learning and Constitutional AI [6]. These models were trained using hardware from Amazon Web Services (AWS) and Google Cloud Platform (GCP), with core frameworks including PyTorch [7], JAX [8], and Triton [9].<br><br>Anthropic, *The Claude 3 Model Family: Opus, Sonnet, Haiku*, https://www-cdn.anthropic.com/de8ba9b01c9ab7cbabf5c33b80b7bbc618857627/Model_Card_Claude_3.pdf (last visited August 26, 2026) |

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | ANTHROP\C<br><br>System Card:<br>Claude Opus 4 &<br>Claude Sonnet 4<br><br>May 2025<br>… |

<table>
<tr><th>Claims of the ’580 Patent</th><th>Exemplary Accused System (Claude Chat)</th></tr>
<tr><td></td><td>

# 1 Introduction

Claude Opus 4 and Claude Sonnet 4 are two new hybrid reasoning large language models from Anthropic. They have advanced capabilities in reasoning, visual analysis, computer use, and tool use. They are particularly adept at complex computer coding tasks, which they can productively perform autonomously for sustained periods of time. In general, the capabilities of Claude Opus 4 are stronger than those of Claude Sonnet 4.

This system card mainly focuses on safety-related testing of the models. In this introductory section, we briefly describe the models and our release decision process for them, including our decision to release Claude Opus 4 under the AI Safety Level 3 Standard and Claude Sonnet 4 under the AI Safety Level 2 Standard.

## 1.1 Model training and characteristics

### 1.1.1 Training data and process

Claude Opus 4 and Claude Sonnet 4 were trained on a proprietary mix of publicly available information on the Internet as of March 2025, as well as non-public data from third parties, data provided by data-labeling services and paid contractors, data from Claude users who have opted in to have their data used for training, and data we generated internally at Anthropic. We employed several data cleaning and filtering methods during the training process, including deduplication and classification.

Anthropic, *Claude 4 System Card*, https://www-cdn.anthropic.com/07b2a3f9902ee19fe39a36ca638e5ae987bc64dd.pdf (last visited August 26, 2026)
</td></tr>
</table>

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
| --- | --- |
| | ANTHROP\C<br><br>System Card:<br>Claude Fable 5 &<br>Claude Mythos 5<br><br>… |

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | **1 Introduction**<br><br>Claude Mythos 5 and Claude Fable 5 are two configurations of a new large language model from Anthropic. The former, Mythos 5, is currently available only in Project Glasswing for vetted partners that defend critical global software infrastructure. Fable 5 is being released for general access—it has the same underlying model weights as Mythos 5, but has additional safeguards to prevent misuse for cybersecurity and biology.<br><br>**1.1 Training data and process**<br><br>Mythos 5 and Fable 5 were trained on a proprietary mix of publicly available information from the internet, public and private datasets, and synthetic data generated by other models. Throughout the training process we used several data cleaning and filtering methods, including deduplication and classification.<br><br>Anthropic, *System Card: Claude Fable 5 & Claude Mythos 5*, https://www-cdn.anthropic.com/57a52ea7d8f0e54e8a542e908266086df425cdf5/Claude%20Fable%205%20&%20Claude%20Mythos%205%20System%20Card.pdf (last visited August 26, 2026) |

<table>
<tr><th>Claims of the ’580 Patent</th><th>Exemplary Accused System (Claude Chat)</th></tr>
<tr><td></td><td>

## Method

Selective Gradient Masking (SGTM) follows the Gradient Routing framework: it localizes dangerous knowledge to specific model parameters during training, which can then be removed afterward. SGTM modifies how gradients are applied during training—selectively masking them to control which parameters store different types of knowledge.




*SGTM splits model parameters into "forget" (orange) and "retain" (blue) components. In each transformer block, certain attention heads and MLP neurons are designated for dangerous knowledge, while the rest store general knowledge.*

Here's how SGTM works:

1. **Parameter Designation**: In each transformer block, we designate certain attention heads and MLP neurons as "forget" parameters (for dangerous knowledge) and the rest as "retain" parameters (for general knowledge).
2. **Selective Gradient Masking**: During training, when the model sees data labeled as dangerous (e.g., CBRN content), we mask the gradients so that only the forget parameters are updated. This ensures dangerous knowledge flows only into designated parameters.
3. **Ablation**: After training, we permanently zero out the forget parameters, removing the dangerous knowledge while preserving general capabilities.

Crucially, SGTM handles unlabeled data (where we're uncertain if it's dangerous) by allowing it to update all parameters. The key insight is that once the model begins localizing dangerous knowledge based on labeled examples, unlabeled dangerous content naturally gravitates toward the forget parameters through a self-reinforcing process we call "absorption."

https://alignment.anthropic.com/2025/selective-gradient-masking/ (last visited September 23, 2026)
</td></tr>
</table>

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | AI Transformer Circuits Thread<br><br>**Tracing Attention Computation Through Feature Interactions**<br><br>We describe and apply a method to explain attention patterns in terms of feature interactions, and integrate this information into attribution graphs.<br><br>. . . |

Transformer-based language models involve two main kinds of computations: multi-layer perceptron (MLP) layers that process information *within* a context position, and attention layers that conditionally move and process information *between* context positions. In our recent papers we made significant progress in breaking down MLP computation into interpretable steps. In this update, we fill in a major missing piece in our methodology, by introducing a way to decompose attentional computations as well.

Our prior work introduced *attribution graphs* as a way of representing the forward pass of a transformer as an interpretable causal graph. These graphs were built on top of (cross-layer) transcoders, a replacement for the original model's MLP layers that use sparsely active "features" in place of the original MLP neurons. The features comprise the nodes of the attribution graphs, and edges in the graphs represent *attributions* – the influence of a source feature on a target feature in a later layer.

The attribution graphs in our initial work were incomplete, in that they omitted key information about attentional computations. The feature-feature interactions we studied – the edges in the graph – are mediated by attention heads that carry information between context positions. However, we did not attempt to explain *why* the attention heads attended to a particular context position. In many cases, this has prevented us from understanding the crux of how models perform a given task.

In this update, we describe a method to address this issue by extending attribution graphs so they can explain attention patterns. Our method is centered on "QK attributions," which describe attention head scores as a bilinear function of feature activations on the respective query and key positions. We also describe a way to integrate this information into attribution graphs, by computing the contribution of different attention heads to graph edges.

We provide several case studies of this method in action. Some of these examples confirmed existing hypotheses we described in *Biology*, which we could not validate at the time:

- In an induction prompt, the query-side "X" features interact with key-side "preceded by X" features to cause induction heads to attend to the appropriate token.
- In a prompt where the model is asked for the opposite of a word, key-side features "tag" the relevant word so that query-side "opposite" features can find it at the appropriate time.
- In a multiple choice question, we confirm that interactions between "answer a multiple choice question" features and "correct answer" features cause "correct answer" *attention heads* to attend to the appropriate option.

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | …<br><br>One limitation of this approach is that it does not directly explain the attention pattern itself, which involves competition between the attention scores at multiple context positions – to explain why an attention head attended to a particular position, it may be important to understand why it *didn't* attend to other positions. Our method gives us information about QK<br><br>… |

# Examples

In this section, we will show how head loadings and QK attributions can be used to understand attentional computations that were missing in our previous work.

### Induction

Claude 3.5 Haiku completes the prompt:

```
I always loved visiting Aunt Sally. Whenever I was feeling sad, Aunt
```

with "Sally". In our original paper, the attribution graph for this prompt shows a strong direct edge from "Sally" features (on the "Sally" token) to the "Sally" logit on the final token. In other words, the model said "Sally" because it attended to the "Sally" token. This is not a useful explanation of the model's computation! In particular, we'd like to know why the model attended to the Sally token and not some other token.




Prior work has suggested that language models learn specific attention heads for induction, but it's unclear *how* these heads perform the induction mechanism. In this example:

1. How does the model decide to carry "Sally" over to the second "Aunt" token?[8]
2. How does "Aunt" information get moved to the first "Sally" token?

We used QK attributions to investigate both questions.

TRANSFORMING "SALLY" TO "SAY SALLY" ON THE SECOND "AUNT" TOKEN

To answer the first question, we traced the input edges of the "Sally" logit node and "say Sally" features on the second "Aunt token." We find that these nodes receive inputs from "Sally" features on the "Sally" token, and that these edges are mediated by a small set of attention heads. When we inspect the QK attributions for these heads, we find interactions between:

- Features representing "Aunt" or "Aunt / Uncle / other family signifiers" on the query side
- Two categories of features on the key side:
  - Features representing names (either names in general or "Sally" specifically)
  - Features representing "this is the name of an Aunt / Uncle" that activate on name tokens following "Aunt" or "Uncle"




Thus, the QK circuit for these induction-relevant heads appears to combine two heuristics: (1) searching for any name token at all, (2) searching specifically for names of aunt/uncles.[9]

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | . . .<br><br>MULTIPLE PARALLEL QK INTERACTIONS<br><br>In the examples above, we depict attention scores as being driven by an interaction between a single type of query-side and key-side feature. In reality, there are many independent query feature / key feature interactions that contribute. Below we show an example where some of the multiple independent interactions are particularly interesting and interpretable.<br><br>In the prompt<br><br>`I always loved visiting Aunt Mary Sue. Whenever I was feeling sad, Aunt Mary`<br><br>which Haiku completes with "Sue", we see that query-side "Mary" features interact with key-side "token after 'Mary'" features, and, independently, we see that query and key-side "Name of Aunt/Uncle" features interact with one another. Notably, we do not see strong contributions from the cross terms (e.g. "Mary" interacting with "Name of Aunt/Uncle") – that is, the *rank* of this QK attributions matrix is at least 2. In reality, even this picture is a dramatic oversimplification, and we see several other kinds of independently contributing QK interactions (for instance, the bias term on the query side interacting with generic name-related features on the key side, suggesting that these heads have a general bias to attend to name tokens).<br><br><br><br><br>https://transformer-circuits.pub/2025/attention-qk/index.html (last visited September 16, 2026) |

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | Transformer Circuits Thread<br><br>**HeadVis: An Interactive Tool For Investigating Attention Heads**<br><br>AUTHORS<br>R. Luger,* Harish Kamath,* Doug Finkbeiner, Purvi Goel, Adam Jermyn, Sam Zimmerman, Joshua Batson, Tom Conerly*‡<br><br>AFFILIATIONS<br>Anthropic<br><br>PUBLISHED<br>May 4, 2026<br><br>* Core Research Contributor; ‡ Correspondence to tom.conerly@anthropic.com<br><br>. . .<br><br>We introduce **HeadVis**, an interactive tool for investigating attention heads in large language models. Visualizing how individual computational units activate across the full data distribution has been useful in previous work — for example, feature vis has been an essential tool for investigating residual stream features, MLP features, and MLP neurons. HeadVis is a conceptually similar tool but for attention heads. However, attention heads are harder to visualize than neurons, since they are high rank, compose two different circuits, and activate across a full context window. We present a few case studies using HeadVis to interpret attention heads from Claude Haiku 3.5. We also open-source HeadVis code, and present a demo of HeadVis on heads from Gemma 3 and a subset of heads from Haiku 3.5. |

| Claims of the ’580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | … <br><br> Below is the attention pattern for the fuzzy induction head on a top-activating dataset example. This is the central UI of HeadVis: attention patterns bucketed by max attention pattern. On first view we noticed cases of standard induction. Hovering over `‘m` (in `I’m`) we see attention to the token after `I’m` earlier in the context. We also noticed that `gleam` has the highest max attention pattern, but there isn’t a previous instance of `gleam` so this can’t be standard induction. Hovering over either token in `gleam` we see attention to the new line after “dream”. Try guessing where tokens attend back to, then hovering over them to check. We've found fuzzy induction heads that match words across languages, across antonyms, across structural positions (the first item of one list matching with the first item of another list), and across kinship terms (aunt matching with uncle). <br><br>   <br> **Figure 3:** A top-activating dataset example for the fuzzy poetry induction head. Each token is colored by its maximum attention pattern value as a query, taken over all keys in the context. Hover over a token to see which keys it attends to. Press `t` to instead color tokens by their maximum attention pattern as a key. Open in head vis → <br><br> … <br><br> To test this systematically we generated 185 sentences of the form "{five cities} are all cities in {country}", where four cities belong to that country and one is foreign. The country token attends more to the foreign city than to any of its own 98% of the time. <br><br> … |

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | To test this we replaced `Ivory Coast` with `Zambia` in the sequence, and attention to `a` dropped from 0.87 to 0.08; the same happened with `Lusaka`, the Zambian capital (0.10). Swapping in the other 51 African countries, attention mostly stays well above that (median 0.27). So as with our narrow prompts, a different country at the query attends and the same country doesn't[5] .<br><br>https://transformer-circuits.pub/2026/headvis/index.html (last visited August 27, 2026) |
| [d] causing a search with respect to a plurality of stored vector representations each representing at least one of a plurality of distinct items of content and each generated by multiple-attention-based neural network application; | The Accused Products cause a search with respect to a plurality of stored vector representations, each representing at least one of a plurality of distinct items of content and each generated by multiple-attention-based neural network application.<br><br>For example, when Claude Chat operates through RAG-enabled Projects, the Accused Products cause a search of stored vector representations associated with distinct items of content in the Project's stored knowledge. Anthropic explains that RAG-enabled Projects use a "project knowledge search tool" to search uploaded documents and retrieve only the information most relevant to answering the user's question. |

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | **What is RAG for projects?**<br><br>RAG or retrieval augmented generation is a technology that allows your projects to store and access significantly more knowledge than before. When your project knowledge approaches the context window limit, Claude will automatically enable RAG mode to expand your project's capacity by up to 10x while maintaining quality responses.<br><br>Previously, projects had a knowledge capacity limit based on the **context window**. Once you reached this threshold, it wasn't possible to add more content. With RAG, you can continue adding knowledge beyond these limits while maintaining full functionality.<br><br>**How RAG works**<br><br>When RAG is enabled for your project, Claude uses a **project knowledge search tool** to retrieve relevant information from your uploaded documents. Instead of loading all project content into memory at once, Claude intelligently searches and retrieves only the most relevant information needed to answer your questions.<br><br>This approach allows for:<br><br>• **Enhanced capacity**: Store up to 10x more content in your projects.<br>• **Maintained quality**: Response accuracy remains consistent with in-context processing.<br>• **Faster responses**: Optimized retrieval keeps response times quick.<br>• **Seamless transition**: Automatic activation when needed, no setup required.<br><br>https://support.claude.com/en/articles/9517075-what-are-projects (last visited September 15, 2026)<br><br>Publicly available information indicates that the accused search functionality uses vector representations generated from or based on the user's query. Anthropic describes RAG as using an embedding model to convert textual content into "vector embeddings that encode meaning," storing those embeddings in a vector database that permits semantic-similarity searching, and using that database at runtime to find content relevant to a user's query based on semantic similarity. |

| Claims of the ’580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | ANTHROP\C Research Policy Commitments Learn News Try Claude<br>Engineering at Anthropic<br><br>**Introducing Contextual Retrieval**<br>Published Sep 19, 2024<br>For an AI model to be useful in specific contexts, it often needs access to background knowledge.<br>. . .<br>**A primer on RAG: scaling to larger knowledge bases**<br>For larger knowledge bases that don't fit within the context window, RAG is the typical solution. RAG works by preprocessing a knowledge base using the following steps:<br>1. Break down the knowledge base (the “corpus” of documents) into smaller chunks of text, usually no more than a few hundred tokens;<br>2. Use an embedding model to convert these chunks into vector embeddings that encode meaning;<br>3. Store these embeddings in a vector database that allows for searching by semantic similarity.<br>At runtime, when a user inputs a query to the model, the vector database is used to find the most relevant chunks based on semantic similarity to the query. Then, the most relevant chunks are added to the prompt sent to the generative model.<br>. . . |

Here's what the preprocessing flow looks like in practice:




*Contextual Retrieval is a preprocessing technique that improves retrieval accuracy.*

If you're interested in using Contextual Retrieval, you can get started with our cookbook.

