AO 120 (Rev. 08/10)

| | |
|---|---|
| TO: **Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the District of Delaware on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| | 11/12/2026 | for the District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| FLINN ARTIFICIAL INTELLIGENCE (AI) TECHNOLOGIES, LLC | ANTHROPIC, PBC |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 US 12,327,166 B1 | 6/10/2025 | Steven D. Flinn |
| 2 US 12,223,404 B2 | 2/11/2025 | Steven D. Flinn |
| 3 US 12,511,580 B1 | 12/30/2025 | Steven D. Flinn |
| 4 US 12,462,197 B1 | 11/4/2025 | Steven D. Flinn |
| 5 US 12,462,198 B1 | 11/4/2025 | Steven D. Flinn |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**
**Copy 3—Upon termination of action, mail this copy to Director**
**Copy 4—Case file copy**