**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FLINN ARTIFICIAL INTELLIGENCE (AI) TECHNOLOGIES, LLC, | ) | |
| Plaintiff, | ) | C.A. No. |
| v. | ) | **JURY TRIAL DEMANDED** |
| ANTHROPIC, PBC, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Flinn Artificial Intelligence (AI) Technologies, LLC ("Flinn") files this disclosure statement and states the following:

Flinn is a Texas limited liability company. Flinn has no parent corporation, and no publicly held company owns 10% or more of its stock.

ASHBY & GEDDES

/s/ *Andrew C. Mayo*

Andrew C. Mayo (#5207)
Jeffrey J. Lyons (#6437)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
jlyons@ashbygeddes.com

*Attorneys for Plaintiff*
*Flinn Artificial Intelligence (AI)*
*Technologies, LLC*

*Of Counsel:*

Brett C. Govett
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
(214) 855-8000
brett.govett@nortonrosefulbright.com

Daniel S. Leventhal
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
(713) 651-5151
daniel.leventhal@nortonrosefulbright.com

John P. Poulos
NORTON ROSE FULBRIGHT US LLP
1045 W. Fulton Market, Suite 1200
Chicago, IL 60607
(312) 964-7766
john.poulos@nortonrosefulbright.com

Dated: November 12, 2026