## Using Prompt Caching to reduce the costs of Contextual Retrieval

Contextual Retrieval is uniquely possible at low cost with Claude, thanks to the special prompt caching feature we mentioned above. With prompt caching, you don't need to pass in the reference document for every chunk. You simply load the document into the cache once and then reference the previously cached content. Assuming 800 token chunks, 8k token documents, 50 token context instructions, and 100 tokens of context per chunk, **the one-time cost to generate contextualized chunks is $1.02 per million document tokens**.

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | https://www.anthropic.com/engineering/contextual-retrieval (last visited September 15, 2026)<br><br>Each stored vector representation represents or is otherwise associated with at least one distinct item of content, including a distinct portion of the stored project knowledge. The stored vector representations are generated by multiple-attention-based neural network application as described above. *See supra* Claim 1[c]. |
| [e] based on the search, causing a comparison of the vector representation of the first plurality of syntactical elements with at least a portion of the plurality of stored vector representations; | The Accused Products, based on the search, cause a comparison of the vector representation of the first plurality of syntactical elements with at least a portion of the plurality of stored vector representations.<br><br>For example, when Claude Chat operates through RAG-enabled Projects, the Accused Products cause the vector representation generated from or based on the user's query to be compared with at least a portion of the stored vector representations associated with the Project's stored content to identify relevant content. *See supra* Claims 1[c]–1[d]. |
| [f] based on the comparison, causing identification of one or more of the plurality of distinct items of content; | The Accused Products, based on the comparison, cause identification of one or more of the plurality of distinct items of content.<br><br>For example, when Claude Chat operates through RAG-enabled Projects, the Accused Products cause identification of one or more distinct items of stored content determined to be relevant to the user's query based on the comparison. *See supra* Claims 1[c]–1[e]. |
| [g] based on the one or more of the plurality of distinct items of content, causing generation, by multiple-attention-based neural network application, of a second | The Accused Products, based on the one or more of the plurality of distinct items of content, cause generation, by multiple-attention-based neural network application, of a second plurality of syntactical elements.<br><br>For example, when Claude Chat operates through RAG-enabled Projects, the Accused Products cause one or more identified items of stored content to be used in generating a responsive output containing a |

| Claims of the ’580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| plurality of syntactical elements; and | second plurality of syntactical elements. The responsive output is generated by multiple-attention-based neural network application. *See supra* Claims 1[c]–1[f].<br><br>Anthropic explains that Claude processes information uploaded to a Project, uses that information as context in Project chats, and references uploaded content in its response. |

| Claims of the ’580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| |  |

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | … |

<table>
<tr><th>Claims of the ’580 Patent</th><th>Exemplary Accused System (Claude Chat)</th></tr>
<tr><td></td><td>

Video




Introduction to projects

documents, CSVs, text files, or connect to Google Drive. Now Claude can instantly reference this content in any conversation. Claude will process this information and use it as context in your chats within the project.

For example, if you are working on creating new brand guidelines for a specific client, you can upload their existing branded materials, and Claude will reference that file in its response. Note that context is not shared across disparate chats within a project unless the information is added into the project knowledge base.

Sometimes your project knowledge will approach the context window limit. Claude will automatically enable RAG mode to expand your project's capacity.

</td></tr>
</table>

| Claims of the '580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | https://academy.claude.com/courses/claude-101/introduction-to-projects#example-projects-to-inspire-you (last visited September 16, 2026) |
| [h] causing a communication, that is based on the second plurality of syntactical elements, to be sent to a user. | The Accused Products cause a communication, based on the second plurality of syntactical elements, to be sent to a user.<br><br>For example, when Claude Chat operates through RAG-enabled Projects, the Accused Products cause a responsive communication based on the generated second plurality of syntactical elements to be sent or otherwise provided to the user. *See supra* Claim 1[g].<br><br>Anthropic explains that Claude uses uploaded Project content as context and references that content in its response.<br><br>https://academy.claude.com/courses/claude-101/introduction-to-projects#example-projects-to-inspire-you (last visited September 16, 2026) |

## Video




Introduction to projects

Sometimes your project knowledge will approach the context window limit. Claude will automatically enable RAG mode to expand your project's capacity.

Once your project is set up, you can initiate chats with Claude within the project. You can learn more about best practices for chatting with Claude by reviewing one of our other videos. You can make chats public so teammates can view and build onto your work.

There are three permission levels that control who can do what in your projects. Can view members can view project

Watch on YouTube ↗

| Claims of the ’580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | . . .   |

| Claims of the ’580 Patent | Exemplary Accused System (Claude Chat) |
|---|---|
| | **How projects handle large knowledge bases**<br><br>You might wonder what happens when you upload a lot of content. Projects automatically scale to handle large amounts through a process called Retrieval Augmented Generation (RAG). At a high level, this means that Claude can automatically find and use the most relevant parts of your uploaded documents when answering, without you needing to tell it which file to look at.<br><br>When your project knowledge approaches the context window limit, Claude stops loading everything at once and instead searches your project's files, retrieving only what's relevant to your question. This expands your project's capacity by up to 10x while maintaining response quality.<br><br>You'll see a visual indicator when your project is RAG-enabled, but the experience should feel the same —you can still upload documents, chat with Claude, and get context-aware responses.<br><br>https://academy.claude.com/courses/claude-101/introduction-to-projects#example-projects-to-inspire-you (last visited September 16, 2026) |

# EXHIBIT D

# FLINN ARTIFICIAL INTELLIGENCE (AI) TECHNOLOGIES, LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

## U.S. Patent No. 12,462,197

Flinn Artificial Intelligence (AI) Technologies, LLC ("Flinn") accuses Anthropic of infringing at least claim 1 of U.S. Patent No. 12,462,197 (hereinafter "the '197 Patent"). Flinn provides the following claim chart.

This claim chart identifies specifically where each element of each Asserted Claim is found within each Accused Product[1] and provides Anthropic notice of identified instrumentalities that incorporate or reflect the recited claim elements. This claim chart is not intended to be an expert report on infringement or provide detailed analysis of the claim terms or infringement. This claim chart includes information related to an assertion of infringement with respect to the Accused Products identified, including diagrams, web page screenshots, and other documentary evidence by way of example and not by way of limitation.

The Asserted Claims include elements that are implemented, at least in part, by instrumentalities described in confidential information not accessible to Plaintiff. In some instances, the precise processes and algorithms used are, at least in part, not publicly available. An analysis of Anthropic's (or other third parties') technical documentation and/or software source code may be necessary to more fully identify all infringing features and functionality. Accordingly, Flinn reserves the right to supplement these contentions once such information is made available to Flinn. Furthermore, Flinn reserves the right to revise these contentions, as appropriate, upon issuance of the Court's Claim Construction Order.

As used in this claim chart, "Accused System" refers to the combination of models, software, computing infrastructure, interfaces, and related components through which the Accused Products are trained, evaluated, aligned, improved, operated, provided, and/or used to perform the accused functionality. The Accused System may include, without limitation, components and processes used for training, post-training, human or automated feedback, evaluation, inference, reasoning, agentic task execution, and generation or

---

[1] Anthropic's products and services including Claude and its chat, agentic, and task-execution functionality, whether offered separately or through a unified experience, Claude Chat, Claude Code, Claude Cowork, Claude Design, Claude Enterprise, Claude API access, and hosted or dedicated Claude deployments that are powered by artificial-intelligence models from Anthropic's "Claude" series, including Claude 1, Claude 1.2, Claude 2, Claude 2.1, Claude 3, Claude 3.5, Claude 3.7, Claude 4, Claude 4.1, Claude 5, and all Opus, Sonnet, Haiku, Fable, Mythos, and other versions, variants, or configurations of those models, as well as any later-released, successor, replacement, updated, modified, derivative, or renamed products, services, platforms, systems, versions, or variants of the foregoing that perform the same or substantially similar accused functionality (collectively, the "Accused Products").

revision of model outputs. The Accused System is not a separate category of accused product and does not limit the definition of Accused Products.

The claim chart refers to the Accused System and the aforementioned products are included in (or can operate in conjunction with) the Accused System, as noted in the claim chart. To the extent the below claim chart relies on evidence for the Accused System, Flinn asserts that, on information and belief, any Accused Product that includes, incorporates, or operates in conjunction with a system having the same or substantially similar accused functionality also infringes the charted claim. Flinn reserves the right to amend these infringement contentions with other products, services, platforms, or systems made, used, sold, imported, or offered for sale, provided, or operated by Anthropic, as well as methods performed by or through such products, services, platforms, or systems. Flinn also reserves the right to amend these infringement contentions by citing other claims of the ’197 Patent, not listed in the claim chart, that are infringed by the Accused Products or by methods performed by or through the Accused Products. Flinn further reserves the right to amend these infringement contentions by adding, subtracting, or otherwise modifying content in the “Accused System” section.

To the extent there are any differences between the accused instrumentalities and the following claim elements, any such differences are insubstantial and are alleged to infringe under the doctrine of equivalents.

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| 1[pre]. A computer-implemented method, comprising: | Anthropic has infringed and continues to infringe by making, using, selling, offering for sale, and/or importing Accused Products that perform a computer-implemented method.<br><br>For example, Anthropic makes, uses, sells, offers for sale, and/or imports Claude, including Claude Cowork and agentic task-execution functionality available through the unified Claude experience, through which the recited computer-implemented method is performed. In operation, Claude receives a prompt or other input from a user, applies one or more trained Claude models to perform tasks across files, tools, applications, the web, and other information, and generates and provides responsive output to the user, each by execution of software on one or more computers. Anthropic performs the recited method itself in the course of developing, evaluating, testing, demonstrating, operating, and internally using the Accused Products, and further induces and contributes to its performance by customers and end users. |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | All Collections > Claude Cowork > Claude Cowork and chat are one Claude<br><br>**Claude Cowork and chat are one Claude**<br><br>Updated in the last hour<br><br>Copy for LLM<br><br>We're introducing a new way to use both Claude Cowork and chat that removes the distinction between the two products: in the new experience, these are merged into a single conversation, so you don't need to decide which option better suits your task before getting started. Ask Claude for what you need, and it can decide which tool to use. Claude can answer a quick question, and it can also take on more complex work, like research, reports, spreadsheets, and presentations, and hand it back as finished files you can edit. With the new Claude experience, you ask for all of it in the same conversation, with no mode to choose. What you could previously only do in Claude Cowork is available from any conversation.<br><br>The new Claude experience is rolling out gradually, starting with Pro and Max plans on web, desktop, and mobile. More plans will follow soon, and Enterprise admins will hear from us at least 30 days before anything changes for their organization.<br><br>**Why you might not have it yet**<br><br>We're rolling this new experience out in stages, so even accounts on the same plan will see the changes at different times. You don't need to do anything to enable the new experience. If you're on a Pro or Max plan and your message box still shows "Chat" and "Cowork" options, you don't have it yet. Until then, keep using chat and Claude Cowork as you do today, where you can do most of what's in this article. Your chats, tasks, projects, and settings come with you when your account moves over. Once your account has the new experience, you can't switch back to separate "Chat" and "Cowork" options.<br><br>**What Claude can do**<br><br>**Hand Claude a whole task**<br><br>Describe the outcome you want, and Claude works through the steps on its own: searching the web, reading your files, running code, and putting the results together. You don't need to break the work into steps or pick a mode first. A quick question still gets a quick answer, and you can have several tasks running at the same time.<br><br>*Try: "Go through these five interview notes and pull out the top themes, with a quote for each."*<br><br>https://support.claude.com/en/articles/16761823-claude-cowork-and-chat-are-one-claude (last visited September 16, 2026) |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | This article explains how to use **Claude Cowork**, which brings Claude Code's agentic capabilities to knowledge work beyond coding.<br><br>**Availability**<br><br>Claude Cowork is available on paid plans (Pro, Max, Team, Enterprise). Availability varies by surface:<br><br>• **Claude Desktop for macOS** — Available on all paid plans. **Click here** to download.<br>• **Claude Desktop for Windows** — Available on all paid plans. Cowork requires the latest version of Claude for Windows. Download or update at **claude.com/download**.<br>• **Web**, at claude.ai — Available on Pro, Max, and Team plans. On Enterprise plans, available where an admin has enabled it.<br>• **Claude Mobile** — Available on Pro, Max, and Team plans, in the latest version of Claude for iOS and Claude for Android. On Enterprise plans, available where an admin has enabled it.<br>• **Claude in Chrome side panel** — Available on Max and Team plans, and rolling out to Pro plans. On Enterprise plans, available where an admin has enabled it. See **Get started with Claude in Chrome** for more information.<br><br>On desktop, web, and mobile, chat and Cowork share one home, so you start both from the same place. Find the message box and select "Cowork," then describe your task. To go back to a regular conversation, select "Chat." In the Chrome side panel, opening the panel starts a Cowork session directly.<br><br>If you have the new Claude experience, there's no "Cowork" option to select. Describe your task in any conversation, and Claude takes it from there. Learn more in **Claude Cowork and chat are one Claude**.<br><br>**What is Claude Cowork?**<br><br>Claude Cowork uses the same agentic architecture that powers Claude Code, with no terminal required. Instead of responding to prompts one at a time, Claude can take on complex, multi-step tasks and execute them on your behalf.<br><br>With Cowork, you can describe an outcome, step away, and come back to finished work—formatted documents, organized files, synthesized research, and more. Cowork runs your sessions remotely in the cloud (in beta), so your sessions and files live with your Claude account and follow you across desktop, web, and mobile. Chat and Cowork now share one home, so handing Claude a task starts from the same message box as a conversation. With scheduled tasks, Claude can complete work for you automatically. With projects, you can organize related tasks into persistent, self-contained workspaces with their own files, links, instructions, and memory.<br><br>https://support.claude.com/en/articles/13345190-get-started-with-claude-cowork (last visited September 16, 2026) |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | **What Cowork actually is**<br><br>Cowork is Claude working on tasks alongside you. You point it at a folder or a project, connect the apps where your work lives (Gmail, Slack, Google Drive, your calendar), and describe what you want done. Claude makes a plan, works through the steps, uses the tools and files it needs, and hands back a real deliverable. You can use Cowork in the Claude desktop app, on the web, or from your phone; the desktop app is the one to use when the work involves files on your computer, because there Claude can open and save them directly.<br><br>https://academy.claude.com/courses/introduction-to-claude-cowork/what-is-cowork (last visited September 16, 2026)<br><br>The examples below identify multiple aspects of the Accused System's generation, evaluation, verification, revision, training, and feedback-based processing that independently or in combination satisfy the limitations of the Asserted Claims. These contentions do not depend on any single intermediate generation, reasoning step, draft, task stage, model application, training iteration, feedback operation, or other internal implementation. Flinn may rely on different or additional mappings, including mappings involving inference-time processing, training or post-training processing, human or automated feedback, and/or successive applications of one or more trained neural networks, as confirmed through discovery. |
| [a] at a system including one or more processors and one or more memories in communication with the one or more processors: | The Accused Products comprise a system including one or more processors and one or more memories in communication with the one or more processors.<br><br>For example, Claude, including Claude Cowork and agentic task-execution functionality available through the unified Claude experience, operates through software executed on one or more computing systems. Those computing systems include one or more processors and memories in communication with the processors. Anthropic explains that Cowork sessions may run in the cloud, where the agent loop and code execution run on Anthropic's servers and Anthropic-managed infrastructure, or locally, |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | where the agent loop and code execution run on the user's computing device. The specific processor, memory, and server configurations used to perform the accused functionality are not fully publicly available and will be confirmed through discovery.<br><br>All Collections › Claude Cowork › Claude Cowork architecture overview<br>**Claude Cowork architecture overview**<br>Updated today Copy for LLM<br>…<br>**Where Claude Cowork runs**<br>Cowork sessions run in the cloud by default: the agent loop and code execution run on Anthropic's servers, and sessions and files are saved to the member's Claude account.<br><br>Local execution remains available for existing desktop deployments: the agent loop and code execution run on the member's device, as described below.<br><br>**Cloud session architecture**<br>In a session in the cloud, the agent loop and code execution run in an isolated, temporary sandbox on Anthropic-managed infrastructure. Each session gets its own sandbox, created when the session starts and destroyed when it ends, and sandboxes don't share state with each other or across organizations. This infrastructure is kept separate from Anthropic's corporate, research, and model-training environments.<br><br>https://support.claude.com/en/articles/14479288-claude-cowork-architecture-overview (last visited September 16, 2026) |
| [b] causing access to a computer-implemented neural network trained utilizing content including a first plurality of syntactical elements that are utilized by | The Accused Products cause access to a computer-implemented neural network trained utilizing content including a first plurality of syntactical elements that are utilized by computing hardware that processes the first plurality of syntactical elements to direct training attentions to representations generated based on different subsets of the first plurality of syntactical elements. |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| computing hardware that processes the first plurality of syntactical elements to direct training attentions to representations generated based on different subsets of the first plurality of syntactical elements; | For example, Claude, including when performing Cowork functionality, causes access to one or more trained Claude models that process user inputs and other information in performing agentic tasks.<br><br>Anthropic explains that Claude Cowork uses the same agentic architecture that powers Claude Code and that Claude performs complex, multi-step tasks across files, tools, and other information.<br><br>**What is Claude Cowork?**<br><br>Claude Cowork uses the same agentic architecture that powers Claude Code, with no terminal required. Instead of responding to prompts one at a time, Claude can take on complex, multi-step tasks and execute them on your behalf.<br><br>With Cowork, you can describe an outcome, step away, and come back to finished work—formatted documents, organized files, synthesized research, and more. Cowork runs your sessions remotely in the cloud (in beta), so your sessions and files live with your Claude account and follow you across desktop, web, and mobile. Chat and Cowork now share one home, so handing Claude a task starts from the same message box as a conversation. With scheduled tasks, Claude can complete work for you automatically. With projects, you can organize related tasks into persistent, self-contained workspaces with their own files, links, instructions, and memory.<br><br>https://support.claude.com/en/articles/13345190-get-started-with-claude-cowork (last visited September 16, 2026) |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | **Key takeaways**<br>• **Cowork is Claude built for the work, not just the answer.** It meets you where you work — whether it's local on your machine, cloud apps, or your browser.<br>• **Cowork is about delegating.** Chatting with Claude is still how you think out loud, draft, or ask a question. Cowork adds something new: the ability to describe an outcome and have Claude plan, execute, and deliver the whole thing.<br>• **Cowork is built for multi-step, longer-running work.** Tasks that span several tools, take a while to complete, and end in a real artifact — Cowork is designed to handle that whole arc end-to-end.<br>• **You stay in control.** Claude shows you its plan before it starts, by default asks before it takes actions that matter (sending, deleting, sharing), and lets you steer at any point.<br><br>**What Cowork actually is**<br>Cowork is Claude working on tasks alongside you. You point it at a folder or a project, connect the apps where your work lives (Gmail, Slack, Google Drive, your calendar), and describe what you want done. Claude makes a plan, works through the steps, uses the tools and files it needs, and hands back a real deliverable. You can use Cowork in the Claude desktop app, on the web, or from your phone; the desktop app is the one to use when the work involves files on your computer, because there Claude can open and save them directly.<br><br>https://academy.claude.com/courses/introduction-to-claude-cowork/what-is-cowork (last visited September 16, 2026)<br><br>Publicly available information further indicates that the Claude models accessed through the Accused Products are trained computer-implemented neural networks. Anthropic identifies Claude models as |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | trained large language models and has stated that Claude models use a transformer architecture and are trained using unsupervised learning, reinforcement learning from human feedback, and Constitutional AI.<br><br>**Model Card and Evaluations for Claude Models**<br><br>**Anthropic**<br><br>**1 Introduction**<br><br>This report includes the model card [1] for Claude models, focusing on Claude 2, along with the results of a range of safety, alignment, and capabilities evaluations. We have been iterating on the training and evaluation of Claude-type models since our first work on Reinforcement Learning from Human Feedback (RLHF) [2]; the newest Claude 2 model represents a continuous evolution from those early and less capable 'helpful and harmless' language assistants.<br><br>…<br><br>**Model details**<br><br>Both Claude 2 and previous Claude models are general purpose large language models. They use a transformer architecture and are trained via unsupervised learning, RLHF, and Constitutional AI (including both a supervised and Reinforcement Learning (RL) phase). Claude 2 was developed by Anthropic and released in July 2023.<br><br>… |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | **Training Data**<br><br>Claude models are trained on a proprietary mix of publicly available information from the Internet, datasets that we license from third party businesses, and data that our users affirmatively share or that crowd workers provide. Some of the human feedback data used to finetune Claude was made public [12] alongside our RLHF [2] and red-teaming [4] research.<br><br>Claude 2's training data cuts off in early 2023, and roughly 10 percent of the data included was non-English.<br><br>Anthropic, *Model Card and Evaluation for Claude Models*, https://www-cdn.anthropic.com/bd2a28d2535bfb0494cc8e2a3bf135d2e7523226/Model-Card-Claude-2.pdf (last visited August 26, 2026)<br><br>Anthropic's research further describes transformer blocks as containing multiple attention heads and other neural-network components that are updated during training. |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | |

## Method

Selective Gradient Masking (SGTM) follows the Gradient Routing framework: it localizes dangerous knowledge to specific model parameters during training, which can then be removed afterward. SGTM modifies how gradients are applied during training—selectively masking them to control which parameters store different types of knowledge.




*SGTM splits model parameters into "forget" (orange) and "retain" (blue) components. In each transformer block, certain attention heads and MLP neurons are designated for dangerous knowledge, while the rest store general knowledge.*

Here's how SGTM works:

1. **Parameter Designation**: In each transformer block, we designate certain attention heads and MLP neurons as "forget" parameters (for dangerous knowledge) and the rest as "retain" parameters (for general knowledge).
2. **Selective Gradient Masking**: During training, when the model sees data labeled as dangerous (e.g., CBRN content), we mask the gradients so that only the forget parameters are updated. This ensures dangerous knowledge flows only into designated parameters.
3. **Ablation**: After training, we permanently zero out the forget parameters, removing the dangerous knowledge while preserving general capabilities.

Crucially, SGTM handles unlabeled data (where we're uncertain if it's dangerous) by allowing it to update all parameters. The key insight is that once the model begins localizing dangerous knowledge based on labeled examples, unlabeled dangerous content naturally gravitates toward the forget parameters through a self-reinforcing process we call "absorption."

https://alignment.anthropic.com/2025/selective-gradient-masking/ (last visited September 23, 2026)

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | **The Claude 3 Model Family: Opus, Sonnet, Haiku**<br><br>**Anthropic**<br><br>**Abstract**<br><br>We introduce Claude 3, a new family of large multimodal models – **Claude 3 Opus**, our most capable offering, **Claude 3 Sonnet**, which provides a combination of skills and speed, and **Claude 3 Haiku**, our fastest and least expensive model. All new models have vision capabilities that enable them to process and analyze image data. The Claude 3 family demonstrates strong performance across benchmark evaluations and sets a new standard on measures of reasoning, math, and coding. Claude 3 Opus achieves state-of-the-art results on evaluations like GPQA [1], MMLU [2], MMMU [3] and many more. Claude 3 Haiku performs as well or better than Claude 2 [4] on most pure-text tasks, while Sonnet and Opus significantly outperform it. Additionally, these models exhibit improved fluency in non-English languages, making them more versatile for a global audience. In this report, we provide an in-depth analysis of our evaluations, focusing on core capabilities, safety, societal impacts, and the catastrophic risk assessments we committed to in our Responsible Scaling Policy [5].<br><br>**1 Introduction**<br><br>This model card introduces the Claude 3 family of models, which set new industry benchmarks across reasoning, math, coding, multi-lingual understanding, and vision quality.<br><br>Like its predecessors, Claude 3 models employ various training methods, such as unsupervised learning and Constitutional AI [6]. These models were trained using hardware from Amazon Web Services (AWS) and Google Cloud Platform (GCP), with core frameworks including PyTorch [7], JAX [8], and Triton [9].<br><br>Anthropic, *The Claude 3 Model Family: Opus, Sonnet, Haiku*, https://www-cdn.anthropic.com/de8ba9b01c9ab7cbabf5c33b80b7bbc618857627/Model_Card_Claude_3.pdf (last visited August 26, 2026) |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | ANTHROPIC<br><br>System Card:<br>Claude Opus 4 &<br>Claude Sonnet 4<br><br>May 2025<br>… |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | **1 Introduction**<br><br>Claude Opus 4 and Claude Sonnet 4 are two new hybrid reasoning large language models from Anthropic. They have advanced capabilities in reasoning, visual analysis, computer use, and tool use. They are particularly adept at complex computer coding tasks, which they can productively perform autonomously for sustained periods of time. In general, the capabilities of Claude Opus 4 are stronger than those of Claude Sonnet 4.<br><br>This system card mainly focuses on safety-related testing of the models. In this introductory section, we briefly describe the models and our release decision process for them, including our decision to release Claude Opus 4 under the AI Safety Level 3 Standard and Claude Sonnet 4 under the AI Safety Level 2 Standard.<br><br>**1.1 Model training and characteristics**<br><br>1.1.1 Training data and process<br><br>Claude Opus 4 and Claude Sonnet 4 were trained on a proprietary mix of publicly available information on the Internet as of March 2025, as well as non-public data from third parties, data provided by data-labeling services and paid contractors, data from Claude users who have opted in to have their data used for training, and data we generated internally at Anthropic. We employed several data cleaning and filtering methods during the training process, including deduplication and classification.<br><br>Anthropic, *Claude 4 System Card*, https://www-cdn.anthropic.com/07b2a3f9902ee19fe39a36ca638e5ae987bc64dd.pdf (last visited August 26, 2026) |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | ANTHROP\C<br><br>System Card: Claude Fable 5 & Claude Mythos 5<br><br>… |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | **1 Introduction**<br><br>Claude Mythos 5 and Claude Fable 5 are two configurations of a new large language model from Anthropic. The former, Mythos 5, is currently available only in Project Glasswing for vetted partners that defend critical global software infrastructure. Fable 5 is being released for general access—it has the same underlying model weights as Mythos 5, but has additional safeguards to prevent misuse for cybersecurity and biology.<br><br>**1.1 Training data and process**<br><br>Mythos 5 and Fable 5 were trained on a proprietary mix of publicly available information from the internet, public and private datasets, and synthetic data generated by other models. Throughout the training process we used several data cleaning and filtering methods, including deduplication and classification.<br><br>Anthropic, *System Card: Claude Fable 5 & Claude Mythos 5*, https://www-cdn.anthropic.com/57a52ea7d8f0e54e8a542e908266086df425cdf5/Claude%20Fable%205%20&%20Claude%20Mythos%205%20System%20Card.pdf (last visited August 26, 2026) |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | Transformer Circuits Thread<br><br>**Tracing Attention Computation Through Feature Interactions**<br><br>We describe and apply a method to explain attention patterns in terms of feature interactions, and integrate this information into attribution graphs.<br><br>. . . |

Transformer-based language models involve two main kinds of computations: multi-layer perceptron (MLP) layers that process information *within* a context position, and attention layers that conditionally move and process information *between* context positions. In our recent papers we made significant progress in breaking down MLP computation into interpretable steps. In this update, we fill in a major missing piece in our methodology, by introducing a way to decompose attentional computations as well.

Our prior work introduced *attribution graphs* as a way of representing the forward pass of a transformer as an interpretable causal graph. These graphs were built on top of (cross-layer) transcoders, a replacement for the original model's MLP layers that use sparsely active "features" in place of the original MLP neurons. The features comprise the nodes of the attribution graphs, and edges in the graphs represent *attributions* – the influence of a source feature on a target feature in a later layer.

The attribution graphs in our initial work were incomplete, in that they omitted key information about attentional computations. The feature-feature interactions we studied – the edges in the graph – are mediated by attention heads that carry information between context positions. However, we did not attempt to explain *why* the attention heads attended to a particular context position. In many cases, this has prevented us from understanding the crux of how models perform a given task.

In this update, we describe a method to address this issue by extending attribution graphs so they can explain attention patterns. Our method is centered on "QK attributions," which describe attention head scores as a bilinear function of feature activations on the respective query and key positions. We also describe a way to integrate this information into attribution graphs, by computing the contribution of different attention heads to graph edges.

We provide several case studies of this method in action. Some of these examples confirmed existing hypotheses we described in *Biology*, which we could not validate at the time:

- In an induction prompt, the query-side "X" features interact with key-side "preceded by X" features to cause induction heads to attend to the appropriate token.
- In a prompt where the model is asked for the opposite of a word, key-side features "tag" the relevant word so that query-side "opposite" features can find it at the appropriate time.
- In a multiple choice question, we confirm that interactions between "answer a multiple choice question" features and "correct answer" features cause "correct answer" *attention heads* to attend to the appropriate option.

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | …<br><br>One limitation of this approach is that it does not directly explain the attention pattern itself, which involves competition between the attention scores at multiple context positions – to explain why an attention head attended to a particular position, it may be important to understand why it *didn't* attend to other positions. Our method gives us information about QK<br><br>… |

# Examples

In this section, we will show how head loadings and QK attributions can be used to understand attentional computations that were missing in our previous work.

### Induction

Claude 3.5 Haiku completes the prompt:

```
I always loved visiting Aunt Sally. Whenever I was feeling sad, Aunt
```

with "Sally". In our original paper, the attribution graph for this prompt shows a strong direct edge from "Sally" features (on the "Sally" token) to the "Sally" logit on the final token. In other words, the model said "Sally" because it attended to the "Sally" token. This is not a useful explanation of the model's computation! In particular, we'd like to know why the model attended to the Sally token and not some other token.




Prior work has suggested that language models learn specific attention heads for induction, but it's unclear *how* these heads perform the induction mechanism. In this example:

1. How does the model decide to carry "Sally" over to the second "Aunt" token?[8]
2. How does "Aunt" information get moved to the first "Sally" token?

We used QK attributions to investigate both questions.

TRANSFORMING "SALLY" TO "SAY SALLY" ON THE SECOND "AUNT" TOKEN

To answer the first question, we traced the input edges of the "Sally" logit node and "say Sally" features on the second "Aunt token." We find that these nodes receive inputs from "Sally" features on the "Sally" token, and that these edges are mediated by a small set of attention heads. When we inspect the QK attributions for these heads, we find interactions between:

- Features representing "Aunt" or "Aunt / Uncle / other family signifiers" on the query side
- Two categories of features on the key side:
  - Features representing names (either names in general or "Sally" specifically)
  - Features representing "this is the name of an Aunt / Uncle" that activate on name tokens following "Aunt" or "Uncle"




Thus, the QK circuit for these induction-relevant heads appears to combine two heuristics: (1) searching for any name token at all, (2) searching specifically for names of aunt/uncles.[9]

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | …<br><br>MULTIPLE PARALLEL QK INTERACTIONS<br><br>In the examples above, we depict attention scores as being driven by an interaction between a single type of query-side and key-side feature. In reality, there are many independent query feature / key feature interactions that contribute. Below we show an example where some of the multiple independent interactions are particularly interesting and interpretable.<br><br>In the prompt<br><br>`I always loved visiting Aunt Mary Sue. Whenever I was feeling sad, Aunt Mary`<br><br>which Haiku completes with "Sue", we see that query-side "Mary" features interact with key-side "token after 'Mary'" features, and, independently, we see that query and key-side "Name of Aunt/Uncle" features interact with one another. Notably, we do not see strong contributions from the cross terms (e.g. "Mary" interacting with "Name of Aunt/Uncle") – that is, the *rank* of this QK attributions matrix is at least 2. In reality, even this picture is a dramatic oversimplification, and we see several other kinds of independently contributing QK interactions (for instance, the bias term on the query side interacting with generic name-related features on the key side, suggesting that these heads have a general bias to attend to name tokens).<br><br><br><br>https://transformer-circuits.pub/2025/attention-qk/index.html (last visited September 16, 2026) |
| [c] causing access to a second plurality of syntactical elements; | The Accused Products cause access to a second plurality of syntactical elements. |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | For example, when Claude performs Cowork functionality, the Accused Products cause access to syntactical elements contained in a user's prompt and other information provided or made available for the task, including files, tool results, web content, connected applications, and/or other context.<br><br>**Get started**<br><br>Open Claude and describe what you need, the way you'd brief a colleague. You'll get better results when you include:<br>• **Your desired outcome:** what you want to end up with, like "a one-page summary" or "a spreadsheet with a tab for each region."<br>• **The format:** how you want the result delivered, like a Word document, a slide deck, or a message you can paste into Slack.<br>• **Inputs Claude will need:** the files, links, or apps Claude should work from.<br><br>https://support.claude.com/en/articles/16761823-claude-cowork-and-chat-are-one-claude (last visited September 16, 2026)<br><br>Anthropic explains that a user provides Cowork with a prompt describing the task and identifies the files and other sources containing relevant context. Cowork can read files in a selected working folder and access information through connected applications. |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|

## Pointing Claude at a folder

Click **Work in a project or folder** in the prompt bar and pick a folder on your computer. This is the single most important setup choice you'll make for each new task, because the folder is where the work lives. Claude reads every file inside (Word docs, Excel files, PDFs, PowerPoints, whatever's there) and saves finished outputs back to the same location.

Choose a folder that's scoped to one project or stream of work. Claude doesn't need access to your entire documents folder, just the one that includes the files it needs for the task. See the interactive below for an example.




. . .

## Adding connectors

Connectors are how Claude reaches into the apps where your work already happens — your email, your calendar, your team messaging tool, your CRM, your cloud storage. You set them up once in the **Customize** area and then you can toggle off/on the connectors you need for each task.

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | … <br><br> Once a connector is on, you reference it naturally in your prompts. "Check what the team said in Slack about the launch" or "find the customer follow-up email from last quarter" — Claude knows where to look. <br><br> Try this interactive below to see the power of connecting Claude to your work. <br><br> https://academy.claude.com/courses/introduction-to-claude-cowork/getting-set-up (last visited September 16, 2026) |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | <br>**Delegate your first task**<br>You picked a task in previous lessons. Now is when it leaves your plate. Open Claude, choose where the context for the task lives (a folder on your computer if you're in the desktop app, otherwise a project), turn on any connectors that hold relevant context for the task, and write your prompt.<br>A good Cowork prompt does three things:<br>• **Names the deliverable.** "A one-page brief," "a slide for the QBR," "a ranked list with notes per candidate." Specifics about format and length save you a regenerate.<br>• **Names the inputs.** Which folder, which channels, which date range, which application. Cowork is only as good as the context you point it at.<br>• **Names additional specifics or nuances Claude would need to get the job done.** *"I want to see base, best, and worst case scenarios that also account for the 3 new locations we opened in Q3 last year."* That sentence directs Claude on the type of output you're looking for, and provides key insights from your expertise that Claude might not see.<br>Build an example Cowork prompt in the interactive below.<br><br>https://academy.claude.com/courses/introduction-to-claude-cowork/the-task-loop (last visited September 16, 2026) |

| Claims of the ’197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| [d] causing automatic generation, by applying the trained computer-implemented neural network and utilizing the second plurality of syntactical elements, of a third plurality of syntactical elements that describe a first scenario; | The Accused Products cause automatic generation, by applying the trained computer-implemented neural network and utilizing the second plurality of syntactical elements, of a third plurality of syntactical elements that describe a first scenario.<br><br>For example, when Claude performs Cowork functionality, the Accused Products apply one or more trained Claude models to automatically generate, based on the user’s prompt and other task information, an initial draft, analysis, proposed result, or other output describing a first scenario. *See supra* Claims 1[b]–1[c].<br><br>Anthropic explains that Cowork performs multi-step tasks in which Claude gathers context, compares sources, conducts additional research, drafts a summary, and formats the deliverable. Anthropic’s exemplary Progress panel separately identifies “Draft the deliverable” as a step preceding “Self-review.” |



| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | https://academy.claude.com/courses/introduction-to-claude-cowork/scheduled-tasks (last visited September 16, 2026) |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | |

### Steer mid-task

Watch Cowork's plan and progress as it works. If it's going off-track — wrong source, wrong format, wrong tone — interrupt. You can also stop the run if it's substantially off, refine the prompt, and start again with what you've learned. Most people's instinct from chatting is to wait until the response is done and then regenerate. Resist that. Cowork is built for course corrections, and the cost of a redirect is low.

Steer the example task below and see how Claude responds.

STEER MID-TASK

Help me draft the Q3 competitive memo for the leadership offsite.

I'll read the analyst-call PDFs and last quarter's memo, cross-reference each competitor's pricing changes against our positioning notes, then draft against the Q2 board-memo template.

Read 3 files, searched 2 folders ›

Writing draft · section 2 of 4 ›

Progress

- ~~Read source PDFs and last quarter's memo~~
- ~~Cross-reference pricing changes~~
- ~~Outline three competitor moves~~
- 4 Drafting against Q2 board-memo template
- 5 Review against original prompt

+ Write a message... (click Send to steer mid-task) Send

Reset

### Review the finished deliverable

When Claude is done, you can preview the file in the app. The file is also in your folder, so you can open it up and see it there.

Review it the way you'd read a draft from someone you trust but don't yet fully know — with your discernment turned on. Things to check, especially the first few times:

- **Does it meet the actual objective?** Or did it produce something subtly different from what you asked for?
- **Are the facts accurate?** If Claude references facts or figures, confirm they're correct by reviewing the source material. Start by asking Claude to identify the docs it pulled from, then check them yourself.
- **Does anything sound made up?** A specific date, name, or quote that you can't trace to an input is a flag, not a feature.

If the draft is mostly right, tell Claude what to change rather than starting over. Claude remembers the conversation and edits faster than it regenerates.

https://academy.claude.com/courses/introduction-to-claude-cowork/the-task-loop (last visited September 16, 2026)

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| [e] causing a determination whether the first scenario represents objective reality; | The Accused Products cause a determination whether the first scenario represents objective reality.<br><br>For example, when Claude performs Cowork functionality, the Accused Products cause the initially generated draft, analysis, proposed result, or other first scenario to be checked or otherwise evaluated for accuracy, including based on available task information. *See supra* Claims 1[c]–1[d].<br><br>Anthropic explains that Cowork includes a "Verify" stage in which Claude "checks its own output for quality and accuracy." |



| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | https://academy.claude.com/tutorials/choosing-between-claude-cowork-or-chat (last visited September 16, 2026) |
| [f] based on a determination that the first scenario does not represent objective reality, causing automatic generation, by applying the trained computer-implemented neural network and utilizing the third plurality of syntactical elements, of a fourth plurality of syntactical elements that describe a second scenario that is different from the first scenario and that represents objective reality; and | The Accused Products, based on a determination that the first scenario does not represent objective reality, cause automatic generation, by applying the trained computer-implemented neural network and utilizing the third plurality of syntactical elements, of a fourth plurality of syntactical elements that describe a second scenario that is different from the first scenario and that represents objective reality.<br><br>For example, when Claude performs Cowork functionality and determines that the first scenario generated as described above is inaccurate, the Accused Products apply one or more trained Claude models, utilizing the previously generated third plurality of syntactical elements, to automatically generate a corrected output describing a second scenario that is different from the first scenario. *See supra* Claims 1[b]–1[e].<br><br>Publicly available information indicates that Cowork's continuing task loop uses the initially generated content and results of the verification process to generate corrected output before delivering the finished result. The precise intermediate generations and internal operations through which the Accused Products generate the corrected output are not fully publicly available and will be confirmed through discovery. https://academy.claude.com/tutorials/choosing-between-claude-cowork-or-chat (last visited September 16, 2026) |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | **How a Claude Cowork task runs**<br>Cowork runs on the same agentic engine as Claude Code — the loop that lets Claude plan, work acro tools, and check its own output — applied to your files and apps instead of a codebase. A Cowork tas can follow these steps:<br>(1) **You delegate the work**<br>Send a prompt describing the objective — what you need done and what *done* looks like.<br>(2) **Claude takes it from there**<br>• **Understand** — asks clarifying questions to make sure it's clear on your goal<br>• **Plan** — breaks the work into steps you can see in the sidebar<br>• **Execute** — works across your files, tools, and the web<br>• **Verify** — checks its own output for quality and accuracy<br>• **Deliver** — produces finished files and a summary of what it did<br>(✓) **You come back to completed work**<br>Finished files in your folder, actions taken in your tools, and a record of everything that happened.<br>In Cowork, you can **delegate, but stay in control**. Claude's actions show up in the sidebar, you can interrupt and redirect at any point, and it asks for your approval before anything consequential — sending an email, posting a message, changing a file outside your working folder. |
| [g] causing a communication including the fourth plurality of syntactical elements to be sent to a user. | The Accused Products cause a communication including the fourth plurality of syntactical elements to be sent to a user.<br><br>For example, when Claude performs Cowork functionality, the Accused Products cause the corrected output generated as described above to be sent or otherwise provided to the user as completed work, including through a finished artifact, file, responsive message, summary, or other output. *See supra* Claim 1[f]. |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
| --- | --- |
| | Anthropic explains that, when Cowork finishes a task, the user can preview the completed file in the application and access it from the selected working folder.<br><br>**Key takeaways**<br><br>• **Claude asks before it commits.** Most non-trivial tasks start with a clarifying question or two. The questions are how Claude closes context gaps before the work starts, not friction in the way.<br><br>• **You can steer mid-task.** If Claude is heading in the wrong direction, jump in. You don't have to wait for it to finish and start over.<br><br>• **The finished deliverable is the artifact, not the chat.** Claude makes changes to the files on your computer. Your job at the end is to review it the way you'd review a colleague's work.<br><br>… |

| Claims of the '197 Patent | Exemplary Accused System (Claude, Including Claude Cowork Functionality) |
|---|---|
| | **Review the finished deliverable**<br><br>When Claude is done, you can preview the file in the app. The file is also in your folder, so you can open it up and see it there.<br><br>Review it the way you'd read a draft from someone you trust but don't yet fully know — with your discernment turned on. Things to check, especially the first few times:<br><br>• **Does it meet the actual objective?** Or did it produce something subtly different from what you asked for?<br>• **Are the facts accurate?** If Claude references facts or figures, confirm they're correct by reviewing the source material. Start by asking Claude to identify the docs it pulled from, then check them yourself.<br>• **Does anything sound made up?** A specific date, name, or quote that you can't trace to an input is a flag, not a feature.<br><br>If the draft is mostly right, tell Claude what to change rather than starting over. Claude remembers the conversation and edits faster than it regenerates.<br><br>If the draft is wrong in a load-bearing way, the prompt was missing the load-bearing piece of context. Point Claude to the new context and ask it to make adjustments.<br><br>https://academy.claude.com/courses/introduction-to-claude-cowork/the-task-loop (last visited September 16, 2026) |

# EXHIBIT E

# FLINN ARTIFICIAL INTELLIGENCE (AI) TECHNOLOGIES, LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

## U.S. Patent No. 12,462,198

Flinn Artificial Intelligence (AI) Technologies, LLC ("Flinn") accuses Anthropic of infringing at least claim 1 of U.S. Patent No. 12,462,198 (hereinafter "the '198 Patent"). Flinn provides the following claim chart.

This claim chart identifies specifically where each element of each Asserted Claim is found within each Accused Product[1] and provides Anthropic notice of identified instrumentalities that incorporate or reflect the recited claim elements. This claim chart is not intended to be an expert report on infringement or provide detailed analysis of the claim terms or infringement. This claim chart includes information related to an assertion of infringement with respect to the Accused Products identified, including diagrams, web page screenshots, and other documentary evidence by way of example and not by way of limitation.

The Asserted Claims include elements that are implemented, at least in part, by instrumentalities described in confidential information not accessible to Plaintiff. In some instances, the precise processes and algorithms used are, at least in part, not publicly available. An analysis of Anthropic's (or other third parties') technical documentation and/or software source code may be necessary to more fully identify all infringing features and functionality. Accordingly, Flinn reserves the right to supplement these contentions once such information is made available to Flinn. Furthermore, Flinn reserves the right to revise these contentions, as appropriate, upon issuance of the Court's Claim Construction Order.

As used in this claim chart, "Accused System" refers to the combination of models, software, computing infrastructure, interfaces, and related components through which the Accused Products are trained, evaluated, aligned, improved, operated, provided, and/or used to perform the accused functionality. The Accused System may include, without limitation, components and processes used for training, post-training, human or automated feedback, evaluation, inference, reasoning, agentic task execution, and generation or

---

[1] Anthropic's products and services including Claude and its chat, agentic, and task-execution functionality, whether offered separately or through a unified experience, Claude Chat, Claude Code, Claude Cowork, Claude Design, Claude Enterprise, Claude API access, and hosted or dedicated Claude deployments that are powered by artificial-intelligence models from Anthropic's "Claude" series, including Claude 1, Claude 1.2, Claude 2, Claude 2.1, Claude 3, Claude 3.5, Claude 3.7, Claude 4, Claude 4.1, Claude 5, and all Opus, Sonnet, Haiku, Fable, Mythos, and other versions, variants, or configurations of those models, as well as any later-released, successor, replacement, updated, modified, derivative, or renamed products, services, platforms, systems, versions, or variants of the foregoing that perform the same or substantially similar accused functionality (collectively, the "Accused Products").

revision of model outputs. The Accused System is not a separate category of accused product and does not limit the definition of Accused Products.

The claim chart refers to the Accused System and the aforementioned products are included in (or can operate in conjunction with) the Accused System, as noted in the claim chart. To the extent the below claim chart relies on evidence for the Accused System, Flinn asserts that, on information and belief, any Accused Product that includes, incorporates, or operates in conjunction with a system having the same or substantially similar accused functionality also infringes the charted claim. Flinn reserves the right to amend these infringement contentions with other products, services, platforms, or systems made, used, sold, imported, or offered for sale, provided, or operated by Anthropic, as well as methods performed by or through such products, services, platforms, or systems. Flinn also reserves the right to amend these infringement contentions by citing other claims of the '198 Patent, not listed in the claim chart, that are infringed by the Accused Products or by methods performed by or through the Accused Products. Flinn further reserves the right to amend these infringement contentions by adding, subtracting, or otherwise modifying content in the "Accused System" section.

To the extent there are any differences between the accused instrumentalities and the following claim elements, any such differences are insubstantial and are alleged to infringe under the doctrine of equivalents.

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| 1[pre]. A computer-implemented method, comprising: | Anthropic has infringed and continues to infringe by making, using, selling, offering for sale, and/or importing Accused Products that perform a computer-implemented method.<br><br>For example, Anthropic makes, uses, sells, offers for sale, and/or imports Claude Code, an agentic coding tool through which the recited computer-implemented method is performed. In operation, Claude Code receives a coding instruction from a user, reads the user's codebase, generates computer code responsive to that instruction, edits files, and runs commands, each by execution of software on one or more computers. Anthropic markets Claude Code for writing, testing, and debugging software, and describes its own evaluation of Claude's performance on real-world software repositories requiring the model to understand, modify, and test code. Anthropic performs the recited method itself in the course of developing, evaluating, testing, demonstrating, and internally using Claude Code, and further induces and contributes to its performance by its customers and users. |

<table>
<tr><th>Claims of the ’198 Patent</th><th>Exemplary Accused System (Claude Code)</th></tr>
<tr><td></td><td>


https://claude.com/product/claude-code (last visited September 11, 2026)
</td></tr>
</table>

<table>
<tr><th>Claims of the ’198 Patent</th><th>Exemplary Accused System (Claude Code)</th></tr>
<tr><td></td><td>




https://claude.com/solutions/coding (last visited September 14, 2026)

</td></tr>
</table>

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | GETTING STARTED<br>**Overview**<br>Copy page<br>Claude Code is an agentic coding tool that reads your codebase, edits files, runs commands, and integrates with your development tools. Available in your terminal, IDE, desktop app, and browser.<br><br>Claude Code is an AI-powered coding assistant that helps you build features, fix bugs, and automate development tasks. It understands your entire codebase and can work across multiple files and tools to get things done.<br><br>https://code.claude.com/docs/en/overview (last visited September 15, 2026) |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | 2. **Claude Code impossible tasks:** we generated a number of agentic coding tasks for Claude Code that had minimal scaffolding and were designed to simulate real user requests. However, we designed these tasks to essentially be unsolvable due to a bug in the test, a missing dependency, etc. that we did not reveal to the model. We then asked the model to solve the task in a sandbox, accepting all actions. This evaluation was the core setting where we assessed instruction-following (i.e. how helpful<br><br>75<br><br>prompting is in preventing the model from pursuing reward hacking behaviors) . We tested a number of variants with different prompts that have varying emphasis on the model generating a robust, general solution (i.e. not hard-coding to solve the task).<br><br>3. **Training distribution:** we also tracked how much our models engaged in this reward-hacking behavior in our training environments. Below, we show results from two training environments in which we tracked this behavior.<br><br>Anthropic, *Claude 4 System Card*, https://www-cdn.anthropic.com/07b2a3f9902ee19fe39a36ca638e5ae987bc64dd.pdf (last visited August 26, 2026) at 75. |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | |

## 6.2 Evaluations

| Model | Reward-hack-prone coding tasks | | Claude Code Impossible Tasks | | Training distribution | |
|---|---|---|---|---|---|---|
| | Classifier hack rate | Hidden test hack rate | Classifier hack rate with no prompt | Classifier hack rate with anti-hack prompt | Classifier hack rate environ 1 | Classifier hack rate environ 2 |
| Claude Opus 4 | 9% | 13% | 47% | **5%** | 15% | **2%** |
| Claude Sonnet 4 | **4%** | **12%** | **45%** | 10% | **13%** | **2%** |
| Claude Sonnet 3.7 | 44% | 23% | 78% | 80% | 54% | 4% |

**Table 6.2.A Reward hacking evaluations.** Rates of reward hacking across different contexts, identified by our classifiers or automated graders. Lower numbers are better; **bold** indicates the lowest reward hacking rate for each evaluation. Claude Sonnet 4 had the lowest hacking rates across the board except on the Claude Code Impossible Tasks variant with anti-hack prompting, where Claude Opus 4 performed best. This indicated that when it comes to reward hacking behaviors, Claude Opus 4 may be more steerable than Claude Sonnet 4. Both Claude 4 models were large improvements over Claude Sonnet 3.7. The results from Claude Code Impossible Tasks were particularly notable where simple prompting reduced hacking behavior by over 9× for Claude Opus 4 and 4.5× for Claude Sonnet 4. Meanwhile, the same prompt had little to no effect on Claude Sonnet 3.7's behavior on the same set of tasks.

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | *Id.* at 76.   https://claude.ai/new#settings/data-privacy-controls (last visited September 14, 2026) |

PLATFORMS AND INTEGRATIONS

# Use Claude Code in VS Code

Copy page

Install and configure the Claude Code extension for VS Code. Get AI coding assistance with inline diffs, @-mentions, plan review, and keyboard shortcuts.




The VS Code extension provides a native graphical interface for Claude Code, integrated directly into your IDE. This is the recommended way to use Claude Code in VS Code.

With the extension, you can review and edit Claude's plans before accepting them, auto-accept edits as they're made, @-mention files with specific line ranges from your selection, access conversation history, and open multiple conversations in separate tabs or windows.

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | https://code.claude.com/docs/en/vs-code (last visited August 19, 2026) |
| [a] at a system including one or more processors, and one or more memories in communication with the one or more processors and with one or more programs stored therein | The Accused Products comprise a system including one or more processors, and one or more memories in communication with the one or more processors and with one or more programs stored therein.<br><br>For example, Claude Code operates through software executed on one or more computing systems, including the user's computing device and Anthropic's computing infrastructure. Those computing systems include one or more processors and memories storing program instructions executed by the processors. Claude Code transmits requests to, and receives responses from, Anthropic's computing infrastructure running trained Claude models. Claude Code is also installed and executed on the user's computing device. The specific processor, memory, and server configurations used by Anthropic to store and execute the relevant program instructions are not fully publicly available and will be confirmed through discovery. |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | Data access<br><br>For all first party users, you can learn more about what data is logged for **local Claude Code** and **remote Claude Code**. **Remote Control** sessions follow the local data flow since all execution happens on your machine; while connected, the session transcript is also stored on Anthropic servers to sync the conversation across devices, as described in **Connection and security**. Note for remote Claude Code, Claude accesses the repository where you initiate your Claude Code session. Claude does not access repositories that you have connected but have not started a session in.<br><br>Local Claude Code: Data flow and dependencies<br><br>The diagram below shows how Claude Code connects to external services during installation and normal operation. Solid lines indicate required connections, while dashed lines represent optional or user-initiated data flows.<br><br><br><br>Claude Code runs locally. To interact with the LLM, Claude Code sends data over the network. This data includes all user prompts and model outputs, encrypted in transit via TLS 1.2+. Claude Code is compatible with most popular VPNs and LLM proxies.<br><br>… |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | Cloud execution: Data flow and dependencies<br><br>When using **Claude Code on the web**, sessions run in Anthropic-managed virtual machines by default instead of locally. Sessions your organization routes to a **self-hosted environment** run on infrastructure you control; for what stays on your machines and what still goes to Anthropic, see **What stays on your infrastructure**. In Anthropic-hosted cloud sessions:<br><br>• **Code and data storage:** Your repository is cloned to an isolated VM. Code and session data are subject to the retention and usage policies for your account type (see Data retention section above)<br>• **Credentials:** GitHub authentication is handled through a secure proxy; your GitHub credentials never enter the sandbox<br>• **Network traffic:** All outbound traffic goes through a security proxy for audit logging and abuse prevention<br>• **Session data:** Prompts, code changes, and outputs follow the same data policies as local Claude Code usage<br><br>https://code.claude.com/docs/en/data-usage (last visited September 15, 2026) |
| [b] causing access to a computer-implemented neural network trained on computer code so that the trained computer-implemented neural network is configured for probability generation in connection with a plurality of executable computer code elements for selection therefrom; | The Accused Products cause access to a computer-implemented neural network trained on computer code so that the trained computer-implemented neural network is configured for probability generation in connection with a plurality of executable computer code elements for selection therefrom.<br><br>For example, Claude Code causes access to one or more trained Claude models by transmitting a user's coding instruction, together with relevant contextual information that may include selected codebase content, system instructions, tool definitions, tool results, and conversation history, and receiving model-generated outputs in response. Claude Code may repeat this access during its agentic loop as the model evaluates the available context, requests tool use, receives tool results, and generates subsequent outputs. Anthropic provides Claude Code through multiple user-facing environments, including the terminal, supported integrated development environments, the desktop application, and the web. |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | |

CORE CONCEPTS

# How Claude Code works

Copy page

Understand the agentic loop, built-in tools, and how Claude Code interacts with your project.

Claude Code is an agentic assistant that runs in your terminal. While it excels at coding, it can help with anything you can do from the command line: writing docs, running builds, searching files, researching topics, and more.

This guide covers the core architecture, built-in capabilities, and tips for working effectively. For step-by-step walkthroughs, see Common workflows. For extensibility features like skills, MCP, and hooks, see Extend Claude Code.

## The agentic loop

When you give Claude a task, it works through three phases: **gather context**, **take action**, and **verify results**. These phases blend together. Claude uses tools throughout, whether searching files to understand your code, editing to make changes, or running tests to check its work.




The loop adapts to what you ask. A question about your codebase might only need context gathering. A bug fix cycles through all three phases repeatedly. A refactor might involve extensive verification. Claude decides what each step requires based on what it learned from the previous step, chaining dozens of actions together and course-correcting along the way.

https://code.claude.com/docs/en/how-claude-code-works (last visited September 14, 2026)

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | <br>https://claude.com/product/claude-code (last visited September 15, 2026) |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
| --- | --- |
| |   https://claude.com/solutions/coding (last visited September 14, 2026) |

<table>
<tr><th>Claims of the ’198 Patent</th><th>Exemplary Accused System (Claude Code)</th></tr>
<tr><td></td><td>


https://claude.com/product/claude-code (last visited September 11, 2026)
</td></tr>
</table>

<table>
<tr><th>Claims of the ’198 Patent</th><th>Exemplary Accused System (Claude Code)</th></tr>
<tr><td></td><td>

https://claude.com/product/claude-code (last visited September 14, 2026)</td></tr>
</table>

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| |  https://www.youtube.com/watch?v=fl1DSmwQKKY (last visited September 11, 2026) |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | |




. . .




. . .

<table>
<tr><th>Claims of the ’198 Patent</th><th>Exemplary Accused System (Claude Code)</th></tr>
<tr><td></td><td>


<br>…<br>


<br>…<br>


</td></tr>
</table>

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=6bs5b4FltCU (last visited September 11, 2026)<br><br>*See also*, Anthropic Academy, *Claude Code 101 — How Claude Code works*, https://academy.claude.com/courses/claude-code-101/how-claude-code-works (last visited September 11, 2026)<br><br>Publicly available evidence supports the inference that the Claude models accessed by Claude Code were trained on computer code. Anthropic markets Claude as capable of writing, testing, debugging, understanding, and modifying software and evaluates Claude on real-world software repositories requiring code understanding and generation. These capabilities are consistent with training on computer code. The precise composition of Anthropic's training data and the procedures used to train the accused models are not fully publicly available and will be confirmed through discovery. |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | **Results**<br><br>In general, the upgraded Claude 3.5 Sonnet demonstrates higher reasoning, coding, and mathematical abilities than our prior models, and the previous state-of-the-art model. It also demonstrates improved agentic capabilities: the tools and scaffolding help put those improved abilities to their best use.<br><br>Model \| **Claude 3.5 Sonnet (new)** \| Previous SOTA \| Claude 3.5 Sonnet (old) \| Claude 3 Opus<br>SWE-bench Verified score \| 49% \| 45% \| 33% \| 22%<br><br>Scores on SWE-bench Verified for some of our models, all using this agent scaffold.<br><br>https://www.anthropic.com/engineering/swe-bench-sonnet (last visited September 14, 2026) |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| |   https://claude.ai/new#settings/data-privacy-controls (last visited September 14, 2026) |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | **Is my data used for model training?**<br><br>March 16, 2026<br><br>*This article is about our consumer products such as Claude Free, Pro, Max and when accounts from those plans use Claude Code. For our commercial products such as Claude for Work and the Anthropic API, see here.*<br><br>We will use your chats and coding sessions (including to improve our models) if:<br><br>1. You choose to allow us to use your chats and coding sessions to improve Claude, learn more here<br>2. Your conversations are flagged for safety review (in which case we may use or analyze them to improve our ability to detect and enforce our Usage Policy, including training models for use by our Safeguards team, consistent with Anthropic's safety mission)<br>3. By otherwise explicitly opting in to training (e.g. joining our Trusted Tester Program)<br><br>Chat and coding session data we may use for improving our models includes the entire related conversation, along with any content, custom styles or conversation preferences, as well as data collected when using Claude for Chrome. It does not include raw content from connectors (e.g. Google Drive), including remote and local MCP servers, though data may be included if it's directly copied into your conversation with Claude.<br><br>https://privacy.claude.com/en/articles/10023580-is-my-data-used-for-model-training (last visited September 11, 2026) |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | The Claude models accessed by Claude Code generate output by calculating probabilities for multiple possible output elements and selecting an output element based on those probabilities. When Claude Code is used to generate or modify source code, the possible and selected output elements represent or contribute to the plurality of executable computer code elements, and the selected output elements collectively form executable source code. |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
| --- | --- |
| | **How Claude Generates Text**<br><br>Before diving into temperature, it helps to understand Claude's text generation process. When you send Claude a prompt like "What do you think?", it goes through three key steps:<br><br>• **Tokenization** - Breaking your input into smaller chunks<br>• **Prediction** - Calculating probabilities for possible next words<br>• **Sampling** - Choosing a token based on those probabilities<br><br><br><br><br>In this example, Claude might assign a 30% probability to "about", 20% to "would", 10% to "of", and so on. The model then selects one token and repeats this entire process to build complete sentences. |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | <br>... |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | **Choosing the Right Temperature**<br><br>Different tasks call for different temperature ranges:<br><br><br><br>**Low Temperature (0.0 - 0.3)**<br>• Factual responses<br>• Coding assistance<br>• Data extraction<br>• Content moderation<br><br>**Medium Temperature (0.4 - 0.7)**<br>• Summarization<br>• Educational content<br>• Problem-solving<br>• Creative writing with constraints<br><br>**High Temperature (0.8 - 1.0)**<br>• Brainstorming<br>• Creative writing<br>• Marketing content<br>• Joke generation |

<table>
<tr><th>Claims of the '198 Patent</th><th>Exemplary Accused System (Claude Code)</th></tr>
<tr><td></td><td>
https://academy.claude.com/courses/building-with-the-claude-api/temperature (last visited September 16, 2026)<br><br>
Models<br><br>
Claude Code uses Claude models to understand your code and reason about tasks. Claude can read code in any language, understand how components connect, and figure out what needs to change to accomplish your goal. For complex tasks, it breaks work into steps, executes them, and adjusts based on what it learns.<br><br>
Multiple models are available with different tradeoffs. Sonnet handles most coding tasks well. Opus provides stronger reasoning for complex architectural decisions. Switch with /model during a session or start with claude --model <name> .<br><br>
When this guide says "Claude chooses" or "Claude decides," it's the model doing the reasoning.<br><br>
Tools<br><br>
Tools are what make Claude Code agentic. Without tools, Claude can only respond with text. With tools, Claude can act: read your code, edit files, run commands, search the web, and interact with external services. Each tool use returns information that feeds back into the loop, informing Claude's next decision.<br><br>
The built-in tools generally fall into five categories, each representing a different kind of agency.<br><br>
<table>
<tr><th>Category</th><th>What Claude can do</th></tr>
<tr><td>File operations</td><td>Read files, edit code, create new files, rename and reorganize</td></tr>
<tr><td>Search</td><td>Find files by pattern, search content with regex, explore codebases</td></tr>
<tr><td>Execution</td><td>Run shell commands, start servers, run tests, use git</td></tr>
<tr><td>Web</td><td>Search the web, fetch documentation, look up error messages</td></tr>
<tr><td>Code intelligence</td><td>See type errors and warnings after edits, jump to definitions, find references (requires code intelligence plugins)</td></tr>
</table><br>
These are the primary capabilities. Claude also has tools for spawning subagents, asking you questions, and other orchestration tasks. See Tools available to Claude for the complete list.<br><br>
Claude chooses which tools to use based on your prompt and what it learns along the way. When you say "fix the failing tests," Claude might:<br><br>
https://code.claude.com/docs/en/how-claude-code-works (last visited September 15, 2026)
</td></tr>
</table>

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | As another example, Anthropic reports that Claude Code produced one million lines of Rust code in less than two weeks, that 100% of the existing test suite passed in continuous integration before merge, and that the resulting Rust port was shipped inside Claude Code. Anthropic also reports using Claude Code to migrate a Python codebase into 165,000 lines of TypeScript.<br><br>https://claude.com/blog/ai-code-migration (last visited September 15, 2026) |
| [c] causing access to a first plurality of syntactical elements; | The Accused Products cause access to a first plurality of syntactical elements. For example, Claude Code receives and processes user coding instructions and associated computer-code information. The accessed information includes multiple syntactical elements, including words, portions of words, characters, symbols, identifiers, operators, expressions, statements, code, and/or representations thereof. |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|

CORE CONCEPTS

# How Claude Code works

Copy page

Understand the agentic loop, built-in tools, and how Claude Code interacts with your project.

Claude Code is an agentic assistant that runs in your terminal. While it excels at coding, it can help with anything you can do from the command line: writing docs, running builds, searching files, researching topics, and more.

This guide covers the core architecture, built-in capabilities, and **tips for working effectively**. For step-by-step walkthroughs, see **Common workflows**. For extensibility features like skills, MCP, and hooks, see **Extend Claude Code**.

## The agentic loop

When you give Claude a task, it works through three phases: **gather context**, **take action**, and **verify results**. These phases blend together. Claude uses tools throughout, whether searching files to understand your code, editing to make changes, or running tests to check its work.




The loop adapts to what you ask. A question about your codebase might only need context gathering. A bug fix cycles through all three phases repeatedly. A refactor might involve extensive verification. Claude decides what each step requires based on what it learned from the previous step, chaining dozens of actions together and course-correcting along the way.

https://code.claude.com/docs/en/how-claude-code-works (last visited September 11, 2026)

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | Step 4: Ask your first question<br>Let's start with understanding your codebase. Try one of these commands:<br>`what does this project do?`<br>Claude will analyze your files and provide a summary. You can also ask more specific questions:<br>`what technologies does this project use?`<br>`where is the main entry point?`<br>`explain the folder structure`<br>You can also ask Claude about its own capabilities:<br>`what can Claude Code do?`<br>`how do I create custom skills in Claude Code?`<br>`can Claude Code work with Docker?`<br>https://code.claude.com/docs/en/quickstart (last visited September 15, 2026) |

| Claims of the ’198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | <br>Work effectively with Claude Code<br>These tips help you get better results from Claude Code. For more on specific prompts, verification, and planning, see **Best practices**.<br>Ask Claude Code for help<br>Claude Code can teach you how to use it. Ask questions like “how do I set up hooks?” or “what’s the best way to structure my CLAUDE.md?” and Claude will explain.<br>Built-in commands also guide you through setup:<br>• `/init` generates a starter CLAUDE.md for your project<br>• `/doctor` runs a setup checkup that diagnoses installation and configuration issues and can fix them<br>It’s a conversation<br>Claude Code is conversational. You don’t need perfect prompts. Start with what you want, then refine:<br>`Fix the login bug`<br>[Claude investigates, tries something]<br>`That's not quite right. The issue is in the session handling.`<br>[Claude adjusts approach]<br>When the first attempt isn’t right, you don’t start over. You iterate.<br><br>https://code.claude.com/docs/en/how-claude-code-works (last visited September 15, 2026) |
| [d] causing a first attention to be directed to a representation of a first subset of the first plurality of syntactical elements; | The Accused Products cause a first attention to be directed to a representation of a first subset of the first plurality of syntactical elements.<br><br>For example, when Claude Code processes a coding task, the trained computer-implemented neural network directs attention to represented portions of the user’s coding instruction, source code, and other accessed context. Claude’s attention heads and attention operations selectively attend to different represented information at different context positions. The first attention may include, without |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | limitation, attention directed to a representation of one or more words, symbols, identifiers, expressions, statements, or other syntactical elements contained in the user's coding instruction or accessed code.<br><br>This mapping is exemplary and nonexclusive. Flinn does not limit the first attention to any particular attention head, neural-network layer, context position, processing stage, or decoding iteration, and reserves the right to rely on different or additional mappings as confirmed through discovery. |

CORE CONCEPTS

# How Claude Code works

Copy page

Understand the agentic loop, built-in tools, and how Claude Code interacts with your project.

Claude Code is an agentic assistant that runs in your terminal. While it excels at coding, it can help with anything you can do from the command line: writing docs, running builds, searching files, researching topics, and more.

This guide covers the core architecture, built-in capabilities, and **tips for working effectively**. For step-by-step walkthroughs, see **Common workflows**. For extensibility features like skills, MCP, and hooks, see **Extend Claude Code**.

## The agentic loop

When you give Claude a task, it works through three phases: **gather context**, **take action**, and **verify results**. These phases blend together. Claude uses tools throughout, whether searching files to understand your code, editing to make changes, or running tests to check its work.




The loop adapts to what you ask. A question about your codebase might only need context gathering. A bug fix cycles through all three phases repeatedly. A refactor might involve extensive verification. Claude decides what each step requires based on what it learned from the previous step, chaining dozens of actions together and course-correcting along the way.

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | … <br><br> You're part of this loop too. You can interrupt at any point to steer Claude in a different direction, provide additional context, or ask it to try a different approach. Claude works autonomously but stays responsive to your input. <br><br> The agentic loop is powered by two components: models that reason and tools that act. Claude Code serves as the **agentic harness** around Claude: it provides the tools, context management, and execution environment that turn a language model into a capable coding agent. <br><br> **Models** <br><br> Claude Code uses Claude models to understand your code and reason about tasks. Claude can read code in any language, understand how components connect, and figure out what needs to change to accomplish your goal. For complex tasks, it breaks work into steps, executes them, and adjusts based on what it learns. <br><br> Multiple models are available with different tradeoffs. Sonnet handles most coding tasks well. Opus provides stronger reasoning for complex architectural decisions. Switch with `/model` during a session or start with `claude --model <name>`. <br><br> When this guide says "Claude chooses" or "Claude decides," it's the model doing the reasoning. <br><br> **Tools** <br><br> Tools are what make Claude Code agentic. Without tools, Claude can only respond with text. With tools, Claude can act: read your code, edit files, run commands, search the web, and interact with external services. Each tool use returns information that feeds back into the loop, informing Claude's next decision. <br><br> The built-in tools generally fall into five categories, each representing a different kind of agency. |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
| --- | --- |
| | … |

### Ask Claude Code for help

Claude Code can teach you how to use it. Ask questions like "how do I set up hooks?" or "what's the best way to structure my CLAUDE.md?" and Claude will explain.

Built-in commands also guide you through setup:

- `/init` walks you through creating a CLAUDE.md for your project
- `/doctor` runs a setup checkup that diagnoses installation and configuration issues and can fix them

### It's a conversation

Claude Code is conversational. You don't need perfect prompts. Start with what you want, then refine:

```
Fix the login bug
```

[Claude investigates, tries something]

```
That's not quite right. The issue is in the session handling.
```

[Claude adjusts approach]

When the first attempt isn't right, you don't start over. You iterate.

### Interrupt and steer

You can redirect Claude at any point without waiting for the turn to finish or starting over:

- **Press** `Esc` to stop Claude immediately. The running tool call is canceled and Claude waits for your next instruction. If you have messages queued, Claude Code **sends them next**.
- **Type a correction and press** `Enter` to send it without stopping the running tool. Claude reads it as soon as the current action completes and adjusts before deciding its next step.

…

| Claims of the ’198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | ## What Claude can access<br><br>When you run `claude` in a directory, Claude Code gains access to:<br><br>• **Your project.** Files in your directory and subdirectories, plus files elsewhere with your permission.<br>• **Your terminal.** Any command you could run: build tools, git, package managers, system utilities, scripts. If you can do it from the command line, Claude can too.<br>• **Your git state.** Current branch, uncommitted changes, and recent commit history.<br>• **Your CLAUDE.md.** A markdown file where you store project-specific instructions, conventions, and context that Claude should know every session.<br>• **Auto memory.** Learnings Claude saves automatically as you work, like your preferences. The first 200 lines or 25KB of MEMORY.md, whichever comes first, load at the start of each session.<br>• **Extensions you configure.** **MCP servers** for external services, **skills** for workflows, **subagents** for delegated work, and **Claude in Chrome** for browser interaction.<br><br>Because Claude sees your whole project, it can work across it. When you ask Claude to “fix the authentication bug,” it searches for relevant files, reads multiple files to understand context, makes coordinated edits across them, runs tests to verify the fix, and commits the changes if you ask. This is different from inline code assistants that only see the current file.<br><br>https://code.claude.com/docs/en/how-claude-code-works (last visited September 11, 2026) |

| Claims of the ’198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | |

Transformer Circuits Thread

# Tracing Attention Computation Through Feature Interactions

We describe and apply a method to explain attention patterns in terms of feature interactions, and integrate this information into attribution graphs.




AUTHORS

Harish Kamath*, Emmanuel Ameisen*, Isaac Kauvar, Rodrigo Luger, Wes Gurnee, Adam Pearce, Sam Zimmerman, Joshua Batson, Thomas Conerly, Chris Olah, Jack Lindsey‡

AFFILIATIONS

Anthropic

PUBLISHED

July 31st, 2025

* Core Research Contributor; ‡ Correspondence to jacklindsey@anthropic.com

. . .

| | |
|---|---|
| | Transformer-based language models involve two main kinds of computations: multi-layer perceptron (MLP) layers that process information *within* a context position, and attention layers that conditionally move and process information *between* context positions. In our recent papers we made significant progress in breaking down MLP computation into interpretable steps. In this update, we fill in a major missing piece in our methodology, by introducing a way to decompose attentional computations as well.<br><br>Our prior work introduced *attribution graphs* as a way of representing the forward pass of a transformer as an interpretable causal graph. These graphs were built on top of (cross-layer) transcoders, a replacement for the original model's MLP layers that use sparsely active "features" in place of the original MLP neurons. The features comprise the nodes of the attribution graphs, and edges in the graphs represent *attributions* – the influence of a source feature on a target feature in a later layer.<br><br>The attribution graphs in our initial work were incomplete, in that they omitted key information about attentional computations. The feature-feature interactions we studied – the edges in the graph – are mediated by attention heads that carry information between context positions. However, we did not attempt to explain *why* the attention heads attended to a particular context position. In many cases, this has prevented us from understanding the crux of how models perform a given task.<br><br>In this update, we describe a method to address this issue by extending attribution graphs so they can explain attention patterns. Our method is centered on "QK attributions," which describe attention head scores as a bilinear function of feature activations on the respective query and key positions. We also describe a way to integrate this information into attribution graphs, by computing the contribution of different attention heads to graph edges. |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | … <br> **QK attributions** <br> QK attributions are intended to explain *why* each head attended where it did. In this section, we assume that we have trained sparse autoencoders (SAEs) on the residual stream of each layer of the model (though there are alternative strategies we could use; see below). <br> In a standard attention layer, a head's attention score at positions $(p_k, p_q)$ is produced by taking the dot product of linear transformations of the residual stream at these positions[2] . To simplify things, we introduce a matrix $W_{QK} = W_Q^T W_K$ (see discussion in the *Framework* paper). We simply expand the key and query activations to describe them in terms of feature activations (along with a bias and residual error), and then multiply out the bilinear interaction: <br> … |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | We provide several case studies of this method in action. Some of these examples confirmed existing hypotheses we described in *Biology*, which we could not validate at the time:<br>• In an induction prompt, the query-side "X" features interact with key-side "preceded by X" features to cause induction heads to attend to the appropriate token.<br>• In a prompt where the model is asked for the opposite of a word, key-side features "tag" the relevant word so that query-side "opposite" features can find it at the appropriate time.<br>• In a multiple choice question, we confirm that interactions between "answer a multiple choice question" features and "correct answer" features cause "correct answer" *attention heads* to attend to the appropriate option.<br>We also surfaced new, unexpected mechanisms:<br>• How "concordance/discordance heads" are used to sanity-check statements.<br>• How attentional circuits employ many computations and heuristics operating in parallel, even in simple contexts. Some examples:<br>  ◦ In our induction prompt, the core induction mechanism coexists with a general "attend to names" mechanism.<br>  ◦ In the multiple choice prompt, the core "find the correct answer" mechanism is complemented by an "attend to any answer at all" mechanism.<br>https://transformer-circuits.pub/2025/attention-qk/index.html (last visited September 14, 2026) |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | Transformer Circuits Thread<br><br>**HeadVis: An Interactive Tool For Investigating Attention Heads**<br><br>AUTHORS<br>R. Luger*, Harish Kamath*, Doug Finkbeiner, Purvi Goel, Adam Jermyn, Sam Zimmerman, Joshua Batson, Tom Conerly*‡<br><br>AFFILIATIONS<br>Anthropic<br><br>PUBLISHED<br>May 4, 2026<br><br>* Core Research Contributor; ‡ Correspondence to tom.conerly@anthropic.com<br><br>. . . |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | # Introduction<br><br>We introduce **HeadVis**, an interactive tool for investigating attention heads in large language models. Visualizing how individual computational units activate across the full data distribution has been useful in previous work — for example, feature vis has been an essential tool for investigating residual stream features, MLP features, and MLP neurons. HeadVis is a conceptually similar tool but for attention heads. However, attention heads are harder to visualize than neurons, since they are high rank, compose two different circuits, and activate across a full context window. We present a few case studies using HeadVis to interpret attention heads from Claude Haiku 3.5. We also open-source HeadVis code, and present a demo of HeadVis on heads from Gemma 3 and a subset of heads from Haiku 3.5.<br><br>… |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
| --- | --- |
| | In this paper, we:<br><br>• Introduce HeadVis by studying a straightforward induction head.<br>• Identify that one of the "line width" heads we studied previously has multiple distinct behaviors on the full distribution.<br>• Show that the "answer selection" behavior we studied previously reuses the same "selection" mechanism on a much broader distribution of data than just multiple choice questions.<br>• Find a head that suppresses attention between pairs of related entities, like a country and its own cities.<br>• Give our updated views on the theoretical obstacles to interpreting attention.<br><br>One theme emerges across both prior work and our own: a head's behavior on the full distribution rarely matches what a narrow task suggests, and the difference isn't always easy to characterize.<br><br>… |

| Claims of the ’198 Patent | Exemplary Accused System (Claude Code) |
| --- | --- |
| | Below is the attention pattern for the fuzzy induction head on a top-activating dataset example. This is the central UI of HeadVis: attention patterns bucketed by max attention pattern. On first view we noticed cases of standard induction. Hovering over `‘m` (in `I’m`) we see attention to the token after `I’m` earlier in the context. We also noticed that `gleam` has the highest max attention pattern, but there isn’t a previous instance of `gleam` so this can’t be standard induction. Hovering over either token in `gleam` we see attention to the new line after “dream”. Try guessing where tokens attend back to, then hovering over them to check. We've found fuzzy induction heads that match words across languages, across antonyms, across structural positions (the first item of one list matching with the first item of another list), and across kinship terms (aunt matching with uncle).<br><br><br><br>**Figure 3:** A top-activating dataset example for the fuzzy poetry induction head. Each token is colored by its maximum attention pattern value as a query, taken over all keys in the context. Hover over a token to see which keys it attends to. Press `t` to instead color tokens by their maximum attention pattern as a key. Open in head vis →<br><br>… |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | (see below) |

# A Polysemantic Attention Head

When visualizing the attention heads from [Gurnee et al., 2025] in HeadVis, we noticed that one of the line width heads — an early-layer head that computes line width by counting characters since the last newline — appeared to do more than that. From its attention patterns on dataset examples we identify three distinct behaviors:

- Years: the tokenizer splits years 1000–1999 into two tokens, and the head attends between them. For example, `1776` becomes `1` + `776` and the head attends from `776` to `1`.

- Multi-token words: the tokenizer splits long words into multiple tokens, and the head frequently attends between them. For example, `interpretability` becomes `interpret` + `ability` and the head attends from `ability` to `interpret`.

- Newlines: the head attends from a newline token to a previous newline token. This was the previously studied behavior — in this case, the head computes the current line's width with help from character-counting heads in the previous layer.




**Figure 5:** Example sequences for each of the behaviors that the line width head activates on. Open in head vis →

. . .

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | content stored at the attended token, much like induction. The QK circuit is where the complexity lives: across examples it matches "content the model has marked as relevant" features on the key side, and "about to produce content matching that mark" features on the query side. |




**Figure 10:** The QK circuit of a multiple choice question. Open in head vis →




**Figure 11:** The QK circuit of a sentiment classification function. Open in head vis →

. . .

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
| --- | --- |
| |  <br>**Figure 12:** The QK circuit of a dialogue between two speakers. Open in head vis →<br><br>https://transformer-circuits.pub/2026/headvis/index.html (last visited Sept. 14, 2026) |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | Interpretability<br>**Mapping the mind of a large language model**<br>May 21, 2024<br>Read the paper<br><br>… |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | We successfully extracted millions of features from the middle layer of Claude 3.0 Sonnet, (a member of our current, state-of-the-art model family, currently available on claude.ai), providing a rough conceptual map of its internal states halfway through its computation. This is the first ever detailed look inside a modern, production-grade large language model.<br><br>Whereas the features we found in the toy language model were rather superficial, the features we found in Sonnet have a depth, breadth, and abstraction reflecting Sonnet's advanced capabilities.<br><br>We see features corresponding to a vast range of entities like cities (San Francisco), people (Rosalind Franklin), atomic elements (Lithium), scientific fields (immunology), and programming syntax (function calls). These features are multimodal and multilingual, responding to images of a given entity as well as its name or description in many languages.<br><br><br><br>A feature sensitive to mentions of the Golden Gate Bridge fires on a range of model inputs, from English mentions of the name of the bridge to discussions in Japanese, Chinese, Greek, Vietnamese, Russian, and an image. The orange color denotes the words or word-parts on which the feature is active.<br><br>. . . |

| Claims of the ’198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | We also find more abstract features—responding to things like bugs in computer code, discussions of gender bias in professions, and conversations about keeping secrets. |




Three examples of features that activate on more abstract concepts: bugs in computer code, descriptions of gender bias in professions, and conversations about keeping secrets.

. . .

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | The fact that manipulating these features causes corresponding changes to behavior validates that they aren't just correlated with the presence of concepts in input text, but also causally shape the model's behavior. In other words, the features are likely to be a faithful part of how the model internally represents the world, and how it uses these representations in its behavior.<br>https://www.anthropic.com/research/mapping-mind-language-model (last visited September 15, 2026) |
| [e] causing a second attention to be directed to a representation of a second subset of the first plurality of syntactical elements, for use by the trained computer-implemented neural network; | The Accused Products cause a second attention to be directed to a representation of a second subset of the first plurality of syntactical elements, for use by the trained computer-implemented neural network.<br><br>For example, when Claude Code processes a coding task, the trained computer-implemented neural network directs multiple attentions to represented portions of the user's coding instruction, source code, and other accessed context. A second attention may be directed to a representation of a different subset of that information, including one or more words, symbols, identifiers, expressions, statements, or other syntactical elements contained in the coding instruction, accessed code, or other context. Information obtained through that attention is used by the trained neural network in processing the coding task and generating its output.<br><br>This mapping is exemplary and nonexclusive. Flinn does not limit the second attention to any particular attention head, neural-network layer, context position, processing stage, or decoding iteration, or require the first and second attentions to occur in the same head, layer, stage, or iteration. Flinn may rely on different or additional mappings as confirmed through discovery. |

<table>
<tr><th>Claims of the ’198 Patent</th><th>Exemplary Accused System (Claude Code)</th></tr>
<tr><td></td><td>
Transformer Circuits Thread

# Tracing Attention Computation Through Feature Interactions

We describe and apply a method to explain attention patterns in terms of feature interactions, and integrate this information into attribution graphs.




AUTHORS

Harish Kamath*, Emmanuel Ameisen*, Isaac Kauvar, Rodrigo Luger, Wes Gurnee, Adam Pearce, Sam Zimmerman, Joshua Batson, Thomas Conerly, Chris Olah, Jack Lindsey‡

AFFILIATIONS

Anthropic

PUBLISHED

July 31st, 2025

* Core Research Contributor; ‡ Correspondence to jacklindsey@anthropic.com

. . .
</td></tr>
</table>

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | Transformer-based language models involve two main kinds of computations: multi-layer perceptron (MLP) layers that process information *within* a context position, and attention layers that conditionally move and process information *between* context positions. In our recent papers we made significant progress in breaking down MLP computation into interpretable steps. In this update, we fill in a major missing piece in our methodology, by introducing a way to decompose attentional computations as well.<br><br>Our prior work introduced *attribution graphs* as a way of representing the forward pass of a transformer as an interpretable causal graph. These graphs were built on top of (cross-layer) transcoders, a replacement for the original model's MLP layers that use sparsely active "features" in place of the original MLP neurons. The features comprise the nodes of the attribution graphs, and edges in the graphs represent *attributions* – the influence of a source feature on a target feature in a later layer.<br><br>The attribution graphs in our initial work were incomplete, in that they omitted key information about attentional computations. The feature-feature interactions we studied – the edges in the graph – are mediated by attention heads that carry information between context positions. However, we did not attempt to explain *why* the attention heads attended to a particular context position. In many cases, this has prevented us from understanding the crux of how models perform a given task.<br><br>In this update, we describe a method to address this issue by extending attribution graphs so they can explain attention patterns. Our method is centered on "QK attributions," which describe attention head scores as a bilinear function of feature activations on the respective query and key positions. We also describe a way to integrate this information into attribution graphs, by computing the contribution of different attention heads to graph edges.<br><br>… |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | We also surfaced new, unexpected mechanisms:<br>• How "concordance/discordance heads" are used to sanity-check statements.<br>• How attentional circuits employ many computations and heuristics operating in paralle even in simple contexts. Some examples:<br>  • In our induction prompt, the core induction mechanism coexists with a general "attend to names" mechanism.<br>  • In the multiple choice prompt, the core "find the correct answer" mechanism is complemented by an "attend to any answer at all" mechanism.<br>…<br>https://transformer-circuits.pub/2025/attention-qk/index.html (last visited September 15, 2026) |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | A\ Transformer Circuits Thread<br><br>**HeadVis: An Interactive Tool For Investigating Attention Heads**<br><br>AUTHORS<br>R. Luger*, Harish Kamath*, Doug Finkbeiner, Purvi Goel, Adam Jermyn, Sam Zimmerman, Joshua Batson, Tom Conerly*‡<br><br>AFFILIATIONS<br>Anthropic<br><br>PUBLISHED<br>May 4, 2026<br><br>* Core Research Contributor; ‡ Correspondence to tom.conerly@anthropic.com<br><br>… |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
| --- | --- |
| | # Introduction<br><br>We introduce **HeadVis**, an interactive tool for investigating attention heads in large language models. Visualizing how individual computational units activate across the full data distribution has been useful in previous work — for example, feature vis has been an essential tool for investigating residual stream features, MLP features, and MLP neurons. HeadVis is a conceptually similar tool but for attention heads. However, attention heads are harder to visualize than neurons, since they are high rank, compose two different circuits, and activate across a full context window. We present a few case studies using HeadVis to interpret attention heads from Claude Haiku 3.5. We also open-source HeadVis code, and present a demo of HeadVis on heads from Gemma 3 and a subset of heads from Haiku 3.5.<br><br>… |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | In this paper, we:<br>• Introduce HeadVis by studying a straightforward induction head.<br>• Identify that one of the "line width" heads we studied previously has multiple distinct behaviors on the full distribution.<br>• Show that the "answer selection" behavior we studied previously reuses the same "selection" mechanism on a much broader distribution of data than just multiple choice questions.<br>• Find a head that suppresses attention between pairs of related entities, like a country and its own cities.<br>• Give our updated views on the theoretical obstacles to interpreting attention.<br>One theme emerges across both prior work and our own: a head's behavior on the full distribution rarely matches what a narrow task suggests, and the difference isn't always easy to characterize.<br>… |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | Below is the attention pattern for the fuzzy induction head on a top-activating dataset example. This is the central UI of HeadVis: attention patterns bucketed by max attention pattern. On first view we noticed cases of standard induction. Hovering over `'m` (in `I'm`) we see attention to the token after `I'm` earlier in the context. We also noticed that `gleam` has the highest max attention pattern, but there isn't a previous instance of `gleam` so this can't be standard induction. Hovering over either token in `gleam` we see attention to the new line after "dream". Try guessing where tokens attend back to, then hovering over them to check. We've found fuzzy induction heads that match words across languages, across antonyms, across structural positions (the first item of one list matching with the first item of another list), and across kinship terms (aunt matching with uncle). |




**Figure 3:** A top-activating dataset example for the fuzzy poetry induction head. Each token is colored by its maximum attention pattern value as a query, taken over all keys in the context. Hover over a token to see which keys it attends to. Press `t` to instead color tokens by their maximum attention pattern as a key. Open in head vis →

…

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | |

# A Polysemantic Attention Head

When visualizing the attention heads from [Gurnee et al., 2025] in HeadVis, we noticed that one of the line width heads — an early-layer head that computes line width by counting characters since the last newline — appeared to do more than that. From its attention patterns on dataset examples we identify three distinct behaviors:

- Years: the tokenizer splits years 1000–1999 into two tokens, and the head attends between them. For example, `1776` becomes `1` + `776` and the head attends from `776` to `1`.

- Multi-token words: the tokenizer splits long words into multiple tokens, and the head frequently attends between them. For example, `interpretability` becomes `interpret` + `ability` and the head attends from `ability` to `interpret`.

- Newlines: the head attends from a newline token to a previous newline token. This was the previously studied behavior — in this case, the head computes the current line's width with help from character-counting heads in the previous layer.




**Figure 5:** Example sequences for each of the behaviors that the line width head activates on. Open in head vis →

. . .

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | OV attribution writes the head's output as a sum of (value feature, output feature) interactions: value features at the attended token, output features at the query token. Here the top OV term is identical to literal induction: `current token is \n` on the value side and `say \n` on the output side. The fuzziness lives entirely in QK; once the head has decided where to attend, it copies just like a literal induction head. Figure 4 lays these four features out as a circuit; the full QK and OV attribution tables are in the HeadVis UI.<br><br>**Figure 4:** A circuit diagram of the QK and OV circuit for the fuzzy poetry induction head above. Features shown have the highest marginal QK and OV attributions in this head.<br>Open in head vis (QK) → \| Open in head vis (OV) →<br>https://transformer-circuits.pub/2026/headvis/index.html (last visited September 14, 2026); *see also supra* Claims 1[c]–1[d] |
| [f] causing generation, by application of the trained computer-implemented neural network, of a plurality of probabilities that are each associated with a corresponding subset of the plurality of executable computer code | The Accused Products cause generation, by application of the trained computer-implemented neural network, of a plurality of probabilities that are each associated with a corresponding subset of the plurality of executable computer code elements, based on the second attention.<br><br>For example, when Claude Code generates or modifies source code, the trained computer-implemented neural network generates probabilities associated with multiple candidate output elements. Each probability is associated with a corresponding candidate output element that represents or contributes to a corresponding subset of the plurality of executable computer code elements. Publicly available |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| elements, based on the second attention; | information indicates that these probabilities are generated based on neural-network representations resulting from or affected by attentional processing, including the second attention. The selected output elements collectively form the resulting source code. *See supra* Claims 1[d]–1[e]. |

<table>
<tr><th>Claims of the ’198 Patent</th><th>Exemplary Accused System (Claude Code)</th></tr>
<tr><td></td><td>
Transformer Circuits Thread<br><br>
Tracing Attention Computation Through Feature Interactions<br><br>
We describe and apply a method to explain attention patterns in terms of feature interactions, and integrate this information into attribution graphs.<br><br>

<br><br>
AUTHORS<br>
Harish Kamath*, Emmanuel Ameisen*, Isaac Kauvar, Rodrigo Luger, Wes Gurnee, Adam Pearce, Sam Zimmerman, Joshua Batson, Thomas Conerly, Chris Olah, Jack Lindsey‡<br><br>
AFFILIATIONS<br>
Anthropic<br><br>
PUBLISHED<br>
July 31st, 2025<br><br>
* Core Research Contributor; ‡ Correspondence to jacklindsey@anthropic.com<br><br>
. . .
</td></tr>
</table>

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | Transformer-based language models involve two main kinds of computations: multi-layer perceptron (MLP) layers that process information *within* a context position, and attention layers that conditionally move and process information *between* context positions. In our recent papers we made significant progress in breaking down MLP computation into interpretable steps. In this update, we fill in a major missing piece in our methodology, by introducing a way to decompose attentional computations as well.<br><br>Our prior work introduced *attribution graphs* as a way of representing the forward pass of a transformer as an interpretable causal graph. These graphs were built on top of (cross-layer) transcoders, a replacement for the original model's MLP layers that use sparsely active "features" in place of the original MLP neurons. The features comprise the nodes of the attribution graphs, and edges in the graphs represent *attributions* – the influence of a source feature on a target feature in a later layer.<br><br>The attribution graphs in our initial work were incomplete, in that they omitted key information about attentional computations. The feature-feature interactions we studied – the edges in the graph – are mediated by attention heads that carry information between context positions. However, we did not attempt to explain *why* the attention heads attended to a particular context position. In many cases, this has prevented us from understanding the crux of how models perform a given task.<br><br>In this update, we describe a method to address this issue by extending attribution graphs so they can explain attention patterns. Our method is centered on "QK attributions," which describe attention head scores as a bilinear function of feature activations on the respective query and key positions. We also describe a way to integrate this information into attribution graphs, by computing the contribution of different attention heads to graph edges.<br><br>https://transformer-circuits.pub/2025/attention-qk/index.html (last visited September 15, 2026) |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | **How Claude Generates Text**<br><br>Before diving into temperature, it helps to understand Claude's text generation process. When you send Claude a prompt like "What do you think?", it goes through three key steps:<br><br>• **Tokenization** - Breaking your input into smaller chunks<br>• **Prediction** - Calculating probabilities for possible next words<br>• **Sampling** - Choosing a token based on those probabilities<br><br><br><br>In this example, Claude might assign a 30% probability to "about", 20% to "would", 10% to "of", and so on. The model then selects one token and repeats this entire process to build complete sentences. |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
| --- | --- |
| |  <br>. . . |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | **Choosing the Right Temperature**<br>Different tasks call for different temperature ranges:<br><br><br>**Low Temperature (0.0 - 0.3)**<br>• Factual responses<br>• Coding assistance<br>• Data extraction<br>• Content moderation<br>**Medium Temperature (0.4 - 0.7)**<br>• Summarization<br>• Educational content<br>• Problem-solving<br>• Creative writing with constraints<br>**High Temperature (0.8 - 1.0)**<br>• Brainstorming<br>• Creative writing<br>• Marketing content<br>• Joke generation |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | https://academy.claude.com/courses/building-with-the-claude-api/temperature (last visited September 16, 2026) |

CORE CONCEPTS

# How Claude Code works

Copy page

Understand the agentic loop, built-in tools, and how Claude Code interacts with your project.

Claude Code is an agentic assistant that runs in your terminal. While it excels at coding, it can help with anything you can do from the command line: writing docs, running builds, searching files, researching topics, and more.

This guide covers the core architecture, built-in capabilities, and **tips for working effectively**. For step-by-step walkthroughs, see **Common workflows**. For extensibility features like skills, MCP, and hooks, see **Extend Claude Code**.

## The agentic loop

When you give Claude a task, it works through three phases: **gather context**, **take action**, and **verify results**. These phases blend together. Claude uses tools throughout, whether searching files to understand your code, editing to make changes, or running tests to check its work.




The loop adapts to what you ask. A question about your codebase might only need context gathering. A bug fix cycles through all three phases repeatedly. A refactor might involve extensive verification. Claude decides what each step requires based on what it learned from the previous step, chaining dozens of actions together and course-correcting along the way.

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
| --- | --- |
| | … <br><br> You're part of this loop too. You can interrupt at any point to steer Claude in a different direction, provide additional context, or ask it to try a different approach. Claude works autonomously but stays responsive to your input. <br><br> The agentic loop is powered by two components: models that reason and tools that act. Claude Code serves as the **agentic harness** around Claude: it provides the tools, context management, and execution environment that turn a language model into a capable coding agent. <br><br> **Models** <br><br> Claude Code uses Claude models to understand your code and reason about tasks. Claude can read code in any language, understand how components connect, and figure out what needs to change to accomplish your goal. For complex tasks, it breaks work into steps, executes them, and adjusts based on what it learns. <br><br> **Multiple models** are available with different tradeoffs. Sonnet handles most coding tasks well. Opus provides stronger reasoning for complex architectural decisions. Switch with `/model` during a session or start with `claude --model <name>` . <br><br> When this guide says "Claude chooses" or "Claude decides," it's the model doing the reasoning. <br><br> **Tools** <br><br> Tools are what make Claude Code agentic. Without tools, Claude can only respond with text. With tools, Claude can act: read your code, edit files, run commands, search the web, and interact with external services. Each tool use returns information that feeds back into the loop, informing Claude's next decision. <br><br> The built-in tools generally fall into five categories, each representing a different kind of agency. |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | … <br><br> **Ask Claude Code for help** <br><br> Claude Code can teach you how to use it. Ask questions like "how do I set up hooks?" or "what's the best way to structure my CLAUDE.md?" and Claude will explain. <br><br> Built-in commands also guide you through setup: <br><br> • `/init` walks you through creating a CLAUDE.md for your project <br> • `/doctor` runs a setup checkup that diagnoses installation and configuration issues and can fix them <br><br> **It's a conversation** <br><br> Claude Code is conversational. You don't need perfect prompts. Start with what you want, then refine: <br><br> `Fix the login bug` <br><br> [Claude investigates, tries something] <br><br> `That's not quite right. The issue is in the session handling.` <br><br> [Claude adjusts approach] <br><br> When the first attempt isn't right, you don't start over. You iterate. <br><br> **Interrupt and steer** <br><br> You can redirect Claude at any point without waiting for the turn to finish or starting over: <br><br> • **Press** `Esc` to stop Claude immediately. The running tool call is canceled and Claude waits for your next instruction. If you have messages queued, Claude Code **sends them next**. <br> • **Type a correction and press** `Enter` to send it without stopping the running tool. Claude reads it as soon as the current action completes and adjusts before deciding its next step. <br><br> … |

<table>
<tr><th>Claims of the ’198 Patent</th><th>Exemplary Accused System (Claude Code)</th></tr>
<tr><td></td><td>
<h2>What Claude can access</h2>
When you run <code>claude</code> in a directory, Claude Code gains access to:
<ul>
<li>Your project. Files in your directory and subdirectories, plus files elsewhere with your permission.</li>
<li>Your terminal. Any command you could run: build tools, git, package managers, system utilities, scripts. If you can do it from the command line, Claude can too.</li>
<li>Your git state. Current branch, uncommitted changes, and recent commit history.</li>
<li>Your CLAUDE.md. A markdown file where you store project-specific instructions, conventions, and context that Claude should know every session.</li>
<li>Auto memory. Learnings Claude saves automatically as you work, like your preferences. The first 200 lines or 25KB of MEMORY.md, whichever comes first, load at the start of each session.</li>
<li>Extensions you configure. MCP servers for external services, skills for workflows, subagents for delegated work, and Claude in Chrome for browser interaction.</li>
</ul>
Because Claude sees your whole project, it can work across it. When you ask Claude to “fix the authentication bug,” it searches for relevant files, reads multiple files to understand context, makes coordinated edits across them, runs tests to verify the fix, and commits the changes if you ask. This is different from inline code assistants that only see the current file.
https://code.claude.com/docs/en/how-claude-code-works (last visited September 11, 2026)
</td></tr>
</table>

<table>
<tr><th>Claims of the ’198 Patent</th><th>Exemplary Accused System (Claude Code)</th></tr>
<tr><td></td><td>

. . .</td></tr>
</table>

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
| --- | --- |
| | (see content below) |



# What could you do with Claude Code?

Get Claude Code ⌄ `irm https://claude.ai/install.ps1 | iex`

Or read the documentation

Onboarding | Triage issues | Refactor code

```
> Refactor the permission request components to share common UI elements
and behavior.

● I'll refactor the permission request components to share common UI
elements and behavior by creating a BasePermissionRequest component. Let me
start by examining the existing permission request components to identify
shared elements.

● Search(pattern:
"src/components/permissions/*PermissionRequest/**/*.tsx")…
  ⎿  Found 9 files

● Now let's look at the PermissionRequest.tsx file that might contain
common elements:

● Read(src/components/permissions/PermissionRequest.tsx)…
  ⎿  Read 106 lines

● Let's look at one or two specific permission request components to
understand the shared structure:

●
Read(src/components/permissions/FileEditPermissionRequest/FileEditPermissio
nRequest.tsx)…
```

### Code onboarding

Claude Code maps and explains entire codebases in a few seconds. It uses agentic search to understand project structure and dependencies without you having to manually select context files.

### Turn issues into PRs

Stop bouncing between tools. Claude Code integrates with GitHub, GitLab, and your command line tools to handle the entire workflow—reading issues, writing code, running tests, and submitting PRs—all from your terminal.

### Make powerful edits

Claude Code's understanding of your codebase and dependencies enables it to make powerful, multi-file edits that work.

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | https://claude.com/product/claude-code (last visited September 15, 2026)<br><br>Anthropic further reports that Claude Code produced one million lines of Rust code that passed the existing test suite before merge and was subsequently shipped, providing further evidence that outputs generated through Claude Code collectively form executable source code.<br><br>https://claude.com/blog/ai-code-migration (last visited September 15, 2026) |
| [g] causing a selection of one or more of the plurality of executable computer code elements based on the plurality of probabilities; and | The Accused Products cause selection of one or more of the plurality of executable computer code elements based on the plurality of probabilities.<br><br>For example, when Claude Code generates or modifies source code, the trained computer-implemented neural network selects one or more output elements based on probabilities associated with multiple possible output elements. The selected output elements represent or contribute to one or more of the plurality of executable computer code elements and collectively form the resulting source code. *See supra* Claim 1[f]. |
| [h] causing a communication to be sent to a user. | The Accused Products cause a communication to be sent to a user.<br><br>For example, after Claude Code generates or modifies source code, Claude Code sends or otherwise provides the user with a responsive communication containing generated code, proposed changes, tool results, status information, and/or other output. The communication may be provided through, among other things, the terminal, an integrated development environment, the desktop application, or the web. |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | <br>. . .<br> |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
|---|---|
| | . . .   . . . |

| Claims of the '198 Patent | Exemplary Accused System (Claude Code) |
| --- | --- |
| | <br>https://claude.com/product/claude-code (last visited September 15, 2026) |